**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-cv-00369-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF LUCAS LONERGAN IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Lucas Lonergan, declare and state as follows:

1. I am an associate with Cleary Gottlieb Steen & Hamilton LLP, representing Defendant Google LLC ("Google") in this action. I am a member of the bar of the state of California and am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. I provide this declaration in support of Defendant Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a), which seeks to transfer the above-captioned action filed by Headwater Research LLC ("Headwater") on August 27, 2025. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the information contained herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,639,935 (the "'935 patent"). The '935 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; and U.S. Patent Application No. 12/380,780, filed on March 2, 2009.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,973,930 (the "'930 patent"). The '930 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; U.S. Provisional Application

No. 61/252,151, filed on October 15, 2009; U.S. Provisional Application No. 61/252,153, filed on October 15, 2009; U.S. Provisional Application No. 61/348,022, filed on May 25, 2010; U.S. Provisional Application No. 61/381,159, filed on September 9, 2010; U.S. Provisional Application No. 61/381,162, filed on September 9, 2010; U.S. Provisional Application No. 61/384,456, filed on September 20, 2010; U.S. Provisional Application No. 61/385,020, filed on September 21, 2010; U.S. Provisional Application No. 61/387,243, filed on September 28, 2010; U.S. Provisional Application No. 61/387,247, filed on September 28, 2010; U.S. Provisional Application No. 61/389,547, filed on October 4, 2010; U.S. Provisional Application No. 61/407,358, filed on October 27, 2010; U.S. Provisional Application No. 61/418,507, filed on December 1, 2010; U.S. Provisional Application No. 61/418,509, filed on December 1, 2010; U.S. Provisional Application No. 61/420,727, filed on December 7, 2010; U.S. Provisional Application No. 61/422,565, filed on December 13, 2010; U.S. Provisional Application No. 61/422,572, filed on December 13, 2010; U.S. Provisional Application No. 61/422,574, filed on December 13, 2010; U.S. Provisional Application No. 61/435,564, filed on January 24, 2011; U.S. Provisional Application No. 61/472,606, filed on April 6, 2011; U.S. Provisional Application No. 61/550,906, filed on October 24, 2011; U.S. Patent Application No. 12/380,778, filed on March 2, 2009, now U.S. Patent No. 8,321,526; U.S. Patent Application No. 12/380,780, filed on March 2, 2009, now U.S. Patent No. 8,839,388; U.S. Patent Application No. 12/695,021, filed on January 27, 2010, now U.S. Patent No. 8,346,225; U.S. Patent Application No. 13/134,005, filed on May 25, 2011, now U.S. Patent No. 8,635,335; U.S. Patent Application No. 13/134,028, filed on May 25, 2011, now U.S. Patent No. 8,589,541; U.S. Patent Application No. 13/309,556, filed on December 1, 2011, now U.S. Patent No. 8,893,009; and U.S. Patent Application No. 14/541,493, filed on November 14, 2014, now U.S. Patent No. 9,392,462.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 11,405,429 (the "'429 patent"). The '429 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; U.S. Provisional Application No. 61/252,151, filed on October 15, 2009; U.S. Patent Application No. 12/380,780, filed on March 2, 2009, now U.S. Patent No. 8,839,388; U.S. Patent Application No. 12/694,445, filed on January 27, 2010, now U.S. Patent No. 8,391,834; U.S. Patent Application No. 13/737,748, filed on January 9, 2013, now U.S. Patent No. 9,198,042; U.S. Patent Application No. 14/948,065, filed on November 20, 2015, now U.S. Patent No. 10,028,144; and U.S. Patent Application No. 16/034,362, filed on July 13, 2018, now U.S. Patent No. 10,694,385.

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 9,609,510 (the "'510 patent"). The '510 patent claims priority to U.S. Provisional Application No. 61/785,988, filed on March 14, 2013.

7. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 11,096,055 (the "'055 patent"). The '055 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; U.S. Patent Application No. 12/380,780, filed on March 2, 2009, now U.S. Patent No. 8,839,388; U.S. Patent Application No. 14/263,604, filed on April 28, 2014, now U.S. Patent No. 9,037,127; U.S. Patent Application No. 14/667,353, filed on March 24, 2015, now U.S. Patent No. 9,232,403; U.S. Patent Application No. 14/979,233, filed on December 22, 2015, now U.S. Patent No. 9,532,161; U.S. Patent Application

No. 15/239,398, filed on August 17, 2016, now U.S. Patent No. 9,641,957; and U.S. Patent Application No. 15/427,837, filed on February 8, 2017, now U.S. Patent No. 10,321,318.

8. Attached hereto as Exhibit 6 is a true and correct copy of *Headwater Research LLC v. Motorola Mobility LLC et al.*, 4:23-cv-04496-KAW, Dkt. 1 (N.D. Cal. Aug. 30, 2023).

9. Attached hereto as Exhibit 7 is a true and correct copy of the transcript from the evidentiary hearing in *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP (the "103 *Samsung* case"), Dkt. 338 (E.D. Tex. Feb. 22, 2025).

10. Attached hereto as Exhibit 8 is a true and correct copy of the California business registration of Headwater Partners II LLC, filed October 20, 2011.

11. Attached hereto as Exhibit 9 is a true and correct copy of the California business registration of ItsOn LLC, filed October 14, 2008.

12. Attached hereto as Exhibit 10 is a true and correct copy of the California business registration of Headwater Management LLC, filed October 18, 2011.

13. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 11,985,155 (the "'155 patent"). The '155 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; U.S. Provisional Application No. 61/270,353, filed on July 6, 2009; U.S. Provisional Application No. 61/275,208, filed on August 25, 2009; U.S. Provisional Application No. 61/237,753, filed on August 28, 2009; U.S. Provisional Application No. 61/252,151, filed on October 15, 2009; U.S. Provisional Application No. 61/252,153, filed on October 15, 2009; U.S. Provisional Application No. 61/264,120, filed on November 24, 2009; U.S. Provisional Application No. 61/264,126, filed on November 24, 2009;

U.S. Provisional Application No. 61/348,022, filed on May 25, 2010; U.S. Provisional Application No. 61/381,159, filed on September 9, 2010; U.S. Provisional Application No. 61/381,162, filed on September 9, 2010; U.S. Provisional Application No. 61/384,456, filed on September 20, 2010; U.S. Provisional Application No. 61/385,020, filed on September 21, 2010; U.S. Provisional Application No. 61/387,243, filed on September 28, 2010; U.S. Provisional Application No. 61/387,247, filed on September 28, 2010; U.S. Provisional Application No. 61/389,547, filed on October 4, 2010; U.S. Provisional Application No. 61/407,358, filed on October 27, 2010; U.S. Provisional Application No. 61/418,507, filed on December 1, 2010; U.S. Provisional Application No. 61/418,509, filed on December 1, 2010; U.S. Provisional Application No. 61/420,727, filed on December 7, 2010; U.S. Provisional Application No. 61/422,565, filed on December 13, 2010; U.S. Provisional Application No. 61/422,572, filed on December 13, 2010; U.S. Provisional Application No. 61/422,574, filed on December 13, 2010; U.S. Provisional Application No. 61/435,564, filed on January 24, 2011; U.S. Provisional Application No. 61/472,606, filed on April 6, 2011; U.S. Patent Application No. 12/380,780, filed on March 2, 2009, now U.S. Patent No. 8,839,388; U.S. Patent Application No. 12/694,455, filed on January 27, 2010, now U.S. Patent No. 8,402,111; U.S. Patent Application No. 12/695,019, filed on January 27, 2010, now U.S. Patent No. 8,275,830; U.S. Patent Application No. 12/695,020, filed on January 27, 2010, now U.S. Patent No. 8,406,748; U.S. Patent Application No. 12/695,021, filed on January 27, 2010, now U.S. Patent No. 8,346,225; U.S. Patent Application No. 13/134,005, filed on May 25, 2011, now U.S. Patent No. 8,635,335; U.S. Patent Application No. 13/134,028, filed on May 25, 2011, now U.S. Patent No. 8,589,541; U.S. Patent Application No. 13/247,998, filed on September 28, 2011, now U.S. Patent No. 8,725,123; U.S. Patent Application No. 14/272,274, filed on May 7, 2014, now abandoned; U.S. Patent Application No. 15/158,522, filed on May 18, 2016, now U.S.

Patent No. 9,980,146; U.S. Patent Application No. 15/977,731, filed on May 11, 2018, now U.S. Patent No. 10,771,980; and U.S. Patent Application No. 17/008,031, filed on August 31, 2020, now U.S. Patent No. 11,665,186.

14. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No. 11,966,464 (the "'464 patent"). The '464 patent claims priority to U.S. Provisional Application No. 61/206,354, filed on January 28, 2009; U.S. Provisional Application No. 61/206,944, filed on February 4, 2009; U.S. Provisional Application No. 61/207,393, filed on February 10, 2009; U.S. Provisional Application No. 61/207,739, filed on February 13, 2009; and U.S. Provisional Application No. 61/252,151, filed on October 15, 2009. The '464 patent also claims priority to U.S. Patent Application No. 12/380,780, filed on March 2, 2009, now U.S. Patent No. 8,839,388; U.S. Patent Application No. 12/694,445, filed on January 27, 2010, now U.S. Patent No. 8,391,834; U.S. Patent Application No. 13/737,748, filed on January 9, 2013, now U.S. Patent No. 9,198,042; U.S. Patent Application No. 14/948,065, filed on November 20, 2015, now U.S. Patent No. 10,028,144; U.S. Patent Application No. 16/034,362, filed on July 13, 2018, now U.S. Patent No. 10,694,385; and U.S. Patent Application No. 16/907,887, filed on June 22, 2020, now U.S. Patent No. 11,405,429.

15. Dr. Gregory Raleigh is listed as an inventor residing in Woodside, California in at least eighteen non-provisional and thirty provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/206,354; U.S. Provisional Application No. 61/206,944; U.S. Provisional Application No. 61/207,393; U.S. Provisional Application No. 61/207,739; U.S. Provisional Application No. 61/237,753; U.S. Provisional Application No. 61/252,151; U.S. Provisional Application No. 61/252,153; U.S. Provisional Application No. 61/264,120; U.S. Provisional Application No. 61/264,126; U.S. Provisional

Application No. 61/270,353; U.S. Provisional Application No. 61/275,208; U.S. Provisional Application No. 61/348,022; U.S. Provisional Application No. 61/381,159; U.S. Provisional Application No. 61/381,162; U.S. Provisional Application No. 61/384,456; U.S. Provisional Application No. 61/385,020; U.S. Provisional Application No. 61/387,243; U.S. Provisional Application No. 61/387,247; U.S. Provisional Application No. 61/389,547; U.S. Provisional Application No. 61/407,358; U.S. Provisional Application No. 61/418,507; U.S. Provisional Application No. 61/418,509; U.S. Provisional Application No. 61/420,727; U.S. Provisional Application No. 61/422,565; U.S. Provisional Application No. 61/422,572; U.S. Provisional Application No. 61/422,574; U.S. Provisional Application No. 61/435,564; U.S. Provisional Application No. 61/472,606; U.S. Provisional Application No. 61/550,906; U.S. Provisional Application No. 61/785,988; U.S. Patent Application No. 12/380,778; U.S. Patent Application No. 12/380,780; U.S. Patent Application No. 12/694,445; U.S. Patent Application No. 12/694,455; U.S. Patent Application No. 12/695,019; U.S. Patent Application No. 12/695,020; U.S. Patent Application No. 12/695,021; U.S. Patent Application No. 13/134,005; U.S. Patent Application No. 13/134,028; U.S. Patent Application No. 13/247,998; U.S. Patent Application No. 13/309,556; U.S. Patent Application No. 13/737,748; U.S. Patent Application No. 14/263,604; U.S. Patent Application No. 14/272,274; U.S. Patent Application No. 14/541,493; U.S. Patent Application No. 14/667,353; U.S. Patent Application No. 14/948,065; and U.S. Patent Application No. 14/979,233.

16. James Lavine is listed as an inventor residing in Mill Valley, California, Corte Madera, California, or Marin, California in at least eleven non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/348,022; U.S. Provisional Application No. 61/381,159; U.S. Provisional Application No. 61/389,547; U.S. Provisional Application No. 61/550,906; U.S. Provisional Application No.

61/785,988; U.S. Patent Application No. 13/134,028; U.S. Patent Application No. 13/247,998; U.S. Patent Application No. 13/309,556; U.S. Patent Application No. 14/272,274; U.S. Patent Application No. 14/541,493; and U.S. Patent Application No. 15/158,522.

17. Alireza Raissinia is listed as an inventor residing in Monte Sereno, California in at least nine non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/348,022; U.S. Provisional Application No. 61/381,159; U.S. Provisional Application No. 61/389,547; U.S. Patent Application No. 13/134,028; U.S. Patent Application No. 13/247,998; U.S. Patent Application No. 14/272,274; U.S. Patent Application No. 15/158,522; U.S. Patent Application No. 15/977,731; and U.S. Patent Application No. 17/008,031.

18. Michael J. Sabin is listed as an inventor residing in Sunnyvale, California in at least five non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Patent Application No. 13/247,998; U.S. Patent Application No. 14/272,274; U.S. Patent Application No. 15/158,522; U.S. Patent Application No. 15/977,731; and U.S. Patent Application No. 17/008,031.

19. Jeffrey Green is listed as an inventor residing in Sunnyvale, California in at least three non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/550,906; U.S. Patent Application No. 13/309,556; and U.S. Patent Application No. 14/541,493.

20. Vladislav Kudelin is listed as an inventor residing in Los Altos, California in at least three non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/237,753; U.S. Provisional Application No. 61/275,208; and U.S. Patent Application No. 12/695,020.

21. Rob Rightmeyer is listed as an inventor residing in Santa Clara, California in at least two non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/237,753; and U.S. Provisional Application No. 61/275,208.

22. Van Pelt, Yi & James LLP and/or Sheppard, Mullin, Richter & Hampton LLP prosecuted at least thirty-three non-provisional or provisional applications to which the asserted patents claim priority, including U.S. Provisional Application No. 61/206,354; U.S. Provisional Application No. 61/206,944; U.S. Provisional Application No. 61/207,393; U.S. Provisional Application No. 61/207,739; U.S. Provisional Application No. 61/237,753; U.S. Provisional Application No. 61/252,151; U.S. Provisional Application No. 61/252,153; U.S. Provisional Application No. 61/264,120; U.S. Provisional Application No. 61/264,126; U.S. Provisional Application No. 61/270,353; U.S. Provisional Application No. 61/275,208; U.S. Provisional Application No. 61/348,022; U.S. Provisional Application No. 61/381,159; U.S. Provisional Application No. 61/384,456; U.S. Provisional Application No. 61/385,020; U.S. Provisional Application No. 61/387,243; U.S. Provisional Application No. 61/387,247; U.S. Provisional Application No. 61/389,547; U.S. Provisional Application No. 61/407,358; U.S. Provisional Application No. 61/418,507; U.S. Provisional Application No. 61/418,509; U.S. Provisional Application No. 61/420,727; U.S. Provisional Application No. 61/422,565; U.S. Provisional Application No. 61/422,574; U.S. Provisional Application No. 61/435,564; U.S. Provisional Application No. 61/472,606; U.S. Provisional Application No. 61/550,906; U.S. Patent Application No. 12/380,778; U.S. Patent Application No. 12/380,780; U.S. Patent Application No. 12/694,455; U.S. Patent Application No. 12/695,019; U.S. Patent Application No. 12/695,020; and U.S. Patent Application No. 12/695,021. At the time the applications were filed, Van Pelt, Yi &

James LLP was based in Cupertino, California and Sheppard, Mullin, Richter & Hampton LLP was based in Palo Alto, California.

23. Attached hereto as Exhibit 13 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 274 (E.D. Tex. May 28, 2024), highlighted for the Court's convenience.

24. Attached hereto as Exhibit 14 is a true and correct copy of a limited SmartLinx Person Report on Gregory Gene Raleigh provided by LexisNexis, highlighted for the Court's convenience.

25. Attached hereto as Exhibit 15 is a true and correct copy of the articles of incorporation of Clarity Wireless Inc., signed on December 18, 1996 by Gregory Raleigh.

26. Attached hereto as Exhibit 16 is a true and correct copy of the article "Cisco Systems to Acquire Clarity Wireless Corporation" dated September 15, 1998 and available at https://newsroom.cisco.com/c/r/newsroom/en/us/a/y1998/m09/cisco-systems-to-acquire-clarity-wireless-corporation.html, highlighted for the Court's convenience.

27. Attached hereto as Exhibit 17 is a true and correct copy of the California business registration of Woodside Networks Inc., filed November 30, 2000, highlighted for the Court's convenience.

28. Attached hereto as Exhibit 18 is a true and correct copy of the Amended Statement and Designation by Foreign Corporation renaming Woodside Networks Inc. to Airgo Networks, Inc., filed August 6, 2002.

29. Attached hereto as Exhibit 19 is a true and correct copy of the article "Does Woodside Town Hall make it too difficult to build or remodel?" dated September 11, 2015 and

available at https://www.almanacnews.com/news/2015/09/11/does-woodside-town-hall-make-it-too-difficult-to-build-or-remodel/, highlighted for the Court's convenience.

30. Attached hereto as Exhibit 20 is a true and correct copy of the web page "OUR STORY From the garage to the Googleplex" retrieved from https://about.google/company-info/our-story/ on December 4, 2025.

31. Attached hereto as Exhibit 21 is a true and correct copy of the web page "Our Locations" retrieved from https://www.google.com/about/careers/applications/locations on August 30, 2025.

32. Attached hereto as Exhibit 22 is a true and correct copy of the web page "History of Android" retrieved from https://androidmastery.hashnode.dev/history-of-android on December 1, 2025.

33. Attached hereto as Exhibit 23 is a true and correct copy of *Headwater Research LLC v. Samsung Elecs. Co. Ltd. et al.*, No. 2:23-cv-00641, Dkt. 58 (E.D. Tex. Jan. 17, 2025), highlighted for the Court's convenience.

34. Attached hereto as Exhibit 24 is a true and correct copy of the article "Sprint taps ItsOn for virtualized PCC" dated June 11, 2014 and retrieved from https://www.rcrwireless.com/20140611/carriers/sprint-taps-itson-virtualized-pcc on November 7, 2025, highlighted for the Court's convenience.

35. Attached hereto as Exhibit 25 is a true and correct copy of a limited SmartLinx Person Report on Charles Henry Giancarlo provided by LexisNexis, highlighted for the Court's convenience.

36. Attached hereto as Exhibit 26 is a true and correct copy of the article "Andreessen Horowitz leads $15.5 million funding of ItsOn mobile firm" dated October 30, 2012 and available

at https://www.reuters.com/article/net-us-itson-andreessenhorowitz-idUSBRE89T0ES20121030/, highlighted for the Court's convenience.

37. Attached hereto as Exhibit 27 is a true and correct copy of a limited SmartLinx Person Report on Krista Susan Jacobsen provided by LexisNexis, highlighted for the Court's convenience.

38. Attached hereto as Exhibit 28 is a true and correct copy of the web page "Get in Touch" for the Jacobsen Law Firm retrieved from https://www.jacobseniplaw.com/contact on December 4, 2025, highlighted for the Court's convenience.

39. Attached hereto as Exhibit 29 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 491 (E.D. Tex. Jan. 15, 2025), highlighted for the Court's convenience.

40. Attached hereto as Exhibit 30 is a true and correct copy of a limited SmartLinx Person Report on Corry Modlin provided by LexisNexis, highlighted for the Court's convenience.

41. Attached hereto as Exhibit 31 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP, Dkt. 286 (E.D. Tex. Dec. 9, 2024), highlighted for the Court's convenience.

42. Attached hereto as Exhibit 32 is a true and correct copy of Samsung's Fourth Supplemental Initial Disclosures in the 103 *Samsung* Case, Dkt. 336-4, highlighting altered for the Court's convenience.

43. Attached hereto as Exhibit 33 is a true and correct copy of Volume 4 of the trial transcript for *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP (E.D. Tex. Apr. 24, 2025).

44. Attached hereto as Exhibit 34 is a true and correct copy of the request for filing a provisional patent application, numbered 61/206354, dated January 28, 2009.

45. Attached hereto as Exhibit 35 is a true and correct copy of the "Our Team" web page for Michael Schallop of Van Pelt, Yi & James LLP retrieved from https://ip-patent.com/team/ on December 4, 2025.

46. Attached hereto as Exhibit 36 is a true and correct copy of the provisional application, numbered 61/785,988, dated March 14, 2014.

47. Attached hereto as Exhibit 37 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 1 (E.D. Tex. Oct. 26, 2022).

48. Attached hereto as Exhibit 38 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 401 (E.D. Tex. Aug. 2, 2024), highlighted for the Court's convenience.

49. Attached hereto as Exhibit 39 is a true and correct copy of the California business registration of Itson (assignment for the benefit of creditors), LLC, filed December 28, 2017, highlighted for the Court's convenience.

50. Attached hereto as Exhibit 40 is a true and correct copy of the Articles of Incorporation and Statement of Conversion of Sherwood Partners, filed February 7, 2014.

51. Attached hereto as Exhibit 41 is a true and correct copy of the "1 Headquarters in All locations" retrieved from https://www.qualcomm.com/company/facilities/offices?hQ=true on August 28, 2025, highlighted for the Court's convenience.

52. Attached hereto as Exhibit 42 is a true and correct copy of the article "Where is T Mobile's Headquarters? Main Office Location and Global Offices" dated February 7, 2025 and

retrieved from https://www.clay.com/dossier/t-mobile-headquarters-office-locations on November 7, 2025.

53. Attached hereto as Exhibit 43 is a true and correct copy of the "Contact Us" page retrieved from https://www.interdigital.com/contact on August 26, 2025, highlighted for the Court's convenience.

54. Attached hereto as Exhibit 44 is a true and correct copy of *Headwater Research LLC v. AT&T, Inc., et al.*, 2:23-cv-00397-JRG-RSP, Dkt. 255 (E.D. Tex. Jul. 25, 2025), highlighted for the Court's convenience.

55. Attached hereto as Exhibit 45 is a true and correct copy of the California statement of information of Google LLC, filed September 7, 2023.

56. Attached hereto as Exhibit 46 is a true and correct copy of driving directions from Midland, Texas to Tyler, Texas on Google Maps retrieved from https://www.google.com/maps/dir/Midland,+TX/Tyler,+TX/@32.2989449,-100.0073627,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x86f9613991a5d1%E2%80%A6 on August 26, 2025.

57. Attached hereto as Exhibit 47 is a true and correct copy of driving directions from Midland, Texas to Incline Village, Nevada on Google Maps retrieved from https://www.google.com/maps/dir/Midland,+TX/Incline+Village,+NV/@35.1091387,-116.300085,6z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x86f9613%E2%80%A6 on August 26, 2025.

58. Attached hereto as Exhibit 48 is a true and correct copy of driving directions from San Francisco, California to Incline Village, Nevada on Google Maps retrieved from

https://www.google.com/maps/dir/San+Francisco,+CA/Incline+Village,+NV/@38.5156226,-121.823821,9z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x8%E2%80%A6 on August 26, 2025.

59. Attached hereto as Exhibit 49 is a true and correct copy of *Headwater Research LLC v. Samsung Co., Ltd. et al.*, Case No. 2:23-cv-00103-JRG-RSP, Dkt. 320-2 (E.D. Tex. Feb. 7, 2025).

60. Attached hereto as Exhibit 50 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 273 (E.D. Tex. May 28, 2024).

61. Attached hereto as Exhibit 51 is a true and correct copy of *In re Jacobsen*, 2:25-mc-00004-JRG-RSP, Dkt. 8 (E.D. Tex. May 21, 2025), highlighted for the Court's convenience.

62. Attached hereto as Exhibit 52 is a true and correct copy of *L2 Mobile Technologies LLC v. Google LLC*, 6:21-cv-00358-ADA, Dkt. 52 (W.D. Tex. Jan. 7, 2022).

63. Attached hereto as Exhibit 53 is a true and correct copy of a Lex Machina search showing 498 active patent cases in WDTX and 216 active patent cases in NDCA, highlighted for the Court's convenience.

64. Attached hereto as Exhibit 54 is a true and correct copy of a Docket Navigator report showing the average time to trial in WDTX from January 1, 2010 to November 1, 2025 was 28 months, highlighted for the Court's convenience.

65. Attached hereto as Exhibit 55 is a true and correct copy of a Docket Navigator report showing the average time to trial in NDCA from January 1, 2010 to November 1, 2025 was 30 months, highlighted for the Court's convenience.

66. Attached hereto as Exhibit 56 is a true and correct copy of *In re Kolotouros*, 5:24-mc-80255-SVK, Dkt. 7 (N.D. Cal. Oct. 30, 2024).

67. Attached hereto as Exhibit 57 is a true and correct copy of the filing application of the ’935 patent, dated December 12, 2012, highlighted for the Court’s convenience.

68. Attached hereto as Exhibit 58 is a true and correct copy of the filing application of the ’930 patent, dated May 19, 2016, highlighted for the Court’s convenience.

69. Attached hereto as Exhibit 59 is a true and correct copy of the filing application of the ’429 patent, dated June 22, 2020, highlighted for the Court’s convenience.

70. Attached hereto as Exhibit 60 is a true and correct copy of the filing application of the ’510 patent, dated March 13, 2014, highlighted for the Court’s convenience.

71. Attached hereto as Exhibit 61 is a true and correct copy of the filing application of the ’055 patent, dated May 23, 2019, highlighted for the Court’s convenience.

72. Attached hereto as Exhibit 62 is a true and correct copy of *Samsung Electronics Co., Ltd. v. Headwater Research LLC*, IPR2025-00483, Paper No. 6 (P.T.A.B. June 16, 2025).

73. Attached hereto as Exhibit 63 is a true and correct copy of *Samsung Electronics Co., Ltd.et al. v. Headwater Research LLC*, No. IPR2025-00484, Paper 6 (P.T.A.B. June 16, 2025).

74. Attached hereto as Exhibit 64 is a true and correct copy of *Samsung Electronics Co., Ltd. et al. v. Headwater Research LLC*, No. IPR2025-00481, Paper 5 (P.T.A.B. June 18, 2025).

75. Attached hereto as Exhibit 65 is a true and correct copy of *Samsung Electronics Co., Ltd. et al. v. Headwater Research LLC*, No. IPR2025-00482, Paper 4 (P.T.A.B. February 4, 2025).

76. Attached hereto as Exhibit 66 is a true and correct copy of the web page “Jonathan S. Kagan” retrieved from https://www.irell.com/professionals-jonathan-kagan on December 1, 2025.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

DATED: December 4, 2025

*/s/ Lucas Lonergan*
Lucas Lonergan