**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br>v.<br>GOOGLE LLC,<br>*Defendant*. | **Case No. 7:25-cv-00369-DC-DTG** |

**DECLARATION OF SAMI AL-MARZOOG IN SUPPORT OF GOOGLE'S RULE 12(B)(6) MOTION FOR PARTIAL DISMISSAL**

I, Sami Al-Marzoog, declare as follows:

1. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Google LLC ("Google") in the above captioned action. I submit this declaration in support of Google's Rule 12(b)(6) Motion for Partial Dismissal. I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Headwater Research LLC's Complaint in *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.*, 2:24-cv-00228, dated April 3, 2024.

3. Attached as Exhibit 2 is a true and correct copy of a claim chart for U.S. Patent No. 11,096,055 attached to Headwater Research LLC's Complaint in *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.*, 2:24-cv-00228, dated April 3, 2024.

4. Attached as Exhibit 3 is a true and correct copy of Headwater Research LLC's Complaint in *Headwater Research LLC v. Verizon Communications Inc. et al.*, 2:25-cv-00156, dated February 6, 2025.

5. Attached as Exhibit 4 is a true and correct copy of Headwater Research LLC's Complaint in *Headwater Research LLC v. T-Mobile USA, Inc. et al.*, 2:25-cv-00164, dated February 10, 2025.

6. Attached as Exhibit 5 is a true and correct copy of Headwater Research LLC's Complaint in *Headwater Research LLC v. AT&T Services, Inc. et al.*, 2:25-cv-00215, dated February 18, 2025.

7. Attached as Exhibit 6 is a true and correct copy of a claim chart for U.S. Patent No. 8,639,935 attached to Headwater Research LLC's Complaint in *Headwater Research LLC v. Verizon Communications Inc. et al.*, 2:25-cv-00156, dated February 6, 2025.

8. Attached as Exhibit 7 is a true and correct copy of a claim chart for U.S. Patent No. 9,973,930 attached to Headwater Research LLC's Complaint in *Headwater Research LLC v. Verizon Communications Inc. et al.*, 2:25-cv-00156, dated February 6, 2025.

9. Attached as Exhibit 8 is a true and correct copy of a claim chart for U.S. Patent No. 9,973,930 attached to Headwater Research LLC's Complaint in *Headwater Research LLC v. T-Mobile USA, Inc. et al.*, 2:25-cv-00164, dated February 10, 2025.

10. Attached as Exhibit 9 is a true and correct copy of a claim chart for U.S. Patent No. 8,639,935 attached to Headwater Research LLC's Complaint in *Headwater Research LLC v. AT&T Services, Inc. et al.*, 2:25-cv-00215, dated February 18, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on this 22nd day of December 2025.

Sami Al-Marzoog