**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-cv-00369-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF LUCAS LONERGAN IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Lucas Lonergan, declare and state as follows:

1. I am an associate with Cleary Gottlieb Steen & Hamilton LLP, representing Defendant Google LLC ("Google") in this action. I am a member of the bar of the state of California and am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Google's Reply in Support of its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Reply"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. I provide this declaration in support of Defendant Google's Reply in Support of its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a), which seeks to transfer the above-captioned action filed by Headwater Research LLC ("Headwater") on August 27, 2025. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the information contained herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Gregory Gene Raleigh, Ph.D., dated February 26, 2026, highlighted for the Court's convenience.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Jennifer Smith, dated February 24, 2026, highlighted for the Court's convenience.

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Google LLC's Second Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1-4), dated February 26, 2026, highlighted for the Court's convenience.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Rakesh Patel, dated March 23, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Adrienne McCallister, dated March 25, 2026.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Kristopher Easton, dated March 19, 2026.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Shivang Patel, dated March 25, 2026.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Nalini Belaramani, dated March 24, 2026.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition transcript of Jennifer Smith, dated November 25, 2025, highlighted for the Court's convenience.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of a document produced by Headwater bates-numbered, HWR-0162786-HWR-0162857, highlighted for the Court's convenience.

13. Attached hereto as Exhibit 11 is a true and correct copy of the LinkedIn resume of Rachel Roberts retrieved from https://www.linkedin.com/in/rachelhagerroberts/ on March 26, 2026.

14. Attached hereto as Exhibit 12 is a true and correct copy of the LinkedIn resume of Kristen Lucas retrieved from https://www.linkedin.com/in/kristenclucas/ on March 26, 2026.

15. Attached hereto as Exhibit 13 is a true and correct copy of the LinkedIn resume of Bob LaGrone retrieved from https://www.linkedin.com/in/bob-lagrone-b31a1a1/ on March 26, 2026.

16. Attached hereto as Exhibit 14 is a true and correct copy of the LinkedIn resume of Steven Rice retrieved from https://www.linkedin.com/in/steven-rice-b772389/ on March 26, 2026.

17. Attached hereto as Exhibit 15 is a true and correct copy of Defendant Google LLC's Amended First Supplemental Objections and Responses to Plaintiff's Second Set of Venue Interrogatories (No. 5), dated March 10, 2026, highlighted for the Court's convenience.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Telus Digital Locations/United States webpage retrieved from https://www.telusdigital.com/about/locations/united-states on March 26, 2026, highlighted for the Court's convenience.

19. Attached hereto as Exhibit 17 is a true and correct copy of a screenshot of the "Telus Austin" Google search result.

20. Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Headwater, bates-numbered HWR-00142584-HWR-00142591, highlighted for the Court's convenience.

21. Attached hereto as Exhibit 19 is a true and correct copy of the USPTO patent assignment history for U.S. Patent No. 8,639,935 produced by Headwater, bates-numbered HWR369-00010078-HWR369-00010079, highlighted for the Court's convenience.

22. Attached hereto as Exhibit 20 is a true and correct copy of the April 15, 2014 Assignment of U.S. Patent Application No. 14/208,236 produced by Headwater, bates-numbered HWR369-00010088-HWR369-00010090, highlighted for the Court's convenience.

23. Attached hereto as Exhibit 21 is a true and correct copy of the June 8, 2016 Assignment of U.S. Patent Application No. 15/160,520 produced by Headwater, bates-numbered HWR369-00010101-HWR369-00010108, highlighted for the Court's convenience.

24. Attached hereto as Exhibit 22 is a true and correct copy of the June 10, 2019 Assignment of U.S. Patent Application No. 16/421,121 produced by Headwater, bates-numbered HWR369-00010062-HWR369-00010063, highlighted for the Court's convenience.

25. Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Headwater, bates-numbered HWR-00174906-HWR-00174908, highlighted for the Court's convenience.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

DATED: March 26, 2026

*/s/ Lucas Lonergan*
Lucas Lonergan

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Nathaniel St. Clair, II
Nathaniel St. Clair, II