**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br>v.<br>GOOGLE LLC,<br>*Defendant*. | Case No. 7:25-cv-00369-DC-DTG<br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SAMI AL-MARZOOG IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Sami Al-Marzoog, declare and state as follows:

1. I am a partner at Cleary Gottlieb Steen & Hamilton LLP, representing Defendant Google LLC ("Google") in this action. I am a member of the bar of the District of Columbia and am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Google's Opening Claim Construction Brief.

2. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the information contained herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,639,935, dated January 28, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,609,510, dated March 28, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,973,930, dated May 15, 2018.

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 11,096,055, dated August 17, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No.11,405,429, dated August 2, 2022.

8. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No.11,966,464, dated April 23, 2024.

9. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No.11,985,155, dated May 14, 2024.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Scott B. Guthery & Mary J. Cronin, *Mobile Application Development with SMS and the SIM Toolkit: Building Smart Phone Applications* (2002).

11. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Markus Jakobsson, Ph.D, dated May 13, 2026. Attached as Exhibit A is Dr. Jakobsson's CV and Research Statement.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of *GSM and UMTS: The Creation of Global Mobile Communication* (Friedhelm Hillebrand ed., 2002).

13. Attached hereto as Exhibit 11 is a true and correct copy of an except of *Microsoft Computer Dictionary* (5th ed. 2002).

14. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of *Dictionary of Internetworking Terms and Acronyms: Cisco Systems' Official Internetworking Dictionary* (2001).

15. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of Mike Hendry, *Multi-application Smart Cards: Technology and Applications* (2007).

16. Attached hereto as Exhibit 14 is a true and correct copy of 3GPP and ETSI, *Universal Mobile Telecommunications System (UMTS); UICC-terminal interface; Physical and logical characteristics (3GPP TS 31.101 version 7.0.1 Release 7)* (2007).

17. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of 3GPP and ETSI, *Universal Mobile Telecommunications System (UMTS); Characteristics of the Universal Subscriber Identity Module (USIM) application (3GPP TS 31.102 version 7.13.0 Release 7)* (2008).

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

DATED: May 13, 2026

*/s/ Sami Al-Marzoog*
Sami Al-Marzoog