# EXHIBIT 8

McGraw-Hill TELECOM
PROFESSIONAL

# MOBILE APPLICATION DEVELOPMENT

## with SMS and the SIM Toolkit



*Building Smart Phone Applications*

SCOTT B. GUTHERY • MARY J. CRONIN

# Mobile Application Development with SMS and the SIM Toolkit

Scott B. Guthery

Mary J. Cronin

McGraw-Hill
New York • Chicago • San Francisco • Lisbon
London • Madrid • Mexico City • Milan • New Delhi
San Juan • Seoul • Singapore • Sydney • Toronto

*McGraw-Hill*

*A Division of The McGraw-Hill Companies*

Copyright © 2002 by McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4 3 2 1

ISBN 0-07-137540-6

*The sponsoring editor for this book was Marjorie Spencer, the editing supervisor was Steven Melvin, and the production supervisor was Sherri Souffrance. It was set in Vendome by Patricia Wallenburg.*

*Printed and bound by R. R. Donnelley & Sons Company.*

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

Throughout this book, trademarked names are used. Rather than put a trademark symbol after every occurrence of a trademarked name, we use names in an editorial fashion only, and to the benefit of the trademark owner, with no intention of infringement of the trademark. Where such designations appear in this book, they have been printed with initial caps. The 3GPP TS 31.102 Third Generation Mobile System Release 1999, v.3.2.0 is the property of ARIB, CWTS, ETSI, T1, TTA andTTC who jointly own the copyright in it. It is subject to furthermodifications and is therefore provided to you "as is" forinformation purpose only. Further use is strictly prohibited.

Information contained in this book has been obtained by The McGraw-Hill Companies, Inc., ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein, and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information, but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

This book is printed on recycled, acid-free paper containing a minimum of 50 percent recycled, de-inked fiber.

This book is dedicated to

Tyler Guthery
Rebecca Cronin
Johanna Cronin

Our next generation

CHAPTER 1

# Introducing SMS and the SIM

Wireless devices have overtaken every other technology—including the Internet—in global adoption. By 2003 more than a billion people will be using a wireless phone or personal digital assistant (PDA) for voice and data communications. Three factors that have helped to drive this phenomenal growth have also inspired this book:

1. The worldwide availability and popularity of an inexpensive Short Message Service (SMS);
2. The evolution of the Subscriber Identity Module (SIM) inside GSM phones into a standardized and secure application platform for GSM and next-generation networks; and
3. The demand for applications that let people use their mobile phones for more than just talking.

Let's take a quick look at how SMS and the SIM have contributed to the growth of wireless applications and then discuss what you can expect to learn from this book.

The number of SMS messages sent every month has risen from about 1 billion messages in July 1999 to more than 20 billion in July 2001, with projections that the total number of SMS messages exchanged in 2001 will top 200 billion. These SMS exchanges range from simple text greetings or questions sent between individual subscribers (sometimes called "texting") to news and information services offered by the wireless carriers, to more advanced applications offered by third parties such as retrieving data from a corporate sales database or mobile banking. One result of all this texting and other SMS activity is that wireless carriers now view SMS as an important source of revenues. Another outcome is that hundreds of millions of subscribers are ready and eager to try out interesting new services based on SMS. But to move beyond the basic text message delivery and create applications that can be customized and trusted, developers need a standardized and secure application platform. That's where the SIM comes in.

The SIM is a smart chip that was designed as a secure, tamper-resistant environment for the cryptographic keys that GSM carriers use to authenticate individual subscribers to the network connection and track those subscribers' activities once they are on the air. The SIM maintains a constant connection to the network as long as the mobile device remains on. This location-aware, authenticated connection is what allows subscribers to "roam" from network to network around the world and, very importantly from the viewpoint of the carrier, the SIM keeps track of and reports on the subscriber's network usage and roaming activity so that the carrier can bill customers accurately.

The only way to ensure that the SIM can accomplish its handoff of subscribers from one network to another without interrupting communication is to base all of its functions on very detailed international standards. Every GSM equipment manufacturer and carrier adheres to these standards, which cover everything from the physical size and characteristics of the chip to the way it handles and stores incoming information. Anyone developing applications that interact with the SIM also has to become familiar with the relevant standards and keep up with changes. This book describes the most important standards in detail and points readers to online sources of complete standard documentation and updates.

The SIM is also an essential part of the move to higher speed and more capable "next-generation" wireless networks, discussed later in this chapter. Because the 2001 digital network is referred to as the second generation (analog wireless was the first generation), these upgraded networks have been dubbed 2.5G (a significant notch up from the current speed and performance) and 3G. Although the timetable and technology for rolling out next-generation networks differs around the world, carriers everywhere recognize the importance of keeping today's SIM and SMS applications working during and after the upgrade. Therefore, the SIM will manage the roaming of traffic between generations of networks and between geographic locations. In addition, applications that work with today's SIM standards will be in a good position to take advantage of the higher speed and multimedia capabilities of the 3G networks as they emerge.

Carriers, mobile equipment makers, and other service providers agree that applications are the most important driver for continued growth of wireless data exchange. The providers are searching for new killer applications to generate additional revenues from their networks and increase subscriber use and loyalty. They see that individual subscribers are looking for applications that will allow them to get more from their mobile phones or wireless PDAs. Businesses need applications that make mobile employees more productive and enable them to reach their mobile customers. There are different ideas about who should develop such applications. Some carriers prefer to do their own development work, whereas others contract with third-party developers or look to the SIM and mobile equipment vendors to provide the applications. One way or another, the demand for applications continues to increase.

Wireless Application Protocol (WAP), which many people thought of as the fastest route to mobile applications, was something of a

wake-up call for network operators. When wireless communications were all about voice, the operators controlled every aspect of the mobile phone. The emergence of WAP allowed well-known Web-based services like yahoo.com and literally hundreds of start-up WAP sites to download programs to the mobile handset and take control of the screen and the keypad. The wireless operators looked around and discovered that all they still really controlled was the SIM, a tiny computer deep in the guts of the mobile phone that was designed to protect security, not support applications. We'll discuss how this computer sprouted an application programming interface called the SIM Application Toolkit (SAT) and other development tools like the SIM Micro-Browser in Chapter 10, but you should know that today's SIMs are an underappreciated platform for a rich variety of mobile applications.

At the same time, application developers, especially developers who are expert in creating SMS and SIM-based applications are in short supply. It is hard to find all the information needed to start using SMS and SAT, and even harder to find clear examples of how to program specific applications. This book provides a step-by-step explanation of the commands, standards, and programming techniques that will take you from basic SMS applications to advanced SAT functionality. If you want to learn more about SMS and SIM development, this is the place to start.

## Foundations and Definitions

SMS is the abbreviation for Short Message Service. SMS is a way of sending short messages to mobile telephones and receiving short messages from mobile telephones. "Short" means a maximum of 160 bytes. According to the GSM Association, "Each short message is up to 160 characters in length when Latin alphabets are used, and 70 characters in length when non-Latin alphabets such as Arabic and Chinese are used."*

The messages can consist of text characters, in which case the messages can be read and written by human beings. SMS text messages have become a staple of wireless communications in Europe and Asia/Pacific and are gradually gaining popularity in North America.

* GSM Association, "Introduction to SMS" on the web at http://www.gsmworld.com/technology/sms.html.

The messages also can consist of sequences of arbitrary 8-bit bytes, in which case the message probably is created by a computer on one end and intended to be handled by a computer program on the other.

SIM is the abbreviation for Subscriber Identity Module. As its name implies, its original purpose (and continuing role) was to identify a particular mobile user to the network in a secure and consistent manner. To accomplish this, the SIM stores a private digital key that is unique to each subscriber and known only to the wireless carrier. The key is used to encrypt the traffic to and from the handset. It is essential to keep this key out of the hands of mischief makers who might get hold of a SIM and try to steal the subscriber's identity. Because smart cards were designed to be extremely difficult to crack under a variety of attacks, the smart card's core electronics and design architecture were adopted as the base of the SIM. Building applications for the SIM has a lot in common with designing smart card applications and, as we will see later, the standards that guide the evolution of smart cards and the SIM have started to converge in the international standard-setting bodies.

One of the most important standards for SIM application developers is the SIM Application Toolkit (SAT). As the name implies, the SAT standardizes the way in which applications besides the subscriber's private keys can be developed for and loaded onto the SIM. Wireless carriers are understandably sensitive about guarding the security of the SIM and preserving its primary function of subscriber identity and encryption. Because the carrier controls what code is loaded directly onto the SIM, adhering to SAT standards in building your application doesn't mean that it will run on any given network. Typically, there is a testing and certification process required for any application that is not developed directly by the network providers or SIM vendors.

On the one hand, such a process can make it difficult to get your applications on the SIM because, if any Tom, Dick, or Sally can download programs to the SIM it wouldn't be a trusted computer. On the other hand, when you do get your applications on the SIM, you will be in good company. Or, if your applications don't require the full-blown trust and security apparatus built into the SIM, you can work with SMS and a tool called the USAT Interpreter to interact with Web-based information via the SIM. As more SIMs capable of running virtual machines such as Java come to market, you can also develop applications that can be downloaded over the air—as long as the application is acceptable to the wireless carrier. This book explains the range of possibilities and illustrates the steps involved in developing those possibilities.

The SIM is the smaller of two computer chips inside a GSM mobile handset. Early SIMs typically were $1/3$ million instruction per second (MIP) with 3K memory, and most SIMs in use today are $1/2$ MIP with 16K memory. To handle virtual machines and larger applications, the current high-end SIM provides 32K of memory, with 64K SIMs anticipated within the next year. The computer chip that runs the handset is much larger, typically with a couple of megabytes of memory and a couple of MIPs of computer power. The larger chip controls the keypad and the display, encodes and decodes voice conversations, and runs the protocols that enable the handset to connect to the telephone network. The SIM may be a small computer compared with the handset computer and a tiny one compared with PDA and notebook processors, but its size doesn't have to be a gating factor for innovative applications. In fact, the SIM has about the same computing power as the first IBM PC and that computer opened the eyes of corporations and individuals to the potential of word processing, spreadsheets, and other applications to change the way we do our work and live our lives.

Bear in mind that there are other ways of exchanging data with a mobile telephone that are not covered in the following chapters. General Packet Radio Services (GPRS) is one example. There are also other ways to build mobile applications. WAP is one of the best known and has a large following. Nevertheless, SMS and the SIM have some characteristics that make them attractive for many types of application.

SMS is cheap, always on, gets through when other messages don't, is a store-and-forward system and is quite easy to build with. The SIM is portable so you can move it from one mobile device to another; it is tamper resistant, so it can be used to hold sensitive data; and it provides access to the full range of capabilities of the handset. One sweet spot for applications using SMS and the SIM is trusted transactions. Although this includes mobile commerce and financial transactions, the trust inherent in the SIM can be leveraged to a much broader group of applications where privacy and performance are important. The case-study chapters describe how companies and carriers are using this trust in real-world situations.

An SMS message nearly always gets through. If the mobile phone isn't on when you send a message, the system holds it until the phone is turned on and then delivers it. The system also can generate a return receipt that tells you that the message has been delivered. SMS messages are encrypted, so there is no fear that your message will be snatched out of the air and read. You can even add your own encryp-

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 12 of 51 PageID #: 5361


tion to an SMS message so that not even the phone company can read what you are sending. There are many standards, software packages, and service providers that make building industrial-strength SMS applications easy, quick, and even fun (if you have a somewhat distorted sense of fun).

## SMS and SIM in the Network Context

Before we plunge into the details of development, it is important to understand the network context in which SMS communicates with the SIM and the mobile device. The dynamic duo of SMS and SIM works as follows. The part of your application on your desktop computer or corporate server creates an SMS message to be sent to the part of your application on the mobile. This message is handed off to the short message center of your local telephone company with the telephone number of the mobile you want it sent to. The telephone company finds the mobile and passes the SMS message to it. The message has a flag set in it that tells the handset to pass the message to the SIM. The message also has a flag that says which application on the SIM should receive the message. When the SIM receives the message from the handset, it checks to see which application to give it to and hands it off to the mobile side of your application. Figure 1-1 illustrates the flow of traffic.

Receiving a message works exactly the same way, only in reverse. The mobile side of your application generates an SMS message, attaches the telephone number of your air modem, and hands it over to the handset. The handset passes it to the network that delivers it to your desktop.

Ideally, getting an application on the air would be simply a matter of writing the two sides of your application, the server side and the mobile side, and following the appropriate standards and using a language and a runtime library of your choice. However, things are never quite that simple in the world of wireless applications.

What we'll discover is that there is a welter of options and alternative implementation possibilities available. Further, even though the mobile networks are perfectly interoperable when it comes to voice, this is far from the case when it comes to data. You certainly won't be able to move your SMS/SIM applications from one telecom operator to another as easily as moving your applications from one portal to

**Figure 1-1**
Message flow from server to screen.




another or from one Internet service provider (ISP) to another. An application that might work perfectly when both its parts are connected to the same operator might not work if the mobile part wanders off to another operator. Or, an application might work fine on one network and not at all in another.

From an application developer's perspective, such possibilities mean you have to be resourceful. You need to be able to figure out how to develop applications that fit into the wireless network according to the level of trust and security that they require and the amount of interaction and support that they need from the various points on the wireless network. There are a number of ways to proceed and choosing the right one for a particular application means being familiar with all the options.

It is important to keep in mind that the mobile network is not like the Internet technically or philosophically. The wireless operators have paid

a great deal of money for their spectrum licenses and have invested yet more billions in transmission facilities. They care a lot about who uses their networks and for what purpose, and they often see themselves as gatekeepers in a literal sense when it comes to applications. The carriers own the spectrum and they control the SIM and, given its security requirements, they are understandably protective of it. This doesn't mean, however, that developers face an impossible hurdle getting their SIM applications on the air. Faced with the need to provide more revenue-generating services to justify the investment in next-generation networks, the carriers are eager for value-added applications and are coming to terms with the fact that internal application development is not the answer. For these reasons, carriers are increasingly open to applications that are designed to work within the SMS and SAT framework. Let's get down to the details of how to make that happen, starting with a discussion of protocol stacks and standards in the wireless network context.

## Protocol Stacks

You've heard about TCP/IP and HTTP and other communication protocols, and you've probably even worked with them, but you probably haven't had to be too concerned about the details of those protocols or how they work together because there are high-level application programming interfaces to the Internet that let you ignore all the nasty details of Internet piping. This definitely isn't the state of affairs when it comes to building mobile applications.

One thing to keep in mind as you read this book is that network protocols encapsulate one another, just like those Russian dolls. Each protocol takes what it gets, puts it into an envelope with instructions written on the outside, and hands the envelope to the next guy. When the envelope gets to the other end, the receiving side of the protocol opens the envelope and passes the contents on in accordance with the instructions written on the outside of the envelope.

This process of encapsulation and de-encapsulation can be diagrammed a number of different ways. All the diagrams tell the same story. Figure 1-2 provides a simple illustration to fix the key elements of protocol encapsulation in your mind.

What makes building mobile communications different from building Internet applications is that you have to be concerned with all the envelopes, not just the first and last one.




**Figure 1-2** Protocol encapsulation

In Internet computing you only have to be concerned with the outermost envelope. You use your e-mail program to create an envelope around some text, write sguthery@mobile-mind.com on the outside, and hit SEND. Even though you may be subconsciously aware that this envelope gets put into another envelope and that into another envelope, you certainly don't worry about the details of those other envelopes. Somehow all those envelopes get your message to sguthery's mail box at mobilemind.com. At the far end I click on your envelope and my e-mail program opens it up and displays your message. I didn't worry about all the envelopes any more than you did.

What made the Internet message so easy to send is that all the nodes along the way helped out. Your computer added an envelope, your ISP added an envelope, and maybe even the network that your ISP connects to added an envelope. Everybody did his or her bit to get your message through. Those readers with long memories might remember the days when e-mail had to be routed through the Internet. E-mail addresses looked like this: sguthery!watertown!boston!rcn!uunet. All this routing is now done by the network.

The mobile network is like the early days of the Internet. The application has to be concerned with multiple envelopes. Some of these envelopes steer your SMS message through the network to the mobile device, others correctly process it on the handset, and others correctly handle it on the SIM. If you are not careful to remember how each segment follows the other, you can easily forget who you are talking to and what you are trying to say.

In some ways, the sequence and relationship of the protocols required for SMS routing are similar to the different combinations of

numbers we have learned to dial to work our way through fixed-line voice communications. Let's say that Sally Green has just arrived at her hotel in Tokyo and wants to leave a message at her home office confirming her schedule of meetings. Sally will have to dial a string of numbers that "talk" to different parts of different phone networks. The string would look something like this:

| | |
|---|---|
| 00 | to connect with the hotel switchboard |
| 010 | to reach an outside line in Tokyo |
| 123 456 7890 | to reach the local access number for Sally's international long-distance provider |
| 54321 | to verify Sally's identity with her personal identification number so the provider will put the call through |
| 1 617 | to reach the United States and Boston area code |
| 234 5678 | to reach Sally's company headquarters |
| 200 | to reach the individual to whom Sally wants to talk |

This type of sequencing will be required for our mobile messages except that the numbers will be much longer, have infinitely more details, and be wholly unfamiliar to you. As we provide examples in the following chapters, we will try to keep running track of where in the hierarchy we are, whom we are talking to, and what we are trying to get them to do for us.

## The Role of Standards

Communication networks by definition are governed by, paced by, and driven by standards. This makes perfect sense. If you and I don't agree completely on what bit 53 means, then when I set and hand it to you, you won't do what I thought you were going to do. There are thousands of mobile network standards. Many of them are on the Internet and free from the organizations dedicated to setting and evolving the standards, and others you have to pay a fee to obtain. Fortunately, we will be dealing with only a small percentage of the total body of mobile standards and almost all the ones we'll be talking about are free (Figure 1-3). More information about the interrelationship of the various standard-setting bodies and pointers to the sources

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 17 of 51 PageID #: 5366



of all of the standards mentioned in this book and many other useful standards can be found in Appendix A.




**Figure 1-3** Standards suites governing the SIM.

There are seven standards with regard to SMS messages that are discussed in greater depth in Chapters 2 and 3. Two govern talking to a mobile phone connected to a desktop computer:

- **3GPP 27.005**—Use of the Data Terminal Equipment—Data Circuit Terminating Equipment (DTE-DCE) interface for SMS and Cell Broadcast Service (CBS)
- **3GPP 27.007**—AT command set for 3G User Equipment (UE)

One tells us how to talk directly to the network operator:

- **3GPP 23.039**—Interface protocols for the Connection of Short Message Centers (SMSCs) to Short Message Entities (SMEs)

If we are building small applications, then we can use a mobile phone as a kind of air modem to send our messages from our computer to the phone company. If we are building a corporate application, we probably want to talk directly to the phone company over a landline.

Two more standards give us all the nitty-gritty details about SMS messages:

- **3GPP 23.040**—Technical realization of SMS
- **3GPP 24.011**—Point-to-Point (PP) SMS support on mobile radio interface

We will spend most of our time in the first section on SMS dealing with those two in detail.

The final two provide some details about to write those messages:

- **3GPP 23.003**—Numbering, addressing, and identification
- **3GPP 23.038**—Alphabets and language-specific information

The GSM and 3GPP networks are global and must be strict about alphabets and languages. Further, the mobile network is an overlay of the landline network, which in turn grew by and large inside national boundaries. The mobile engineers couldn't just say, "Tear it down and let's start over." They had to build on what they had, so numbering schemes contain echoes from the past.

As a result, you will have to specify the properties of your messages such as which alphabet to use, how to encode that alphabet, and which numbering scheme should govern the telephone number. You'll wonder why the folks who designed the system didn't just pick one and be done with it. The reason is that the global system evolved by connecting many local systems without the benefit of a homogenizing architecture such as the Internet. The analogy is having to know the Ethernet address of the computer you want to send a packet to ... only worse.

The next set of standards govern the computer to which we are sending our SMS messages, the SIM. The SIM is essentially a smart card shorn of its plastic (i.e., just the smart part of the smart card), so it is not surprising that SIM standards are offsprings of smart-card standards.

The three basic smart card standards are:

- **ISO/IEC 7816-4**—Integrated Circuit(s) Cards (ICC) with contacts, Part 4: Interindustry commands for interchange
- **ISO/IEC 7816-8**—ICC with contacts, Part 8: Security-related interindustry commands
- **ISO/IEC 7816-9**—ICC with contacts, Part 9: Additional interindustry commands and security attributes

The two SIM standards that are derived from those and that we will be concentrating on are:

- **ETSI TS 102.221**—Smart cards; UICC—terminal interface; physical and logical characteristics
- **ETSI TS 102.222**—ICC; administrative commands for telecommunications applications

These standards describe the SIM platform. Think of them as the documentation for an Intel processor with the Win32 application programming interface (API). On top of this platform, we will consider two programming metaphors: a microbrowser metaphor and an executable program metaphor.

The SIM microbrowser is something of a misnomer. It isn't an attempt to turn the SIM into a Web browser. Rather, it is a byte-code interpreter that allows the SIM to download, display, interact with the subscriber, and communicate with your application with a Web-based set of instructions and then throw away the instructions once the interaction has been completed. The byte-coded instructions that are sent to the microbrowser are very much like the pages that are sent to your desktop browser, which is the reason for the name "microbrowser," however inaccurate technically.

This "fire-and-forget" model of user interaction fits very well with the constraints and capabilities of the SIM. As a result, many network operators favor the SIM microbrowser as a more lightweight and easily controlled way to get value-added applications to their customers than the more ponderous and administratively expensive executable program model.

There is one key standard that describes the SIM microbrowser, now called the USAT Interpreter:

- **3GPP TS 31.113**—USAT interpreter byte codes

The second, less widely used, model of computation is where you install your application code directly on the SIM just as you might install a new program on your PC. Your own experience has probably taught you that you are more likely to run into trouble installing a program on your computer (sometimes call *applets*) than simply viewing a page on the Web, and this has been the experience of the network operators, except that they deal with millions and tens of millions of computers using their customers' SIMs, so having trouble installing a program is serious problem for them.

Building an executable program for the SIM is much more complex than simply sending pages to a program already installed on the SIM, as with the microbrowser. As a result, there are more standards

that govern this type of application development. The ones that we will consider are:

- **ETSI TS 02.19**—Subscriber Identity Module Application Programming Interface (SIM API): Service description, stage 1
- **ETSI TS 03.48**—Security mechanisms for SAT, stage 2

Whether you are building a microbrowser application or an executable program application, your code is written against an API inside that SIM. This interface is described in the last standard we will be using:

- **ETSI TS 102.223**—Smart cards; card application toolkit

**Figure 1-4**
Standards on mobile application interfaces.



Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 21 of 51 PageID #: 5370



## Preview of Coming Chapters

Not surprisingly given the title, this book is divided into two major sections: SMS messaging and SIM application programming. The SIM section is divided further into two parts, one on the SIM microbrowser and the other on SIM applets.

In the SMS section we focus on getting an SMS message to the mobile and handling an SMS message that is sent from the mobile. Because our primary concern is working with the 3G system to get the message there and get it back, we won't worry too much about what the message contains and will use simple text messages in most of our examples.

In the microbrowser part of the section on the SIM microbrowser, we use techniques discussed in the SMS section to send Internet-style Web pages to the SIM. These pages are rendered by the microbrowser SIM and then deleted. There is a surprising range of mobile applications you can build with this seemingly modest capability. We explore some of those possibilities in detail.

In the SIM applets section, we discuss installing permanent applications on the SIM. This can be done when the SIM is manufactured or can be done later after the SIM is in use in your mobile phone. Because the amount of memory on the SIM is quite limited, you have to work closely with the network operator to use SIM applets.

There are three case study chapters, Chapters 6, 11, and 13. The case studies are of increasing complexity and show how wireless carriers, corporate customers, and third-party application developers use the techniques in the preceding chapters to bring successful applications into being. The cases also illustrate how SMS and SIM applications add value for the operations and wireless customers.

## Summary

If you'll pardon the pun, there are lots of moving parts in building mobile applications. Building a killer mobile application isn't a matter of slinging millions or even thousands of lines of code. It's scalpel, not machete, work.

You're probably used to working with large objects like Windows COM objects or SQL databases or maybe CICS transactions. Rarely if

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 22 of 51 PageID #: 5371



ever do you contemplate the bits and bytes that form the base on which you're building. That is not the case with mobile applications. There is such incredible pressure on all the technical dimensions of mobile computing, for example, bandwidth, battery life, weight, cost, and transmission time, that no effort has been spared to squeeze the last little bit of value out of every little bit. What might be casually allocated to an 8-byte or a even a 32-bit word on a desktop computer, a TRUE/FALSE flag, for example, will be given exactly 1 bit in mobile computing and then only after it convinces everybody that it really needs to exist.

It may seem strange and even frustrating at first, like painting with a one-bristle paintbrush. Succeeding in this space-constrained and absolutely precise world of mobile programming requires a different set of skills and tradeoffs than building applications for the desktop or even the PDA. After a while, you will discover that, once you learn the colors and the techniques, you can make very impressive—and functional—pictures. So let's begin building assembly language programs for the biggest computer in the world, the worldwide telecommunications network.

CHAPTER 7

# The SIM

When you light up your mobile phone, the first question that occurs to the mobile network operator isn't "Who would you like to call?" but rather "Who is going to pay for this call?" Before GSM, the answer was simple. The operator retrieved an account number from the phone, looked it up in his records, and if the account was in good standing, he knew who was paying for the call and the conversation could continue. If the caller was not a customer of that operator, then obviously the account would not be found and the conversation stopped.

One of the primary driving forces behind GSM was using a mobile phone on somebody else's network, which is called *roaming*. GSM developed in Europe, where each country had its own mobile phone company but people continuously roamed between countries. The need for business harmonization—"you can use my network even though you are a subscriber from another country"—led to technical harmonization. GSM is primarily thought of as a technical wonder, which it certainly is, but it is also very much a business model wonder.

So you visit somebody else's network and light up your phone there. That same old question comes to the fore: "Who is going to pay for this call?" Obviously, the network you are visiting doesn't have an account for you so they can't answer the question the old way. What they can do is retrieve from your phone the identity of the network that does hold your accounts and ask them whether you're good for your charges. The visited operator sends your home operator your account number and gets back a "yes, we'll pay this guy's bill" or a "no, we wouldn't let him call his dying mother." Then, when you're done talking, the visiting operator sends your home operator a bill for your call. Your home operator pays the bill and adds it to your monthly charges (with a modest handling fee, of course).

This would work swimmingly if nobody ever tried to make calls they didn't want to pay for. In particular, your home operator wants to make sure it's really you out there and not just somebody that has some how stolen your account number. Obviously, if you got a bill that said you made calls in three different countries at about the same time, you would have a pretty strong case that at least two of them weren't really you.

A simple and ingenious solution to this problem is at the core of the GSM network. Put one of exactly two copies of a secret cryptographic key in your phone and put the other copy in your account back at home. When you light up while roaming, the visited network retrieves your account number from your phone and sends it to your home net-

work. The home network looks up your account and, if it is in order, sends back a random number and an encryption of that random number with the key in your account: "I'm good for the charges if the guy you are talking to can encrypt this random number and get this result." The visited network sends the random number to your phone and compares what it gets back with what it got from your home network. If the two numbers are identical, you can start dialing for dollars. This process is illustrated in Figure 7-1.

Of course, this whole scheme turns on there only being two copies of the secret key. If a third copy came into being, then you theoretically could be in two countries at the same time. This is where the SIM comes in. Remember that SIM stands for Subscriber Identity Module. It is very literally the keeper of one of the two keys.

**Figure 7-1**
GSM authentication protocol.



The GSM engineers needed a secure place to store the subscriber's copy of the key to make their scheme work but this secure place also had to be able to perform some computations with the key to encrypt that random number. It would make no sense to fret about storing it securely and then pass it to the handset when it went into action. By happy coincidence, there was just such a device lying about—the smart card. It could store data securely and perform computations with that data. Just shave off all the card's decorative but useless plastic, pop it in the phone, load up a key, and we're literally on the air. And that is all a SIM is—a garden-variety smart card without the plastic with a secret key inside. Poke a random number in and get an encrypted version out. The key never leaves its secure package, and it's almost impossible to tear the package apart to get the key out. Perfecto!

The network operator owns the SIM just like the credit card company owns the credit card. It is, after all, the operator's on-the-scene agent who is vouching for you and underwriting your use of somebody else's network. If the two numbers match, then your network operator is on the hook for your use of the foreign network.

The choice of the smart card as the keeper of the secret key ended up having a nice side effect. You could move it from handset to handset. In this way, when a new handset came out that you just had to have, you could move your account to it yourself without bugging the operator to move your keys about. Anybody who has tried to change his or her handset on a non-GSM network will appreciate this feature. Not only is it a hassle for the subscriber, it is a lost cause expense for the operator.

All of this engineering took place at the dawn of the development of the GSM network in the mid to late 1980s. Once it was decided to use a smart card for the SIM (there were actually three competing proposals but the smart card won out), a number of additional uses for this tamper-resistant mobile computer were found.

For example, your real account number isn't really sent over the air back to your home network. Rather, a temporary account number is used that can be changed regularly by your home network. This prevents capturing your account number and using it to track where you are. Your current temporary account number is stored on the SIM just like the secret key. The only difference is that the temporary account number can be and is changed periodically, whereas the secret key isn't.

Another example is the use of the computational capabilities of the SIM is to generate a temporary key that is used to encrypt the com-

munication between the handset and the network. This is the air link and the link that is most subject to freeform eavesdropping. After you have been successfully authenticated, the SIM uses the random number to create a key that is used to encrypt the traffic between the phone and the visiting network. This key also is generated by your home network and given to the visiting network over landlines so that the key used for protecting the phone and the network never travels over the air.

There are many books and papers on the security and cryptography used in the GSM network, so if this aspect of GSM strikes your fancy, there is much to learn. We've included some references to this body of literature in the bibliography if you want to pursue this path. For the purpose of application development, what is important is that the SIM is a secure computer that is underpinned with perhaps the biggest key infrastructure outside the government. The SIM and this key infrastructure can be harnessed to inject trust into your applications and the transactions they generate.

SIM-based applications aren't about a daily horoscope or a late-breaking football score. We'll leave those to untrustworthy handset applications based on WAP or whatever replaces it. SIM-based applications are about taking action with the assurance that the data on which the action is based is from who is says it is from (authenticated and nonreputable), that it hasn't been tampered with (integrity), and that nobody else is privy to what is happening (confidentiality).

I like to think of my GSM phone as the ultimate remote control from which I can issue commands about every aspect of my life from anywhere in the world to anywhere in the world. This makes the SIM a very, very attractive application development platform.

## Smart Cards 101

Just as there is a large body of information on GSM cryptography, there are many sources of information about smart cards. The cryptography we can assume because it really happens under the covers. To use the SIM, we have to understand a little about smart cards because, at the most fundamental technical level, a SIM is a just a smart card that happens to have a mobile phone as its reader.

A smart card contains a hierarchical file system just like your desktop computer or laptop computer. Rather than having human read-

able names like "My Documents" or "Chapter6.doc," directives and files in a smart card consist of two binary bytes. Thus we speak of the directory 0x7F01 or the file 0x45C6. The root of the hierarchy is called the Master File (MF). Its name is always 0x3F00.

There are different kinds of files, just like on your PC, but not nearly so many different kinds. There are directories, of course, and files that contain an unstructured block of data such as a name or an account number. There are also record files that contain a series of fixed-size records, each of which may have well-defined, fixed-size fields. Directories are referred to as DFs (unless they contain all the information pertinent to a specific application, in which case they are called ADFs) and files are generically referred to as EFs (Figure 7-2).

**Figure 7-2** Examples of directories and files.




There are about 80 files on a SIM card. Because not everybody can remember that 0x2F05 is the file that contains the subscriber's preferred language, the convention has been adopted to use a descriptive subscript on DF or EF when talking or writing about these files. The language preference file, for example, would be referred to as $EF_{PL}$ (for Preferred Language). Nevertheless, when you talk to the SIM about this file, you have to use its two-byte name, 0x2F05.

Talking to a smart card such as a SIM means sending it commands to perform actions. For example, if we wanted to retrieve from the SIM the subscriber's language preference, we would use the SELECT FILE command to focus the SIM's attention on $EF_{PL}$ and then the READ BINARY command to instruct the SIM to return to us the contents of the file.

If the SIM is just a smart card, why can't we use it in a plain old smart card reader? Why do we have to get at it through the handset or even through the entire GSM network? The fact is you can communicate with a SIM through a plain old smart card reader, but you can do only those things that you the subscriber are allowed to do. However, this way of using the SIM can be an advantage. In fact, it can produce some very interesting applications.

An even more exciting possibility is using the SIM as a way to inject trust into transactions coming from your laptop or desktop computer. After all, it is still you, whether it is you standing at a bus stop with a mobile phone in your hand or sitting at your desk wanting to buy a book on Amazon.com. At this point however, many network operators are so busy trying to control all the applications on the mobile network that they don't seem to understand that they can offer additional trusted services and make money in other networks such as the very nonmobile World Wide Web.

Let's get down and dirty and take a look at the actual bytes that are sent to the SIM to read the subscriber's language preference. First, we have to focus the SIM's attention on the file from which we want to read data, namely good old 0x2F05. To do this we send the SELECT FILE command to the SIM. SELECT FILE for 0x2F05 looks like this:

| CLA | INS | P1 | P2 | Lc | File ID | |
|---|---|---|---|---|---|---|
| 0xA0 | 0xA4 | 0x00 | 0x60 | 0x02 | 0x2F | 0x05 |

It's seven bytes long and consists of six fields. The CLA ("class") field provides some information about the format of the command. Value 0xA0 means this is a GSM command.

The INS ("instruction") value 0xA4 says that this is the SELECT FILE command. P1 ("parameter 1") isn't used in this command and the P2 (not surprisingly, "parameter 2") value 0x60 says don't send back any information about the file, just focus all of your attention on it. The Lc value indicates that the next file name is 2 bytes long. The File ID bytes are the name of the file. Lots of other options are available by

putting codes in the other fields, but we'll concentrate on the simple case for now.

Even though we said don't send back any information about the file, the SIM always sends back a 2-byte status word saying how things went. If the 2 bytes, 0x90 and 0x00, come back, then everything went OK and the SIM is ready for the next command. If something went wrong, then the SIM would send back an error code. For example, if it couldn't find the file you asked for, it would send back 0x6A 0x82, which translates freely as "File not found."

OK, we got back a 0x9000 so the SIM is concentrating on 0x2F05, the preferred language file, $EF_{PL}$. The subscriber's languages are listed in this file in order of preference, with the most preferred language being first. Each language is coded on two bytes as two alpha-numeric characters. The coding of languages as two characters is given in ISO 639. Let's read the first 2 bytes using the READ BINARY command:

| CLA | INS | P1 | P2 | Le |
|---|---|---|---|---|
| 0x00 | 0xB0 | 0x00 | 0x00 | 0x02 |

The INS value of 0xB0 says that this is the READ BINARY command. P1 and P2 together are offset into the file where the read should being. In our case, because we want to read the first 2 bytes, the offset is 0. The Le value indicates how many bytes we want to read.

In this case, the SIM sends back 4 bytes:

```
0x65 0x6F 0x90 0x00
```

The first 2 bytes are the encoding of the subscriber's most preferred language and the second 2 bytes are our old friend 0x9000, which from the SIM's point of view indicates that everything went OK. The first 2 bytes are ASCII for "eo," which means the person prefers to speak Esperanto.

The commands sent to the SIM to ask it to do something are called APDUs. APDU stands for Application Protocol Data Unit. The number of commands that the SIM understands has grown over the years. Today, there are 22 APDUs that the SIM understands. All interaction with the SIM boils down to the handset sending one or another APDU to the SIM and catching what comes back. Even when you put

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 31 of 51 PageID #: 5380



your own application on the SIM, as we discuss in Chapter 12, it will have to define the APDUs that must be sent to the SIM to talk to it.

## The Evolution of the SIM

Before we go into details, we should say something about the SIM hardware and software architecture and about how these are evolving.

From its first use in a GSM phone until very recently, a SIM was an 8-bit microcontroller, usually an Intel 8051 or a Motorola 6805. The amount of memory in the SIM has grown. Initially containing only 256 bytes of RAM and 3 kilobytes of EEPROM, it has grown to 1,024 bytes of RAM and 32 kilobytes of EEPROM. All the software for the SIM—the operating system and the code that handles the file system and the APDUs—is burned into 32 to 64 kilobytes of ROM. The 80 odd data files are kept in the EEPROM, and the RAM is used as an I/O buffer for communication with the handset. This is about all that is needed for the SIM to perform its cryptographic duties and provide some relatively trivial telephony services such as storing a phone book of frequently dialed numbers.

Beginning in the mid-1990s, as new applications started to find their way onto the mobile telephone, the SIM started to morph into a full-fledged application platform. Needless to say, this put all kinds of evolutionary pressure on the SIM operating software and the SIM hardware. The software started to sprout virtual machines, principally the Java virtual machine, to host nontelephony applications, and the hardware started to grow additional memory and computational abilities.

Roughly speaking, there have been three generations of SIMs. In the first generation, SIM was just a SIM. The only thing the SIM smart card could do was be a SIM. The smart card hardware was committed solely to SIM functionality. In the second generation, additional applications could be added to the SIM. The SIM was still the uber-application, but it could call on other applicationettes to create custom services for the subscriber. In the third and current generation, the SIM itself becomes an application and all applications have equal (well, almost equal) standing on the platform.

| Generation | Name | Characteristic |
|---|---|---|
| 1 | Purpose-built SIM (Figure 7-3) | SIM performs network authentication and universal telephony services such as phone book and SMS message storage |
| 2 | SIM with applications (Figure 7-4) | Additional customer-specific services can be added as SIM Toolkit (STK) applications after the SIM is in the field |
| 3 | SIM as an application (Figure 7-5) | SIM is one of the multiple telephony applications, specifically the authentication application, on the platform |




**Figure 7-3**
Architecture of a first generation SIM.




**Figure 7-4**
*Architecture of a second generation SIM.*




**Figure 7-5**
*Architecture of a third generation SIM.*

There is a fourth generation on the horizon that we will discuss in Chapter 12.

## Who Are You?

Throughout its evolution, the SIM has never lost sight of its primary function—to authenticate the subscriber to the network. At its heart, it is an identity token; as a network identity, it has become more, not less, important. Its unique ability to perform this authentication function is what has attracted applications to the SIM platform.

Initially, the SIM could recognize three entities:

- **ADM**—This is the network operator who performs ADMinistration duties on the SIM. ADM might be thought of as the UNIX superuser.
- **PIN**—This is the subscriber, the person toting the phone and the person who enters the PIN to activate the SIM on the phone so that it can get the phone on the network.
- **PIN2**—This typically is the entity paying the bills for use of the mobile. PIN2 is stronger than PIN and can, for example, reset PIN, but it is not as strong as ADM.

Associated with every file on the SIM smart card is a set of rules called an *access control list* that says who can do what to the file. Here is the description for the Fixed Dialing Numbers file, $EF_{FDN}$, directly from the 3G 31.102 standard (shown on next page).

Good old 31.102 dictates that $EF_{FDN}$ can be read by the person who knows the PIN, it can be updated only by the person who knows PIN2, and it can be deactivated and activated only by individuals who can prove they are ADM.

The FDN table contains a list of the numbers that a phone with this SIM can call. Imagine a phone given by a company to an employee to use on the road to call the office and the supply depot. It's OK for the employee to read the numbers he or she can call (PIN) but obviously only the company itself should be able to add new numbers to the file (PIN2). If PIN had UPDATE rights, then the employee could write whatever numbers they please into the table and this would defeat the purpose of the table.

There is a table like this for every one of the 80 odd files on a SIM card and this is how access to all the data in the SIM is controlled. It's

| | | |
|---|---|---|
| Identifier: 6F3B | Structure: linear fixed | Optional |
| Record length: X+14 bytes | Update activity: low | |

Access conditions:

| | |
|---|---|
| READ | PIN |
| UPDATE | PIN2 |
| DEACTIVATE | ADM |
| ACTIVATE | ADM |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 to X | Alpha identifier | O | X bytes |
| X+1 | Length of BCD number/SSC contents | M | 1 byte |
| X+2 | TON and NPI | M | 1 byte |
| X+3 to X+12 | Dialling number/SSC string | M | 10 bytes |
| X+13 | Capability/configuration2 identifier | M | 1 byte |
| X+14 | Extension2 record identifier | M | 1 byte |

also possible to stipulate the access condition ALWAYS or NEVER. ALWAYS means anybody can do it at any time without proving who they are. NEVER means nobody can do it, no matter who they can prove they are.

## Evolution of SIM Standards

The most well-known smart-card SIM is in GSM phones, but the contributions of this portable tamper-resistant token to the security of a mobile telephone network did not go unrecognized by other mobile telephony access technologies. SIMs can also be found in CDMA phones, iDen phones, and TDMA phones. All of these other SIMs took the GSM SIM standards as their starting point and headed off in directions dictated by their particular technologies and business environments.

As a result, SIM standards grew up closely associated with the networks in which they were used and thus the standards development organization (SDO) that defined those networks. Whereas GSM clearly led the way for the use of the SIM chip, other network technologies recognized the value of the SIM in the network architecture and were active at least to some extent in defining the SIM.

| Mobile Technology | SDO | SIM Standard | Name of the SIM |
|---|---|---|---|
| TDMA | ETSI | TELEPOINT | TIM |
| GSM | ETSI | GSM 11.11 | SIM |
| TETRA | ETSI | EN 300 812 | TSIM |
| TDMA—136 | TIA/EIA | ANSI-136-510-B | UIM |
| TDMA—PDC | ARIB | T63-31.102 | UIM |
| TDMA—Rev-C | TIA/TR45.3 | SP 4027-030,033, 034 | UIM |
| IMT-2000 | ISO | Q.1741 | UIM |
| CDMA | CDG | CDGRF 43 | R-UIM |
| CDMA | 3GPP2 | IS 820 | R-UIM |
| CDMA 2000 | ARIB | T64-C.S0023 | R-UIM |
| W-CDMS | ARIB | 31.101 | UIM |
| iDEN | Motorola | Proprietary | SIM |
| WAP | WAP Forum | WAP-260-WIM-20010712-a | WIM |
| WAP & SIM | None | None | SWIM |
| TDMA | 3GPP | Proposed | ISIM |

In late 1999, a meeting was held in Austin, Texas, to gather support for the notion of a common SIM that could be defined across all telecommunications technologies. This resulted in all the TDMA technologies banding together under the 3GPP flag and a liaison and cross-reference linkage between TDMA and CDMA SIM standardization efforts.

| Mobile Technology | SDO | SIM Standard |
|---|---|---|
| TDMA | 3GPP T3 | 31.102 |
| CDMA | 3GPP2 | C.S0023 |
| CDMA | TIA/EIA | IS-820 |

In early 2000 ETSI created a new project called Smart Card Platform, which is currently chartered with defining a common generic SIM for all communication applications.

| Mobile Technology | SDO | SIM Standard |
|---|---|---|
| UICC | ETSI SCP | 102.221 |

Because all SIM standards take the GSM SIM standard as a starting point and there are more GSM SIMs in the field than all the other SIMs put together, the

```
GSM 11.11 -> 3G 31.101 -> SCP 102.221
```

sequence is the dominant SIM standard track and SCP 102.221 is the one to follow if you follow only one. The agreement in place among the SIM standards groups is that, if a particular access technology such as GSM wants to deviate from SCP 102.221, the standard describing that deviation will be expressed as a delta or modification of SCP 102.221 rather as a cut-and-paste job on 102.221.

| Mobile Technology | SDO | Extension of ETSI SCP 102.221 |
|---|---|---|
| GSM | ETSI | 51.111 |
| TDMA | 3GPP | 31.111 |

The real revolution that took place in the process of this evolution was that the SIM became a bag of bits rather than a piece of hardware. The common hardware foundation of all SIMs being developed is the UICC. Some people think this stands for Universal Integrated Circuit Card, but it doesn't actually stand for anything. Any number of the

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 38 of 51 PageID #: 5387



existing SIM specifications now run as software applications on this hardware foundation.

In particular, the GSM SIM application running on the UICC hardware base is called the USIM. Because the software USIM and the hardware SIM behave more or less the same from an application developer's point of view, we will continue to refer to the SIM and understand that we are really referring to the USIM application running on the UICC platform as we move into the future.

Another identity application planned for the UICC is the ISIM. The I in ISIM stands for IMS, which in turn stands for IP Multimedia Service (where, of course, IP stands for Internet Protocol). The idea is that the USIM identity application lets you use the mobile network and the ISIM application lets you access multimedia content. The network operator would control the USIM because it's the operator's network. Vivendi, AOL-Time-Warner, or Sony would control the ISIM because it's their content.

The files and directory structure of the UICC and the USIM are shown in Figures 7-6 and 7-7. All of these files are kept in the EEPROM of the UICC and can be accessed using the 22 smart-card commands supported by the UICC operating system.

## The Birth of the SIM Application Toolkit

In the early 1990s, as GSM began to take off, operators cast about for ways to attract new subscribers and switch those subscribers from their competitors. Rate plans and special deals proliferated, but there are only so many people you can attract with free calls to Romania on Tuesday. A better idea and certainly a more successful business model was unique supplemental services such as speed dialing and call forwarding. The downside of building some of those services into the network was that scaling killed you. Imagine, for example, the data storage capacity and data processing capability needed to store and provide instant access to millions of personal phonebooks on central servers.

As the operator's engineers looked around for alternative ways to offer these services, their eyes naturally fell on that little computer in every GSM phone. The initial reaction of the security gurus who had designed the SIM was a very emphatic "No applications in the SIM. Full stop."

**Figure 7-6**
File identifiers and directory structure of the UICC.



**Figure 7-7**
File identifiers and directory structure of the USIM ADF.



Nevertheless, pressures of business overruled purity of design as usual, and slowly but surely the notion of SIM-based applications came into play. Initially, this involved putting inert data such as frequently called numbers on the SIM, but mold-breaking experiments by Swisscom to use the SIM for real-time call redirection convinced people that the SIM could play a more active role in advanced service delivery. The trouble was the master/slave relationship between the SIM and the handset.

Recall that the communication protocol between the handset and the SIM is for the handset to send the SIM a command and for the SIM to execute the command and give back the response, i.e., a master/slave relationship. Given this relationship, it seemed that every new service offering would entail modification of the handset because the handset had to drive the application and the SIM could only do as it was told. Even if the SIM could give application-specific instructions to the handset, the handset would have to be programmed to understand them. This tied a particular version of the handset to a particular version of the SIM and defeated one of the key features of the SIM, namely portability from one handset to another. Further, the time needed for developing, manufacturing, and delivering new handsets was far too long to respond to rapidly opening and closing market windows for advanced services.

In August 1994 two engineers at BT Cellnet, Colin Hamling and Kristian Woodsend, had a pair of breakthrough ideas. As fate would have it, Kristian worked for Colin at the time, so they could rub their ideas together to light a fire under the evolution of the SIM.

Kristian's idea was to define a standard set of relatively low-level, general-purpose commands on the handset and let SIM assemble those in various ways to create operator-specific services. This was the Right Stuff except something has to be done to turn around the master/slave relationship between the SIM and the handset so that the SIM could tell the handset what to do. Colin's contribution was to define a new smart-card status word that said "The command you gave me executed just fine AND I HAVE A COMMAND FOR YOU." The most elegant and rewarding engineering is doing for a dime what any fool can do for a dollar (Figure 7-8).

**Figure 7-8** Proactive command protocol.




The key word was "standardized." Colin and Kristian had to get their proposal written into GSM standards so that every handset supported the commands and the new status word to preserve the portability of the SIM. Colin at the time just happened to be the vice-chairman of the GSM SMG9 standards committee that was in charge of writing such standards so he and Kristen worked furiously through the last week of August to get their idea ready for submission to the SMG9 meeting in early September 1994.

Fortunately for Colin and Kristin, the chairman of SMG9 at the time, Dr. Klaus Vedder, although a security expert and the original champion of the use of the SIM in GSM phones, saw more potential than threat in coupling the SIM into vertical applications. It must be noted in passing that Klaus is still the chairman of the two committees that guide the

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 43 of 51 PageID #: 5392


evolution of the SIM, 3GPP's T3 committee and ETSI's SCP committee, and he is as receptive and encouraging as ever to new ideas.

The SIM Toolkit used the ISO 7816-4 ENVELOPE command to move data from the handset to the SIM. At the same time that the Cellnet notion of a SIM Toolkit, as it was called, was coming into focus in SMG9, Swisscom's notion of SIM data download was winding its way through the SMG9 standardization process. The idea of SIM data download was to use special SMS messages to cause data to be written or updated in the SIM. The leverage provided by linking these two ideas—seamless communication from the network applications to applications on the SIM—was quickly recognized and at the February 1995 SMG9 meeting the Proactive SIM and SIM Data Download work items were merged into the SIM Application Toolkit work item.

The SAT is a happy and cooperative marriage of two innovations: the ability of the SIM to send commands to the handset using a new ISO 7816-4 status word and the ability of the handset to notify the SIM of events using the ISO 7816-4 ENVELOPE command. What must be noted from an engineering design perspective is that this revolution in the use of the SIM was brought about wholly within the existing technical framework and in a way that was completely backward compatible. This, in our opinion, is engineering at its finest.

## The SAT API

Very quickly after the SAT had been standardized in the document ETSI TS 11.14, the SIM card manufacturers produced SIMs that enabled the network operators to build SIM Toolkit applications on the SIM. Handsets that supported the SIM Toolkit also began to be available in phone stores on Tottenham Court Road.

As might be expected, when things are moving this quickly, applications developed for one manufacturer's SIM were not easily portable to another manufacturer's SIM. As a result, in late 1996 a new work item was formed within SMG9 to standardize SAT. The rapporteur of this work item was Mark Green from the UK GSM operator, Orange, and the secretary of the work group was Kristian Woodsend who by now had moved to Aspects Software in Edinburgh, Scotland.

In summer 1996, one of the SIM manufacturers, Schlumberger, announced that it had developed a Java virtual machine for smart cards. This virtual machine made writing applications that ran on the smart

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 44 of 51 PageID #: 5393



card much easier than had been the case up to that point. Application programmers could use a familiar programming language and applications could be securely loaded onto, executed, and deleted from the card even after it was in use. Following Schlumberger's lead, almost all of the other smart-card manufacturers implemented Java virtual machines for their smart cards. Thus, when the need arose to standardize an API for SAT, it was natural to use the Java virtual machine as the framework.

The standard ETSI TS 02.19 provides a programming language-independent description of the SAT API and GSM 03.19 binds that generic description to the Java programming language. Initially the Java SIM also had to be an "official" Java Card but that requirement was removed from the 3GPP standard in March 2001. There is also a binding of the C programming language to the SAT API in the standards pipeline.

Just like the SIM itself, there are versions of the SAT that are specific to different access technologies.

| Mobile Technology | SDO | Toolkit Standard |
|---|---|---|
| GSM | ETSI | GSM 11.14 |
| 3G | 3GPP | 3G 31.111 |
| TDMA Rev-C | TIA TR45.3 | Rev-C 136-037 |
| CDMA/CDMA 2000 | TIA TR45.4/3GPP2 | UATK |
| TDMA | GAIT | GAIT-H-1-1-2-0 |

There is an effort underway in the ETSI Smart Card Platform project to unify all these SIM Toolkit standards so that SIM-based applications can move between access technologies without change. The specification is called the Card Application Toolkit, or CAT.

| Platform | SDO | Toolkit Standard |
|---|---|---|
| UICC | ETSI SCP | ETSI TS 102.223 |

## The USAT Interpreter

Some would argue that application downloading to the SIM is a bridge too far. Certainly some big operators, notably the Vodafone

Group, have stepped back from this way of coupling the GSM phone into IT applications. Although downloaded applications can do a lot, there are three primary drawbacks.

First, downloaded applications occupy precious space in the EEPROM of the SIM. You'd better be sure that they are used frequently enough—and generate enough revenue when they are used—to justify the SIM real estate they demand.

Second, downloaded applications are hard to manage. Not only does the network operator have to be sure that the code is squeaky clean, but the process of getting them to the SIM and activating them once they are there has to be airtight from a security point of view. A downloaded application doesn't have to even touch the edge of the virtual machine's sandbox to set up the occasional call to Siberia Tel and Tel. There is also the central database of keeping track of the different applications on the SIMs of the subscribers.

Third, and perhaps most problematic, is the issue of the human interface. No matter whose application it is, the subscriber can't figure out how to use it will call their network operator. It doesn't take very many of these calls coupled with the expense of training all the call center people on all the applications before the spreadsheet for downloaded applications turns red.

In 1998, Across Wireless (now Sonera SmartTrust) came up with an elegant solution to these problems that still harnessed the full capability of the proactive SIM. They installed a microbrowser on the SIM that could interpret downloaded mark-up language pages. The analog was to World Wide Web browsers but the emphasis was on tickling the SAT API rather than the content of the pages themselves.

The Across Wireless microbrowser addressed the shortcomings of full-bore application download as follows. First, the downloaded pages were thrown away after they were interpreted so that they didn't burn up EEPROM space. Second, mark-up languages were much simpler than procedural languages so they could be checked automatically for deviant behavior. Third, publication of a style manual and quick manual checks when the application was certified could standardize and homogenize the human interface and thereby minimize the number of calls to customer service.

The Across Wireless microbrowser approach got a very favorable reception in the marketplace and in mid-2000 Vodafone proposed that microbrowser technology be standardized. In the meantime the SIM manufacturers, seeing the success of Across, had come up with their own microbrowser based on a Gemplus prototype.

These two approaches were "harmonized" by the standardization process (much like a sausage is a harmonization of its ingredients) and the result is the 3GPP USAT Interpreter.

| Standard | Description |
|---|---|
| 3GPP TS 22.112 | USAT interpreter—stage 1 |
| 3GPP TS 31.112 | USAT interpreter architecture description—stage 2 |
| 3GPP TS 31.113 | USAT interpreter byte codes—stage 3 |
| 3GPP TS 31.114 | USAT interpreter protocol and administration—stage 3 |

We explore microbrowsers and the USAT interpreter in depth in Chapter 11.

# Summary

In this chapter we introduced you to the GSM SIM. It's a small computer but very well connected. The SIM began life as a smart card that held the secret key to identifying the subscriber to the network and connecting that individual to a billing account. Thus the name Subscriber Identity Module.

As the demand for more comprehensive mobile applications grew, the SIM morphed into an full-fledged application platform. While staying within the technical framework of the smart card, SIM engineers have used this framework creatively to add capabilities such as an internal API, the ability to support multiple high-level languages, event notification, and proactive interaction with the handset.

In the following chapters, we consider in detail how to build applications for the SIM and how to communicate with them using SMS.

# APPENDIX STANDARDS FOR SMS AND THE SIM

There are lots and lots of standards governing both SMS and the SIM. We list here the ones that have been frequently referred to in this book. All standards including the ones listed here contain a reference section that points to further relevant standards. Following these pointers is a good way to explore the standards landscape.

## Third Generation Partnership Project (3GPP)

Latest versions available for free download at: ftp://ftp.3gpp.org/specs/

### 3GPP Technical Specification Group T (Terminals)—Working Group 2 Mobile Terminal Services and Capabilities

T2 as it is known locally is responsible for messaging in general to the mobile handset. This includes SMS but also the new multi-media messaging service (MMS ) and the packet-switches streaming service (PSS). T2 also handles the application-programming interface on the handset called the model for application execution or MExE for short.

**3GPP TS 23.039 INTEFACE PROTOCOLS FOR THE CONNECTION OF SHORT MESSAGE SERVICE CENTERS (SMSCS) TO SHORT MESSAGE ENTITIES.** Nominally this covers high-speed connections to the SMSCs but it came out after there were lots of proprietary solutions in the field so it hasn't had much success.

**3GPP TS 24.011 POINT-TO-POINT (PP) SHORT MESSAGE SERVICE (SMS) SUPPORT ON THE MOBILE RADIO INTERFACE.** This is the key document for composing SMS messages.

**3GPP TS 27.005 USER OF DATA TERMINAL EQUIPMENT—DATA CIRCUIT TERMINATING EQUIPMENT (DTE-DCE) INTERFACE FOR SHORT MESSAGE SERVICE (SMS) AND CELL BROADCAST (CBS).**

**3GPP 27.007 AT COMMAND SET FOR 3G USER EQUIPMENT (UE).** These two standards define the AT commands to drive your mobile handset from your PC.

## 3GPP Technical Specification Group T (Terminals)—Working Group 3 Universal Subscriber Identity Module (USIM)

T3 as it is among the standards cognesiti rides herd on the use of the UICC is 3G mobile phones. Many of its core standards have been transferred to ETSI SCP where they are being morphed into general-purpose smart card standards. This frees T3 to focus on the mobile-specific applications such as the USAT Interpreter and annexes to the SCP standards that adapt them for use in 3G mobile networks. As part of this later effort, T3 is responsible for homogenizing all the SIMs in TDMA networks.

**3GPP TS 31.102 CHARACTERISTICS OF THE USIM APPLICATION.** The USIM application on the UICC is specific to 3G phones and this standard describes this application. It covers the APDUs the USIM application supports in detail as well as the authentication policies and procedures for the USIM.

**3GPP 31.113 USAT INTERPRETER BYTE CODES.** Defines the nitty-gritty details of creating pages for rendering by the USAT Interpreter.

**3GPP TS 42.019 SUBSCRIBER IDENTITY MODULE APPLICATION PROGRAMMING INTERFACE (SIM API); SERVICE DESCRIPTION.** Gives the philosophy behind the SAT and its overall architecture in programming language independent terms.

**3GPP 43.019 GSM API FOR SIM TOOLKIT.** Defines the Java language binding for the SIM Toolkit.

**3GPP TS 43.048 SECURITY MECHANISMS FOR SIM TOOLKIT APPLICATION.** This is the 3GPP version of what we referred to in the book as ETSI TS 03.48 and is the most current source of information about 03.48 encapsulation and security.

**3GPP 51.011 SPECIFICATION OF THE SUBSCRIBER IDENTITY MODULE-MOBILE EQUIPMENT (SIM-ME) INTERFACE.** This standard specialized ETSI TS 102.221 for 3G SIMs. It is the direct descendent of the original SIM standard, ETSI TS 11.11.

**3GPP TS 51.014 SPECIFICATION OF SUBSCRIBER IDENITY MODULE—MOBILE EQIPMENT (SIM-ME) INTERFACE FOR SIM APPLICATION TOOLKIT.** Covers the 3G-specific proactive commands and event downloads.

## European Telecommunications Standards Institute (ETSI) Smart Card Project

Latest versions available for free download at: http://docbox.etsi.org/tech-org/scp/Document/scp/

**ETSI TS 102.221 SMART CARDS; UICC-TERMINAL INTERFACE; PHYSICAL AND LOGICAL CHARACTERISTICS.** This is the basic smart card standard that describes low-level communication with the UICC smart card, the structure of APDUs, the 20 operational UICC APDUs and smart card security. It is the ETSI SCP analog of ISO 7816-4 and ISO 7816-8. Unlike the ISO specifications, ETSI TS 102.221 can actually be implemented.

**ETSI TS 102.222 INTEGRATED CIRCUIT CARDS (ICC); ADMINISTRATIVE COMMANDS FOR TELECOMMUNICATIONS APPLICATIONS.** APDUs such as CREATE FILE used for doing administration of the UICC platform are defined in this standard. The idea is that these commands are used only by the card issuer and are not typically found in an application or in a handset or a terminal.

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 50 of 51 PageID #: 5399



**ETSI TS 102.223 SMART CARDS; CARD APPLICATION TOOLKIT (CAT).** All the generic proactive commands and event downloads are defined in this standard together with the overall protocol for handling two-way interaction with the terminal. There are some proactive commands that are only available on some network technologies—such as USSD on GSM networks—that are covered in network-specific standards that amend and extend ETSI TS 102.222.

## International Organization for Standardization (ISO)

Latest versions available for purchase at: http://www.iso.ch

The ISO smart card standards are currently undergoing an exhaustive reorganization and rewriting so that you may want to contact your national standards body to get the latest draft rather than buy old versions from the ISO.

**ISO/IEC 7816-4 INFORMATION TECHNOLOGY—IDENTIFICATION CARDS—INTEGRATED CIRCUIT(S) CARDS WITH CONTACTS—PART 4: INTERINDUSTRY COMMANDS FOR INTERCHANGE.** This is the Ur smart card standard and is mostly of historical interest. Unlike ETSI TS 102.221 which takes the intersection of everybody's ideas so that the standard is implementable, ISO 786-4 takes the union of everybody's ideas so that everybody can claim standards compliance. The result of course is that ETSI TS 102.221 cards are interoperable and ISO 7816-4 cards are not.

**ISO/IEC 7816-8 INFORMATION TECHNOLOGY—IDENTIFICATION CARDS—INTEGRATED CIRCUIT(S) CARDS WITH CONTACTS—PART 8: SECURITY RELATED INTERINDUSTRY COMMANDS.** Widely regarded as the most poorly written of the ISO 7816 standards, it covers security environments and certificates. It started down the path of defining the use of smart cards in public key infrastructures but got off on the wrong foot.

**ISO/IEC 7816-9 INFORMATION TECHNOLOGY—IDENTIFICATION CARDS—INTEGRATED CIRCUIT(S) CARDS WITH CONTACTS—PART 9: ADDITIONAL INTERINDUSTRY COMMANDS AND SECURITY ATTRIBUTES.** Part 9 covers the administrative commands such as CREATE FILE and the details of access control rules.

Case 5:26-cv-07551-NW Document 77-9 Filed 05/13/26 Page 51 of 51 PageID #: 5400



# Make Mobile Applications That Work

Just what you need to get mobile messaging going on virtually any platform, in virtually any language, this guide provides a thorough tutorial in the SIM (Subscriber Identity Module) programming environment, today's most-used mobile applications technology. In *Application Mobile Development with SMS and the SIM Toolkit*, smart card expert Scott Guthery teams with information management specialist Mary Cronin to show seasoned developers how to:

- Design, build, and integrate SMS messaging into your applications environment
- Create code that harnesses the power of the SIM
- Use the micro-browsers and micro-Web servers in 3G phones
- Construct leading-edge mobile commerce applications on today's networks
- Send and receive SMS messages from your server or your laptop
- Enable interfaces and other needed components
- Create secure wireless applications for corporate and VPNs

## This book is for you if—

- You're building applications for GSM or 3G networks
- You know that today's 2 billion SMS messages per month are not enough
- You wish you had sample code for reality-based applications
- You want to add mobile extensions to your software products and corporate network
- You manufacture smart cards or create smart card applications
- You seek reliable answers on 3G programming interfaces and toolkits
- You want guidance on SIM application design, integration, or management for any platform
- You prefer to avoid others' mistakes

## Other books offer application overviews.

*Mobile Application Development with SMS and the SIM Toolkit* gets you writing code.

Cover Design: Kevin McGuinness

Visit us on the World Wide Web at
www.books.mcgraw-hill.com

ISBN 0-07-137540-6

54995

9 780071 375405

6 39785 33164 3

McGraw-Hill
A Division of The McGraw-Hill Companies