# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

HEADWATER RESEARCH LLC,

*Plaintiff*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 7:25-cv-00369-DC-DTG

**DECLARATION OF MARKUS JAKOBSSON, PH.D. IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

# TABLE OF CONTENTS

I. INTRODUCTION ..... 2

II. SUMMARY OF OPINIONS ..... 2

III. BACKGROUND AND EDUCATION ..... 3

IV. MATERIALS CONSIDERED AND COMPENSATION ..... 9

V. LEGAL PRINCIPLES ..... 10

a. Person of Ordinary Skill in the Art ..... 10

b. Claim Construction ..... 11

VI. OVERVIEW OF ASSERTED PATENTS ..... 12

VII. SIM ..... 13

VIII. THE PREAMBLE OF CLAIM 10 OF THE ’155 PATENT ..... 17

IX. CONCLUSION ..... 19

## I. INTRODUCTION

1. I have been retained as an expert by Defendant Google LLC ("Defendant" or "Google") in connection with the above-captioned lawsuit, to provide my analysis and conclusions on certain technical aspects of this dispute.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, would testify to such matters in court.

3. In this declaration, I provide opinions relating to U.S. Patents Nos. 8,639,935 (the "'935 patent"), 9,609,510 (the "'510 patent"), 11,096,055 (the "'055 patent"), and 11,985,155 (the "'155 patent"), including summaries of the these patents and opinions relating to terms recited in the claims of these patents asserted against Google by Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater").

4. I understand that these patents, together with U.S. Patents No. 9,973,930 (the "'930 patent"), 11,405,429 (the "'429 patent"), and 11,966,464 (the "'464 patent") are the asserted patents in the above-captioned proceeding (the "Asserted Patents"). I have not reviewed the '930, '429, or '464 patents in preparation for this declaration and provide no opinion on them in this declaration.

## II. SUMMARY OF OPINIONS

5. In my opinion, the terms in the Asserted Patents that recite a "subscriber identity module (SIM)" or "subscriber information module (SIM)" refer to industry standards that existed at the time of the alleged inventions of the respective patents.

6. Additionally, it is my opinion that the phrase "configured to be inaccessible to a user application software" in the preamble of claim 10 of the '155 patent provides structure to the

claim specifically in relation to the "secure execution environment," and therefore is limiting on the claim.

## III. BACKGROUND AND EDUCATION

7. I received a Master of Science degree in Computer Engineering from the Lund Institute of Technology in Sweden in 1993, a Master of Science degree in Computer Science from the University of California at San Diego in 1994, and a Ph.D. in Computer Science from the University of California at San Diego in 1997, specializing in Cryptography. During and after my Ph.D. studies, I was also a researcher at the San Diego Supercomputer Center and General Atomics, where I did research on authentication, privacy, and security. Much of my work was on distributed protocols to enable privacy and security – and in particular wireless security. For example, I have contributed to the field of wireless security in terms of anti-virus technology, hardware design, authentication, user interfaces, cellular network design, vehicular networks. IoT security, and low-power protocols.

8. Since earning my doctorate degree over twenty-eight years ago, I have been an employee, entrepreneur, and consultant in the computer systems, security, and the anti-fraud industry. I have worked extensively with technologies related to computer security, mobile security, phishing, malware detection, quantitative and qualitative fraud analysis, and disruptive security. I have worked as an engineer, researcher or technical advisor at a number of leading companies in the computer industry, including PayPal, Qualcomm, Bell Labs, and LifeLock. I have also taught and performed research at several prestigious universities, including New York University (NYU) and Indiana University (IU). Further, I have been materially involved in designing, developing, testing, and assessing technologies for computer and network security, digital rights management, trust establishment, randomness, cryptography, socio-technical fraud,

malware detection, detection of malicious emails, user interfaces, authentication, and fraud detection for over twenty years.

9. From 1997 to 2001, I was a Member of Technical Staff at Bell Labs, where I did research on authentication, privacy, multi-party computation, contract exchange, digital commerce including crypto payments, and fraud detection and prevention. An example publication of mine from this time period includes "Security Weaknesses in Bluetooth" (2001), which resulted in a redesign of the earliest version of Bluetooth. I was a member of the Bluetooth Security SIG for several years. At the end of my tenure at Bell Labs, I had started to research identity theft years before the banking industry became aware of the existence of phishing attacks.

10. From 2001 to 2004, I was a Principal Research Scientist at RSA Labs, where I worked on predicting future fraud scenarios in commerce and authentication and developed solutions to those problems. Much of my work related to the development of anti-fraud mechanisms, addressing authentication abuse and identity theft, with an emphasis on token-based and cell phone based authentication. During that time, I predicted the rise of what later became known as phishing. I also laid the groundwork for what I termed "proof of work," and described how this could be applied in the context of distributed computations such as mining of crypto payments; this work later came to influence the development of BitCoin. I was an Adjunct Associate Professor in the Computer Science department at New York University from 2002 to 2004, where I taught cryptographic protocols with an emphasis on authentication.

11. From 2004 to 2016, I held a faculty position at Indiana University at Bloomington, first as an Associate Professor of Computer Science, Associate Professor of Informatics, Associate Professor of Cognitive Science, and Associate Director of the Center for Applied Cybersecurity Research (CACR) from 2004 to 2008; and then as an Adjunct Associate Professor from 2008 to

2016. I was the most senior security researcher at Indiana University, where I built a research group focused on online fraud and countermeasures, resulting in over 50 publications and two books. One of these books, "Crimeware: Understanding New Attacks and Defenses" (Wiley, 2008), described malware-based attacks, online abuse in general, and countermeasures to attacks and abuses of these types.

12. While a professor at Indiana University, I was also employed by Xerox PARC, PayPal, and Qualcomm to provide thought leadership to their security groups. I was a Principal Scientist at Xerox PARC from 2008 to 2010, a Director and Principal Scientist of Consumer Security at PayPal from 2010 to 2013, a Senior Director at Qualcomm from 2013 to 2015, Chief Scientist at Agari from 2016 to 2018, and Chief of Security and Data Analytics at Amber Solutions from 2018 to 2020.

13. I was hired by Qualcomm as they acquired a startup I founded, FatSkunk. FatSkunk had developed algorithms for retroactive detection of malware, with applications to low-power platforms such as mobile devices. Example publications include "Retroactive Detection of Malware With Applications to Mobile Platforms" by Markus Jakobsson and Karl-Anders Johansson, "Practical and Secure Software-Based Attestation" by Markus Jakobsson and Karl-Anders Johansson, and U.S. Patent 8,370,935, titled "Auditing a Device". My work at Qualcomm related to authentication of users and detection of malware, and the chip-level integration of the FatSkunk technology in Qualcomm products.

14. Agari is a cybersecurity company that develops and commercializes technology to protect enterprises, their partners and customers from advanced email phishing attacks. At Agari, my research studied and addressed trends in online fraud, especially as related to email, including problems such as Business Email Compromise, Ransomware, and other abuses based on social

engineering and identity deception. My work primarily involved identifying trends in fraud and computing before they affected the market, and developing and testing countermeasures, including technological countermeasures, user interaction and education. Example publications include "Detecting computer security risk based on previously observed communications" (U.S. Patent No. 10,715,543 B2, 2016 priority date) and "Using message context to evaluate security of requested data" (U.S. Patent No. 10,805,314 B2, 2017 priority date).

15. In 2020, after leaving Agari, I was the Chief of Security and Data Analytics at Amber Solutions, an IoT startup in the San Francisco Bay Area. Amber Solutions is a cybersecurity company that develops home and office automation technologies. At Amber Solutions, my research addressed privacy, user interfaces and authentication techniques in the context of ubiquitous and wearable computing. My work often related to security in constrained computing environments, as exemplified in "Configuration and management of smart nodes with limited user interfaces" (U.S. Patent No. 10,887,447).

16. I left Amber Solutions to take the role of Chief Scientist at ByteDance in 2019, where I guided the security research both for ByteDance and TikTok until I left to co-found Artema Labs, where I am the Chief Scientist. My work at ByteDance involved identifying new threats, developing new solutions, and guiding research in areas relating to cryptography and Internet security.

17. I am also the Chief Technology Officer at ZapFraud, a cybersecurity company that develops techniques to detect deceptive emails, such as Business Email Compromise ("BEC") emails. At ZapFraud, my research studies and addresses computer abuse, including social engineering, malware and privacy intrusions, and has also involved studying security aspects

related to cloud computing. My work primarily involves identifying risks, developing protocols and user experiences, and evaluating the security of proposed approaches.

18. I also work as an independent security researcher and consultant in the fields of computer/mobile security, fraud detection/prevention, digital rights management, malware, phishing, crimeware, mobile malware, and cryptographic protocols. In addition, I am a visiting research fellow of the Anti-Phishing Working Group, an international consortium focused on unifying the global response to cybercrime in the public and private sectors.

19. I have also served on the advisory board of several companies, including Metaforic, a company that developed technology for watermarking software and provided security software with a built-in framework that resists attacks from malware, bots, hackers and other attempts. Metaforic was acquired by Inside Secure in 2014.

20. I have founded or co-founded several successful computer security companies. In 2005, I co-founded RavenWhite Security, a provider of authentication solutions, and I am currently its Chief Technical Officer. RavenWhite owns intellectual property related to authentication, such as "Performing authentication" (U.S. Patent No. 10,079,823 2007 priority date). In 2007, I co-founded Extricatus, one of the first companies to address consumer security education. In 2009, I founded FatSkunk, a provider of mobile malware detection software; I served as Chief Technical Officer of FatSkunk from 2009 to 2013, when FatSkunk was acquired by Qualcomm, and I became a Qualcomm employee. FatSkunk developed anti-virus technology for mobile devices. In 2013, I founded ZapFraud—the same company described above, where I currently serve as Chief Technical Officer. In 2014, I co-founded RightQuestion, a security consulting company. In 2023, I founded Carbyne Biometrics, a company developing hardware solutions for biometric security.

21. I have additionally served as a member of the fraud advisory board at LifeLock (an identity theft protection company); a member of the technical advisory board at CellFony (a mobile security company); a member of the technical advisory board at PopGiro (a user reputation company); a member of the technical advisory board at MobiSocial dba Omlet (a social networking company); and a member of the technical advisory board at Stealth Security (an anti-fraud company). I have provided anti-fraud consulting to KommuneData (a Danish government entity), J.P. Morgan Chase, PayPal, Boku, and Western Union.

22. I have authored seven books and over 100 peer-reviewed publications and have been a named inventor on over 300 patents and patent applications. A large number of these relate to Internet security, authentication, malware, mobile security, blockchain technology, spoofing and related topics.

23. Examples of textbooks I have authored or co-authored on the topic of Internet security include:

- "Mobile Authentication" (Springerbriefs, 2012)
- "Crimeware: Understanding New Attacks and Defenses" (Symantec Press, 2008)
- "Phishing and Countermeasures: Understanding the Increasing Problem of Electronic Identity Theft" (Wiley, 2006);
- "The Death of the Internet" (Wiley, 2012);
- "Understanding Social Engineering Based Scams" (Springer 2016);
- "Towards Trustworthy Elections: New Directions in Electronic Voting" (Springer, 2010).

24. Books translated to Chinese and Korean have separate titles and years of release.

25. I have authored numerous publications regarding wireless security. Relevant examples include:

- "Implicit Authentication for Mobile Devices", Hot Topics in Security (2010)
- "Fractal Hash Sequence Representation and Traversal", IEEE Symposium on Information Theory (2002)
- "Mind Your SMSes: Mitigating Social Engineering in Second Factor Authentication" (Computers and Security, 2016)
- "Making CAPTCHAs Clickable", Mobile Computing Systems and Applications (2008).

26. My opinions are based on my years of education, research, and experience, as well as my study of relevant materials. In forming my opinions, I have also considered the materials identified in this declaration and in the Petition.

27. In sum, I have extensive experience both as a developer and a researcher relating to computer security, and wireless security in particular. My qualifications are stated more fully in my curriculum vitae, which is attached as Ex. A.

## IV. MATERIALS CONSIDERED AND COMPENSATION

28. I am being compensated for my time at my ordinary hourly rate of $895. I have no financial interest in the outcome of this case, and my compensation is not dependent on the contents of this declaration, the substance of my analysis, conclusions, or testimony that I may give, or this case's outcome.

29. In connection with rendering my opinions I have reviewed the '935 patent, the '510 patent, the '055 patent, and the '155 patent, and their prosecution histories. I have also reviewed the below materials.

| Exhibit # | Description |
|---|---|

| | |
|---|---|
| 1 | U.S. Patent No. 8,639,935 |
| 2 | U.S. Patent No. 9,609,510 |
| 3 | U.S. Patent No. 9,973,930 |
| 4 | U.S. Patent No. 11,096,055 |
| 5 | U.S. Patent No. 11,405,429 |
| 6 | U.S. Patent No. 11,966,464 |
| 7 | U.S. Patent No. 11,985,155 |
| 8 | Scott B. Guthery & Mary J. Cronin, *Mobile Application Development with SMS and the SIM Toolkit: Building Smart Phone Applications* (2002) ("Mobile App. Book") |
| 10 | *GSM and UMTS: The Creation of Global Mobile Communication* (Friedhelm Hillebrand ed., 2002) ("GSM Book") |
| 11 | *Microsoft Computer Dictionary* (5th ed. 2002) |
| 12 | *Dictionary of Internetworking Terms and Acronyms: Cisco Systems' Official Internetworking Dictionary* (2001) |
| 13 | Mike Hendry, *Multi-application Smart Cards: Technology and Applications* (2007) ("Smart Cards Book") |

## V. LEGAL PRINCIPLES

30. I am not a lawyer. Google's counsel has instructed me as to the applicable legal standards relevant to this declaration.

### a. Person of Ordinary Skill in the Art

31. I understand that assessments of the meanings of claim terms are made from the perspective of a person of ordinary skill in the art ("POSITA") at the time of the priority date for the patent being discussed. For the purposes of this declaration, I have been asked to assume that the applicable priority date for the patents I address is: January 28, 2009 for the '935 patent and '055 patent; December 7, 2010 for the '155 patent; and March 14, 2013 for the '510 patent.

32. I understand that factors considered in determining the ordinary level of skill in a field of art include: the level of education and experience of persons working in the field; the types of problems encountered in the field; the teachings of the prior art regarding solutions to such problems; and the sophistication of the technology at the time of the alleged invention. I understand that a person of ordinary skill in the art ("POSITA") is not a specific real individual, but rather is a hypothetical individual having the qualities reflected by the factors above and knowledge of all relevant prior art references.

33. In my opinion, a person of ordinary skill in the art as of around January 2009-March 2013 would have had (1) at least a bachelor's degree in computer science, computer engineering, electrical engineering, or a related field, and (2) at least two years of industry experience in wireless communication network applications and software. Additional graduate education could substitute for professional experience, and vice versa.

34. I would have qualified as a person of ordinary skill in the art with respect to each patent I address in this declaration as of their respective assumed priority dates. My opinions are provided from the perspective that a person of ordinary skill in the art would have had as of those dates.

**b. Claim Construction**

35. I understand that the Court has not construed the claims of the patents I address in this declaration, and the parties are currently briefing claim construction issues.

36. I understand that the purpose of claim construction is to determine the scope and meaning of the patent claims from the perspective of a person of ordinary skill in the art in light of the evidence.

37. I understand that the claims of a patent, its specification, and its file history are considered "intrinsic evidence," and that other evidence, such as dictionaries and expert opinions, is considered "extrinsic evidence."

38. I understand that intrinsic evidence is the most important source for determining the meaning of a claim term, and that extrinsic evidence also may be useful when considered in the context of the intrinsic evidence but cannot be used to vary from or contradict how the term is used in the intrinsic evidence.

39. I understand that the plain meaning of a claim term is the ordinary and customary meaning of the term to a person of ordinary skill in the art at the time of the alleged invention, in the context of the patent. I understand that a claim term should be given its plain and ordinary meaning unless the intrinsic record conveys a different or inconsistent use of the term.

40. I understand that when determining the meaning of a claim term that one cannot interpret the claim term such that it would make another part of the claim meaningless.

## VI. OVERVIEW OF ASSERTED PATENTS

41. The patents relate to device-assisted network service management in which a "service processor" embedded on an end-user communication device (such as a smartphone) works in coordination with a network-based "service controller" to monitor, control, bill for, and verify the use of network services across wireless (2G/3G/4G) and wireline (DSL, cable, fiber) access technologies. The patents purport to address problems of growing network capacity constraints and the need for more flexible, granular service plans by moving certain functions onto the device itself, while the service controller supervises policy compliance through certain mechanisms.

## VII. SIM

42. The term “subscriber identity module (SIM)” appears in claim 10 of the ’935 patent, claim 11 of the ’055 patent, and claims 3 and 12 of the ’155 patent. Claims 4 and 13 of the ’155 patent also recite “SIM.” The term “subscriber information module (SIM)” appears in claims 22 and 24 of the ’510 patent. Counsel for Google has informed me that the parties have agreed that “subscriber identity module (SIM)” and “subscriber information module (SIM)” should be construed to have the same meaning, although the parties disagree as to that meaning. I will use “SIM” as shorthand to refer to both phrases.

43. I understand that Google contends that SIM should refer to “Subscriber Identity Module as described in ETSI/3GPP standards in existence at the time of the claimed invention.”

44. I further understand that Headwater contends that no construction is necessary and that the term should be given its plain and ordinary meaning.

45. Accordingly, I understand that the parties dispute whether SIM encompasses standardized technology as it existed in standards at the time of the claimed invention, or whether it can encompass technology defined by industry standards that did not exist at the time of the invention.

46. It is my opinion that a POSITA would have understood SIM to refer to industry standardized technology as it existed at the time of the claimed inventions.

47. The term “SIM” originated around 1988, when the Subscriber Identity Module Expert Group ("SIMEG") held its first meeting in January 1988, hosted by the Dutch PTT. Ex. 10 (GSM Book) at 341-342. SIMEG was established as an expert group to deal with all issues concerning the SIM and its interface to the mobile equipment, covering a specific issue within the scope of its parent body, Working Party 1 (“WP1”), which was responsible for developing GSM services. *Id.* at 342. The SIM was originally conceived as a physically secured module whose

basic function was to authenticate the subscriber's identity to the mobile network. *Id.* at 343 ("A SIM is the physically secured module which contains the IMSI, an authentication algorithm, the authentication key and other (security related) information and functions. The basic function of the SIM is to authenticate the subscriber identity in order to prevent misuse of the MS (Mobile Station) and the network.").

48. The SIM was designed from the beginning as a removable, portable smart card. As early as March 1988, at the second SIMEG meeting, the committee considered and rejected a "fixed" SIM solution—meaning one in which the SIM's functions, including the secret authentication algorithm and the subscriber-specific key, would be integrated into the mobile equipment. SIMEG concluded that such a fixed solution "would have severe disadvantages with respect to flexibility and security." Ex. 10 at 347. Among the concerns were that a fixed solution would make mobiles operator- and even subscriber-specific, would raise security issues when a mobile was repaired, and would create "commercial barriers ... in relation to the trade of mobile equipment." *Id.* The concept of the fixed SIM was accordingly "dropped altogether in early 1988," and the removable module became the foundational design of the SIM. *Id.*

49. With a removable SIM, a subscriber could move the SIM from one handset to another, thereby transferring his or her identity and account to a different phone without any intervention by the network operator. Ex. 8 (Mobile App Book) at 110 ("The choice of the smart card as the keeper of the secret key ended up having a nice side effect. You could move it from handset to handset. In this way, when a new handset came out that you just had to have, you could move your account to it yourself without bugging the operator to move your keys about."). This portability was one of the defining characteristics that made the SIM so successful. *Id.* ("Anybody who has tried to change his or her handset on a non-GSM network will appreciate this feature. Not

only is it a hassle for the subscriber, it is a lost cause expense for the operator.”). The portability of the SIM from handset to handset also preserved another key feature: the ability of SIM-based applications to function across different handsets without modification, which was described as “one of the key features of the SIM, namely portability from one handset to another.” *Id.* at 125.

50. The physical form of the removable SIM was the subject of extensive discussion within SIMEG during 1988 and 1989. Two principal proposals were debated: a 24-pin DIL (dual in-line) socket package proposed by the UK, and a “cut-down IC card” proposed by Germany, obtained by cutting away the excess plastic of a full-size card and reducing the size to 25 × 15 mm. Ex. 10 at 347-348. After detailed deliberation, SIMEG unanimously agreed in January 1989 in favor of the cut-out version, which became known as the “Plug-in SIM.” *Id.* at 348. To address the fact that this smaller form factor would be semi-permanently installed inside the phone, the specification GSM 02.17 was amended to state: “It is intended to be semi-permanently installed in the ME.” *Id.* The term “semi-permanently” was specifically used to clarify a previous “statement about the SIM being a removable module”—the precise meaning was left to manufacturers, who developed a variety of compact solutions over the years. *Id.*

51. The SIM was first standardized for use in second-generation (“2G”) wireless networks, specifically for the Global System for Mobile Communications (“GSM”). *See, e.g.*, Ex. 11 (The Microsoft Computer Dictionary, Fifth Edition (2002)) at 481 (defining “SIM card” as: “Short for Subscriber Identity Module card. A ***smart card*** designed for use with GSM (Global System for Mobile Communications) mobile phones. SIM cards contain chips that store a subscriber's personal identifier (SIM PIN), billing information, and data (names, phone numbers).”); Ex. 12 (Cisco Dictionary of Internetworking Terms and Acronyms (2001)) at 324 (similarly defining SIM as a “[c]omponent of an MS [mobile station] in a GSM network that

contains subscriber all the information."); Ex. 13 (Smart Card Book) at 131 ("All GSM telephones use a ***subscriber identity module (SIM), which is a smart card*** in the ID-000 format.... The SIM is located inside the telephone and its role is to act as the agent of the network operator.").

52. During the standardization of third-generation ("3G") wireless networks between approximately 1998 and 2000, the SIM concept evolved in a significant way. In December 1998, the Third Generation Partnership Project ("3GPP") was created as a collaboration between standards development organizations from Europe, Japan, Korea, and the United States to jointly develop mobile communication systems for the next generation. Ex. 10 (GSM Book) at 362.

53. A key development in the 3G standardization process was the decision to split the formerly monolithic SIM specification into two parts: one for the physical card platform and one for the software application. In April 1999, the Technical Specification Group for Terminals (TSG-T) agreed "to split the core specification into an application-independent part and an application-specific part." *Id.* at 364. This resulted in two core specifications: TS 31.101, which defined the UICC (the physical card and its basic logical functionality, serving as the platform for multi-application), and TS 31.102, which defined the USIM application (the 3G-specific subscriber identity application that runs on the UICC). *Id.* at 365 ("GSM: SIM = physical card + GSM 'application' (GSM 11.11). 3G: UICC = physical card and basic logical functionality (TS 31.101) and USIM = 3G application on a UICC (TS 31.102).").

54. Critically, the 3G standardization preserved the fundamental principle of physical removability. Ex. 10 at 364 ("USIM is a removable hardware module like the SIM is for GSM.") This decision ensured continuity with the founding design philosophy of the SIM: that the SIM was known to be a physically removable module as defined by standards setting bodies, enabling an open and competitive terminal market.

55. Between 2000 and 2009, the SIM standard underwent only minor modifications. The core specifications—3GPP TS 31.101 (defining the UICC physical platform) and TS 31.102 (defining the USIM application)—were established in their Release 99 editions by early 2001, and Release 7 by 2007. Ex. 10 at 364. Subsequent releases involved incremental enhancements such as new phonebook features, compatibility improvements, and support for additional bearers, but did not alter the fundamental nature or architecture of the SIM as a removable, standards-defined credential module. *Id.* at 366 ("Release 99, the first release of all 3G specifications… contains, of course, all the basic functionality of the USIM application").

56. Based on the foregoing, it is my opinion that between 2009 and 2013—the earliest claimed priority dates of the Asserted Patents—the term "SIM" referred to modules that were compatible with the industry-standard specifications defined by ETSI and 3GPP at the relevant times.

57. A POSITA would not have understood the term "SIM" to encompass standards developed after the alleged inventions. This is especially true for later-developed standards that deviate from the removable smart card model that had defined the SIM throughout its entire standardization history. The SIM's physical portability as defined by the standards was central to the POSITA's understanding of SIM, as described above. To the extent the meaning of SIM evolved in later-developed standards to depart from the removable smart card model, a POSITA would not have understood the industry-standard term "SIM" to encompass such technology defined by standards that did not exist at the time of the alleged inventions.

## VIII. THE PREAMBLE OF CLAIM 10 OF THE '155 PATENT

58. The preamble of claim 10 of the '155 patent recites "A method for use by a communications device including a wide area network port configured to connect the communications device to a wide area network, and further including a secure memory, ***a secure***

***execution environment configured to be inaccessible to a user application software***, and a secure data path processing agent, the method comprising…."

59. I understand that Google contends the entire preamble should limit the claim, meaning it is an element that must be met for infringement and/or invalidity. I further understand that Headwater agrees the preamble is limiting except for the phrase "a secure execution environment configured to be inaccessible to a user application software," which Headwater contends should not be limiting because it is not structural.

60. It is my opinion that a "secure execution environment configured to be inaccessible to a user application software" is a structural limitation on the claim. POSITAs would understand the claimed "secure execution environment configured to be inaccessible to a user application software" is structural because, as the specification recognizes, it may be "a secure memory execution partition that cannot be accessed by any external program, bus, or device port." '155 patent at 22:56-58. The specification further depicts an "Application Programs 130" residing in a "Non-secure" zone partitioned from the "SEE" (secure execution environment) containing the secure data path processing agents (*id.*, Fig. 16), which a POSITA would readily recognize as structural.

61. Moreover, the "secure execution environment" provides antecedent basis for structural limitations recited in the body. For example, the body of claim 10 recites "executing *the* secure data path processing agent in *the* secure execution environment." Thus, a POSITA reading this limitation would ask, which secure data path processing agent must be executing in which secure execution environment? The preamble provides the only answer by providing the antecedent basis. Namely, the preamble requires that the secure data path processing agent and secure execution environment both be part of "a communications device." The preamble also

requires the secure execution environment to have specific structural characteristics—namely that it be "configured to be inaccessible to a user application software." In other words, the preamble specifies that the recited secure execution environment for the secure data path processing agent is not just any secure execution environment—it is one in a communications device that is configured to be inaccessible to a user application software.

62. I further note that this same limitation appears in the body of claim 1 of the '155 patent ("a secure execution environment configured to be inaccessible to a user application software").

## IX. CONCLUSION

63. My opinions in this declaration are based on information I have considered to date. I reserve the right to revise or supplement my opinions as the case progresses, as additional information comes to light, and/or in response to evidence or testimony presented by Headwater.

I declare under penalty of perjury that the foregoing contains my true and correct opinions.

Executed in New York, NY on May 13, 2026

Markus Jakobsson, Ph.D.

# EXHIBIT A

# CV and Research Statement

Markus Jakobsson
www.linkedin.com/in/markusjakobsson
www.markus-jakobsson.com

## 1 At a Glance

- **Focus.** *Identification of security problems, trends and solution along four axes –* computational, structural, physical *and* social*; quantitative and qualitative fraud analysis; development of disruptive security technologies.*

- **Education.** *PhD* (Computer Science/Cryptography, University of California at San Diego, 1997); *MSc* (Computer Science, University of California at San Diego, 1994); *MSc* (Computer Engineering, Lund Institute of Technology, Sweden, 1993).

- **Large research labs.** *San Diego Supercomputer Center* (Researcher, 1996-1997); *Bell Labs* (Member of Technical Staff, 1997-2001); *RSA Labs* (Principal Research Scientist, 2001-2004); *Xerox PARC* (Principal Scientist, 2008-2010); PayPal (Principal Scientist of Consumer Security, Director, 2010-2013); Qualcomm (Senior Director, 2013-2015); Agari (Chief Scientist, 2016–2018); Amber Solutions Inc (Chief of Security and Data Analytics, 2018 – 2019); ByteDance (Principal Scientist, 2020-2021)

- **Academia.** *New York University* (Adjunct Associate Professor, 2002-2004); *Indiana University* (Associate Professor & Associate Director, 2004-2008; Adjunct Associate Professor, 2008-2016).

- **Entrepreneurial activity.** *ZapFraud* (Anti-scam technology; CTO and founder, 2012-current); *RavenWhite Security* (Authentication solutions; CTO and founder, 2005-); *RightQuestion* (Consulting; Founder, 2007-current); *FatSkunk* (Malware detection; CTO and founder, 2009-2013 – FatSkunk was acquired by Qualcomm); *LifeLock* (Id theft protection; Member of fraud advisory board, 2009-2013); *CellFony* (Mobile security; Member of technical advisory board, 2009-2013); *PopGiro* (User Reputation; Member of technical advisory board, 2012-2013); *MobiSocial* (Social networking, Member of technical advisory board, 2013); *Cequence Security* (Anti-fraud, Member of technical advisory board, 2013–current)

- **Anti-fraud consulting.** *KommuneData* [Danish govt. entity] (1996); *J.P. Morgan Chase* (2006-2007); *PayPal* (2007-2011); *Boku* (2009-2010); *Western Union* (2009-2010).

- **Intellectual Property, Testifying Expert Witness.** *Inventor of 100+ patents; expert witness in 25+ patent litigation cases* (McDermott, Will & Emery; Bereskin & Parr; WilmerHale; Hunton & Williams; Quinn Emanuel Urquhart & Sullivan; Freed & Weiss; Berry & Domer; Fish & Richardson; DLA Piper; Cipher Law Group; Keker & Van Nest). Details and references upon request.

- **Publications**. Books: *Phishing and Countermeasures: Understanding the Increasing Problem of Electronic Identity Theft* (Wiley, 2006); *Crimeware: Understanding New Attacks and Defenses* (Symantec Press, 2008); *Towards Trustworthy Elections: New Directions in Electronic Voting* (Springer Verlag, 2010); *Mobile Authentication: Problems and Solutions* )Springer Verlag, 2012); *The Death of the Internet* (Wiley, 2012); *Understanding Social Engineering* (Springer Verlag, 2016); *Security, Privacy and User Interaction* (Springer Verlag, 2020); *100+ peer-reviewed publications*

## 2 At a Glance

Ten years before Bitcoin was created, I formalized the notion of Proof of Work and described its use for mining of crypto payments. I later developed energy-efficient alternatives to this paradigm, and showed how to enable mining on mobile devices, which is not possible for Bitcoin. I am the founder of the academic discipline of phishing and have developed techniques to predict fraud trends years before they emerge, enabling countermeasures to be developed before they are needed. I developed the notion of implicit authentication, which is now ubiquitous; I also founded a company that developed the first retroactive virus detection technology, with guarantees of detection; the company was acquired by Qualcomm in 2013. I have worked as chief scientist and similar positions in startups as well as industry behemoths, such as PayPal. I have several hundred patents to my name and am a prominent security researcher with hundreds of peer reviewed publications and an array of textbooks. My 1997 PhD thesis, from University of California at San Diego, was on distributed electronic payment systems with revocable privacy.

## 3 Work History (Highlights)

1. **Member of Technical Staff, Bell Labs (1997-2001).** Markus was part of the security research group at Bell Labs. He formalized the notion of *proof of work*, later an integral part of BitCoin.

2. **Principal Scientist, RSA Labs (2001-2005).** Markus posited that phishing would become a mainstream problem, and developed ethical techniques for identifying likely trends based on human subject experiments.

3. **Associate Professor, Indiana University (2005-2008).** Markus was hired to lead the newly formed security group at Indiana University, and

created a research group comprising approximately 10 professors and 30 students, studying social engineering and fraud.

4. **Principal Scientist, Xerox PARC (2008-2010).** Markus was hired to lead the research efforts of the Xerox PARC security group, and developed the notion of *implicit authentication*, a technology that is now ubiquitous.

5. **Principal Scientist, PayPal (2010-2013).** Markus did research on security and user interfaces, and developed techniques to reduce the losses associated with *liar buyer fraud*.

6. **Senior Director, Qualcomm (2013-2016).** Qualcomm acquires FatSkunk, a company founded by Markus. At FatSkunk, Markus developed *retroactive* malware detection with provable security guarantees. A simplified version of this is now deployed with almost all Qualcomm chipsets.

7. **Chief Scientist, Agari (2016-2018).** Markus developed a technique to acquire fraudster intelligence by compromising scammer email accounts – *while staying within the law* – resulting in the extradition of several African scam lords to the U.S.

8. **Chief of Security and Data Analytics, Amber Solutions (2018-2020).** Markus developed usable configuration methods supporting improved security and privacy for IoT installations.

9. **Chief Scientist, ByteDance (2020-2021).** Markus oversaw the establishment of a research group and a research agenda at ByteDance, and contributed to their intellectual property and product security.

10. **Chief Scientist, Artema LABS (2021-).** Managing the research, product strategy, and patent strategy for Artema LABS, a Los Angeles based startup in the Crypto/NFT sector.

## 4 Publication List

Books (1-8); book chapters, journals, conference publications and other scientific publications (9-147), issued /published U.S. patents (148-234). For an updated list, and for international patents, please see `www.markus-jakobsson.com/publications` and appropriate patent search engines.

## References

[1] M. Jakobsson, *Security, Privacy and User Interaction*, ISBN 978-3-030-43753-4, 110 pages, 2020.

[2] M. Jakobsson, *Understanding Social Engineering Based Scams*, ISBN 978-1-4939-6457-4, 130 pages, Springer, 2016.

[3] M. Jakobsson, *Mobile Authentication: Problems and Solutions*, ISBN 1461448778, 125 pages, Springer, 2013.

[4] M. Jakobsson, (editor) *The Death of the Internet*, ASIN B009CN2JVE, 359 pages, IEEE Computer Society Press, 2012.

[5] D. Chaum, M. Jakobsson, R. L. Rivest, P. Y. Ryan, J. Benaloh, and M. Kutylowski, (editors), *Towards Trustworthy Elections: New Directions in Electronic Voting*, 411 pages, (Vol. 6000), Springer, 2010.

[6] M. Jakobsson and Z. Ramzan (editors), *Crimeware: Trends in Attacks and Countermeasures*, ISBN 0321501950, Hardcover, 582 pages, Symantec Press / Addison Wesley, 2008.

[7] M. Jakobsson and S. A. Myers (editors), *Phishing and Countermeasures: Understanding the Increasing Problem of Electronic Identity Theft*, ISBN 0-471-78245-9, Hardcover, 739 pages, Wiley, 2006.

[8] M. Jakobsson, M. Yung, J. Zhou, *Applied Cryptography and Network Security: Second International Conference , Yellow Mountain, China, 2004*, 511 pages, Lecture Notes in Computer Science (Book 3089), 2004.

[9] M. Jakobsson, "Permissions and Privacy," in IEEE Security & Privacy, vol. 18, no. 2, pp. 46-55, March-April 2020

[10] M. Jakobsson, "The Rising Threat of Launchpad Attacks," in IEEE Security & Privacy, vol. 17, no. 5, pp. 68-72, Sept.-Oct. 2019

[11] J Koven, C Felix, H Siadati, M Jakobsson, E Bertini, "Lessons learned developing a visual analytics solution for investigative analysis of scamming activities," IEEE transactions on visualization and computer graphics 25 (1), 225-234

[12] M Jakobsson, "Two-factor inauthentication?the rise in SMS phishing attacks" Computer Fraud & Security 2018 (6), 6-8

[13] M. Dhiman, M. Jakobsson, T.-F. Yen, "Breaking and fixing content-based filtering," 2017 APWG Symposium on Electronic Crime Research (eCrime), 52-56

[14] M. Jakobsson, "Addressing sophisticated email attacks," 2017 International Conference on Financial Cryptography and Data Security, 310-317

[15] M. Jakobsson, "User trust assessment: a new approach to combat deception," Proceedings of the 6th Workshop on Socio-Technical Aspects in Security and Trust, 2016, pages 73-78

[16] H. Siadati, T. Nguyen, P. Gupta, M. Jakobsson, "Mind your SMSes: Mitigating social engineering in second factor authentication," Computers and Security, 2016

[17] M. Jakobsson, W. Leddy, "Could you fall for a scam? Spam filters are passe. What we need is software that unmasks fraudsters," IEEE Spectrum 53 (5), 2016, 40-55

[18] N. Sae-Bae, M. Jakobsson, *Hand Authentication on Multi-Touch Tablets*, HotMobile 2014

[19] Y. Park, J. Jones, D. McCoy, E. Shi, M. Jakobsson, *Scambaiter: Understanding Targeted Nigerian Scams on Craigslist*, NDSS 2014

[20] D. Balfanz, R. Chow, O. Eisen, M. Jakobsson, S. Kirsch, S. Matsumoto, J. Molina, and P. van Oorschot, "The future of authentication," Security & Privacy, IEEE, 10(1), 22-27, 2012.

[21] M. Jakobsson, and H. Siadati, *Improved Visual Preference Authentication: Socio-Technical Aspects in Security and Trust*, (STAST), 2012 Workshop on IEEE, 27–34, 2012.

[22] M. Jakobsson, R. I. Chow, and J. Molina, "Authentication-Are We Doing Well Enough?[Guest Editors' Introduction]" Security & Privacy, IEEE, 10(1), 19-21, 2012.

[23] E. Shi, Y. Niu, M. Jakobsson, and R. Chow, "Implicit authentication through learning user behavior," Information Security, 99-113, Springer Berlin Heidelberg, 2011.

[24] M. Jakobsson and K. Johansson, "Practical and Secure Software-Based Attestation," Lightweight Security & Privacy: Devices, Protocols and Applications (LightSec), 1–9, 2011.

[25] A. Juels, D. Catalano, and M.Jakobsson, *Coercion-resistant electronic elections: Towards Trustworthy Elections*, 37–63, Springer Berlin Heidelberg, 2010.

[26] M. Jakobsson and F. Menczer, "Web Forms and Untraceable DDoS Attacks," in Network Security, Huang, S., MacCallum, D., and Du, D. Z., Eds.,77–95, Springer, 2010.

[27] R. Chow, M. Jakobsson, R. Masuoka, J. Molina, Y. Niu, E. Shi, and Z. Song, "Authentication in the Clouds: A Framework and its Application to Mobile Users," 2010.

[28] X. Wang, P. Golle, M. Jakobsson, and A. Tsow, "Deterring voluntary trace disclosure in re-encryption mix-networks," ACM Trans. Inf. Syst. Secur., 13(2), 1-24, 2010.

[29] X. Wang, P. Golle, M. Jakobsson, A.Tsow, "Deterring voluntary trace disclosure in re-encryption mix-networks," ACM Trans. Inf. Syst. Secur. 13(2): (2010)

[30] M. Jakobsson, and C. Soghoian, "Social Engineering in Phishing," Information Assurance, Security and Privacy Services, 4, 2009.

[31] M. Jakobsson, C. Soghoian and S. Stamm, "Phishing," Handbook of Financial Cryptography (CRC press, 2008)

[32] M. Jakobsson and A. Tsow, "Identity Theft," In John R. Vacca, Editor, "Computer And Information Security Handbook" (Morgan Kaufmann, 2008)

[33] S. Srikwan and M. Jakobsson, "Using Cartoons to Teach Internet Security," Cryptologia, vol. 32, no. 2, 2008

[34] M. Jakobsson, N. Johnson and P. Finn, "Why and How to Perform Fraud Experiments," IEEE Security and Privacy, March/April 2008 (Vol. 6, No. 2) pp. 66-68

[35] M. Jakobsson and S. Myers, "Delayed Password Disclosure," International Journal of Applied Cryptography, 2008, pp. 47-59.

[36] M. Jakobsson and S. Stamm, "Web Camouflage: Protecting Your Clients from Browser Sniffing Attacks," IEEE Security & Privacy Magazine. November/December 2007

[37] P. Finn and M. Jakobsson, "Designing and Conducting Phishing Experiments," IEEE Technology and Society Magazine, Special Issue on Usability and Security

[38] T. Jagatic, N. Johnson, M. Jakobsson and F. Menczer. "Social Phishing," The Communications of the ACM, October 2007

[39] A. Tsow, M. Jakobsson, L. Yang and S. Wetzel, "Warkitting: the Drive-by Subversion of Wireless Home Routers," Anti-Phishing and Online Fraud, Part II Journal of Digital Forensic Practice, Volume 1, Special Issue 3, November 2006

[40] M. Gandhi, M. Jakobsson and J. Ratkiewicz, "Badvertisements: Stealthy Click-Fraud with Unwitting Accessories," Anti-Phishing and Online Fraud, Part I Journal of Digital Forensic Practice, Volume 1, Special Issue 2, November 2006

[41] N. Ben Salem, J.-P. Hubaux and M. Jakobsson. "Reputation-based Wi-Fi Deployment," Mobile Computing and Communications Review, Volume 9, Number 3 (Best papers of WMASH 2004)

[42] N. Ben Salem, J. P. Hubaux, and M. Jakobsson. "Node Cooperation in Hybrid Ad hoc Networks," IEEE Transactions on Mobile Computing, Vol. 5, No. 4, April 2006.

[43] P. MacKenzie, T. Shrimpton, and M. Jakobsson. "Threshold Password-Authenticated Key Exchange," Journal of Cryptology, 2005

[44] A. Juels, M. Jakobsson, E. Shriver, and B. Hillyer. “How To Turn Loaded Dice Into Fair Coins.” IEEE Transactions on Information Theory, vol. 46(3). May 2000. pp. 911–921.

[45] M. Jakobsson, P. MacKenzie, and J.P. Stern. “Secure and Lightweight Advertising on the Web,” Journal of Computer Networks, vol. 31, issue 11–16, Elsevier North-Holland, Inc., 1999. pp. 1101–1109.

[46] M. Jakobsson, “Cryptographic Protocols,” Chapter from The Handbook of Information Security. Hossein Bidgoli, Editor-in-Chief. Copyright John Wiley & Sons, Inc., 2005, Hoboken, N.J.

[47] M. Jakobsson, “Cryptographic Privacy Protection Techniques,” Chapter from The Handbook of Information Security. Hossein Bidgoli, Editor-in-Chief. Copyright John Wiley & Sons, Inc., 2005, Hoboken, N.J.

[48] M. Jakobsson, E. Shi, P. Golle, R. Chow, “Implicit authentication for mobile devices,” 4th USENIX Workshop on Hot Topics in Security (HotSec ’09); 2009 August 11; Montreal, Canada.

[49] R. Chow, P. Golle, M. Jakobsson, E. Shi, J. Staddon, R. Masuoka, J. Molina, “Controlling data in the cloud: outsourcing computation without outsourcing control,” Proceedings of the 2009 ACM Workshop on Cloud Computing Security (CCSW 2009); 2009 November 13; Chicago, IL. NY: ACM; 2009; pp. 85–90.

[50] M. Jakobsson, H. Siadati, M. Dhiman, “Liar Buyer Fraud, and How to Curb It,” NDSS, 2015

[51] M. Jakobsson, T.-F. Yen, “How Vulnerable Are We To Scams?,” BlackHat, 2015

[52] M. Jakobsson, “How to Wear Your Password,” BlackHat, 2014

[53] M. Jakobsson and G. Stewart, “Mobile Malware: Why the Traditional AV Paradigm is Doomed, and How to Use Physics to Detect Undesirable Routines,” in BlackHat, 2013.

[54] M. Jakobsson, and H. Siadati,“SpoofKiller: You Can Teach People How to Pay, but Not How to Pay Attention” in Socio-Technical Aspects in Security and Trust (STAST), 2012 Workshop on, 3-10, 2012.

[55] M. Jakobsson, and M. Dhiman,“The benefits of understanding passwords,” in Proceedings of the 7th USENIX conference on Hot Topics in Security, Berkeley, CA, USA, 2012.

[56] M. Jakobsson, and S. Taveau, “The Case for Replacing Passwords with Biometrics,” Mobile Security Technologies, 2012.

[57] M. Jakobsson and D. Liu, “Bootstrapping mobile PINs using passwords,” W2SP, 2011.

[58] M. Jakobsson and R. Akavipat, "Rethinking passwords to adapt to constrained keyboards," 2011.

[59] Y. Niu, E. Shi, R. Chow, P. Golle, and M. Jakobsson, "One Experience Collecting Sensitive Mobile Data," In USER Workshop of SOUPS, 2010.

[60] E. Shi, Y. Niu, M. Jakobsson, and R. Chow, "Implicit Authentication through Learning User Behavior," 2010.

[61] M. Jakobsson and K. Johansson, Assured Detection of Malware With Applications to Mobile Platforms, 2010.

[62] M. Jakobsson and K. Johansson, "Retroactive Detection of Malware With Applications to Mobile Platforms," in HotSec 2010, Washington, DC, 2010.

[63] M. Jakobsson, A Central Nervous System for Automatically Detecting Malware, 2009.

[64] R. Chow, P. Golle, M. Jakobsson, R. Masuoka, J. Molina, E. Shi, and J. Staddon, "Controlling data in the cloud: outsourcing computation without outsourcing control," ACM workshop on Cloud computing security (CCSW), 2009.

[65] M. Jakobsson and A. Juels, "Server-Side Detection of Malware Infection," in New Security Paradigms Workshop (NSPW), Oxford, UK, 2009.

[66] M. Jakobsson, "Captcha-free throttling," Proceedings of the 2nd ACM workshop on Security and artificial intelligence, 15–22, 2009.

[67] M. Jakobsson, E. Shi, P. Golle, and R. Chow, "Implicit authentication for mobile devices," Proceedings of the 4th USENIX conference on Hot topics in security, 9–9, 2009.

[68] C. Soghoian, O. Friedrichs and M. Jakobsson, "The Threat of Political Phishing," International Symposium on Human Aspects of Information Security & Assurance (HAISA 2008)

[69] R. Chow, P. Golle, M. Jakobsson, L. Wang and X. Wang, "Making CAPTCHAs Clickable," In proc. of HotMobile 2008.

[70] M. Jakobsson, A. Juels, and J. Ratkiewicz, "Privacy-Preserving History Mining for Web Browsers," Web 2.0 Security and Privacy, 2008.

[71] M. Jakobsson, E. Stolterman, S. Wetzel, L. Yang, "Love and Authentication," (Notes) ACM Computer/Human Interaction Conference (CHI), 2008. Also see `www.I-forgot-my-password.com`

[72] M. Jakobsson and S. Myers, "Delayed Password Disclosure," Proceedings of the 2007 ACM workshop on Digital Identity Management

[73] M. Jakobsson, S. Stamm, Z. Ramzan, "JavaScript Breaks Free," W2SP '07

[74] A. Juels, S. Stamm, M. Jakobsson, "Combatting Click Fraud via Premium Clicks," USENIX Security 2007

[75] R. Chow, P. Golle, M. Jakobsson, X. Wang, "Clickable CAPTCHAs," Ad-Fraud '07 Workshop; 2007 September 14; Stanford, CA, USA

[76] S. Stamm, Z. Ramzan, and M. Jakobsson, "Drive-by Pharming," In Proceedings of Information and Communications Security, 9th International Conference, ICICS 2007

[77] M. Jakobsson, A. Tsow, A. Shah, E. Blevis, Y.-K. Lim, "What Instills Trust? A Qualitative Study of Phishing," USEC '07.

[78] R. Akavipat, V. Anandpara, A. Dingman, C. Liu, D. Liu, K. Pongsanon, H. Roinestad and M. Jakobsson, "Phishing IQ Tests Measure Fear, not Ability," USEC '07.

[79] M. Jakobsson, "The Human Factor in Phishing," American Conference Institute's Forum on Privacy & Security of Consumer Information, 2007

[80] S. Srikwan, M. Jakobsson, A. Albrecht and M. Dalkilic, "Trust Establishment in Data Sharing: An Incentive Model for Biodiversity Information Systems," TrustCol 2006

[81] J.Y. Choi, P. Golle, M. Jakobsson, "Tamper-Evident Digital Signatures: Protecting Certification Authorities Against Malware," DACS '06

[82] L. Yang, M. Jakobsson, S. Wetzel, "Discount Anonymous On Demand Routing for Mobile Ad hoc Networks," SECURECOMM '06

[83] P. Golle, X. Wang, M. Jakobsson, A. Tsow, "Deterring Voluntary Trace Disclosure in Re-encryption Mix Networks." IEEE S&P '06

[84] M. Jakobsson, A. Juels, T. Jagatic, "Cache Cookies for Browser Authentication (Extended Abstract)," IEEE S&P '06

[85] M. Jakobsson and J. Ratkiewicz, "Designing Ethical Phishing Experiments: A study of (ROT13) rOnl auction query features.", WWW '06

[86] M. Jakobsson and S. Stamm. "Invasive Browser Sniffing and Countermeasures," WWW '06

[87] J.Y. Choi, P. Golle and M. Jakobsson. "Auditable Privacy: On Tamper-Evident Mix Networks," Financial Crypto '06

[88] A. Juels, D. Catalano and M. Jakobsson. "Coercion-Resistant Electronic Elections," WPES '05

[89] V. Griffith and M. Jakobsson. "Messin' with Texas, Deriving Mother's Maiden Names Using Public Records," ACNS '05, 2005.

[90] M. Jakobsson and L. Yang. "Quantifying Security in Hybrid Cellular Networks," ACNS '05, 2005

[91] Y.-C. Hu, M. Jakobsson, and A. Perrig. "Efficient Constructions for One-way Hash Chains," ACNS '05, 2005

[92] M. Jakobsson. "Modeling and Preventing Phishing Attacks," Phishing Panel in Financial Cryptography '05. 2005, abstract in proceedings.

[93] N. Ben Salem, J.-P. Hubaux, and M. Jakobsson. "Reputation-based Wi-Fi Deployment Protocols and Security Analysis," In WMASH '04. ACM Press, 2004. pp. 29–40.

[94] M. Jakobsson and S. Wetzel. "Efficient Attribute Authentication with Applications to Ad Hoc Networks," In VANET '04. ACM Press, 2004. pp. 38–46.

[95] M. Jakobsson, X. Wang, and S. Wetzel. "Stealth Attacks in Vehicular Technologies," Invited paper. In Proceedings of IEEE Vehicular Technology Conference 2004 Fall (VTC-Fall 2004). IEEE, 2004.

[96] A. Ambainis, H. Lipmaa, and M. Jakobsson. "Cryptographic Randomized Response Technique," In PKC '04. LNCS 2947. Springer-Verlag, 2004. pp. 425–438.

[97] P. Golle, M. Jakobsson, A. Juels, and P. Syverson. "Universal Re-encryption for Mixnets," In CT-RSA '04. LNCS 2964. Springer-Verlag, 2004. pp. 163–178.

[98] P. Golle and M. Jakobsson. "Reusable Anonymous Return Channels," In WPES '03. ACM Press, 2003. pp. 94–100.

[99] M. Jakobsson, S. Wetzel, B. Yener. "Stealth Attacks on Ad-Hoc Wireless Networks," In IEEE VTC '03, 2003.

[100] N. Ben Salem, L. Buttyan, J.-P. Hubaux, and M. Jakobsson. "A Charging and Rewarding Scheme for Packet Forwarding in Multi-hop Cellular Networks," In ACM MobiHoc '03. ACM Press, 2003. pp. 13–24.

[101] M. Jakobsson, J.-P.Hubaux and L. Buttyan. "A Micro-Payment Scheme Encouraging Collaboration in Multi-Hop Cellular Networks," In FC '03. LNCS 2742. Springer-Verlag, 2003. pp. 15–33.

[102] M. Jakobsson, T. Leighton, S. Micali and M. Szydlo. "Fractal Merkle Tree Representation and Traversal," In RSA-CT '03 2003.

[103] A. Boldyreva and M Jakobsson. "Theft protected proprietary certificates," In DRM '02. LNCS 2696, 2002. pp. 208–220.

[104] P. Golle, S. Zhong, M. Jakobsson, A. Juels, and D. Boneh. “Optimistic Mixing for Exit-Polls,” In Asiacrypt ’02. LNCS 2501. Springer-Verlag, 2002. pp. 451–465.

[105] P. MacKenzie, T. Shrimpton, and M. Jakobsson. “Threshold Password-Authenticated Key Exchange,” In CRYPTO ’02. LNCS 2442. Springer-Verlag, 2002. pp. 385–400.

[106] M. Jakobsson. “Fractal Hash Sequence Representation and Traversal,” In Proceedings of the 2002 IEEE International Symposium on Information Theory (ISIT ‘02). 2002. pp. 437–444.

[107] M. Jakobsson, A. Juels, and R. Rivest. “Making Mix Nets Robust For Electronic Voting By Randomized Partial Checking,” In Proceedings of the 11th USENIX Security Symposium. USENIX Association, 2002. pp. 339–353.

[108] D. Coppersmith and M. Jakobsson. “Almost Optimal Hash Sequence Traversal,” In Financial Crypto ’02. 2002.

[109] M. Jakobsson. “Financial Instruments in Recommendation Mechanisms,” In Financial Crypto ’02. 2002.

[110] J. Garay, and M. Jakobsson. “Timed Release of Standard Digital Signatures,” In Financial Crypto ’02. 2002.

[111] F. Menczer, N. Street, N. Vishwakarma, A. Monge, and M. Jakobsson. “Intellishopper: A Proactive, Personal, Private Shopping Assistant,” In AAMAS ’02. ACM Press, 2002. pp. 1001–1008.

[112] M. Jakobsson, A. Juels, and P. Nguyen. “Proprietary Certificates,” In CT-RSA ’02. LNCS 2271. Springer-Verlag, 2002. pp. 164–181.

[113] M. Jakobsson and A. Juels. “An Optimally Robust Hybrid Mix Network,” In PODC ’01. ACM Press. 2001. pp. 284–292.

[114] M. Jakobsson and M. Reiter. “Discouraging Software Piracy Using Software Aging,” In DRM ’01. LNCS 2320. Springer-Verlag, 2002. pp. 1–12.

[115] M. Jakobsson and S. Wetzel. “Security Weaknesses in Bluetooth,” In CT–RSA ’01. LNCS 2020. Springer-Verlag, 2001. pp. 176–191.

[116] M. Jakobsson and D. Pointcheval. “Mutual Authentication for Low-Power Mobile Devices,” In Financial Crypto ’01. LNCS 2339. Springer-Verlag, 2001. pp. 178–195.

[117] M. Jakobsson, D. Pointcheval, and A. Young. “Secure Mobile Gambling,” In CT–RSA ’01. LNCS 2020. Springer-Verlag, 2001. pp. 110–125.

[118] M. Jakobsson and S.Wetzel. “Secure Server-Aided Signature Generation,” In PKC ’01. LNCS 1992. Springer-Verlag, 2001. pp. 383–401.

[119] M. Jakobsson and A. Juels. "Addition of ElGamal Plaintexts," In T. Okamoto, ed., ASIACRYPT '00. LNCS 1976. Springer-Verlag, 2000. pp. 346–358.

[120] M. Jakobsson, and A. Juels. "Mix and Match: Secure Function Evaluation via Ciphertexts," In ASIACRYPT '00. LNCS 1976. Springer-Verlag, 2000. pp. 162–177.

[121] R. Arlein, B. Jai, M. Jakobsson, F. Monrose, and M. Reiter. "Privacy-Preserving Global Customization," In ACM E-Commerce '00. ACM Press, 2000. pp. 176–184.

[122] C.-P. Schnorr and M. Jakobsson. "Security of Signed ElGamal Encryption," In ASIACRYPT '00. LNCS 1976. Springer-Verlag, 2000. pp. 73–89.

[123] P. Bohannon, M. Jakobsson, and S. Srikwan. "Cryptographic Approaches to Privacy in Forensic DNA Databases," In Public Key Cryptography '00. LNCS 1751. Springer-Verlag, 2000, pp. 373–390.

[124] J. Garay, M. Jakobsson, and P. MacKenzie. "Abuse-free Optimistic Contract Signing," In CRYPTO '99. LNCS 1666. Springer-Verlag, 1999. pp. 449–466.

[125] M. Jakobsson. "Flash Mixing," In PODC '99. ACM Press, 1999. pp. 83–89.

[126] G. Di Crescenzo, N. Ferguson, R. Impagliazzo, and M. Jakobsson. "How To Forget a Secret," In STACS '99. LNCS 1563. Springer-Verlag, 1999. pp. 500–509.

[127] M. Jakobsson, D. M'Raihi, Y. Tsiounis, and M. Yung. "Electronic Payments: Where Do We Go from Here?," In CQRE (Secure) '99. LNCS 1740. Springer-Verlag, 1999. pp. 43–63.

[128] C.P. Schnorr and M. Jakobsson. "Security Of Discrete Log Cryptosystems in the Random Oracle + Generic Model," In Conference on The Mathematics of Public-Key Cryptography. 1999.

[129] M. Jakobsson and A. Juels "Proofs of Work and Breadpudding Protocols," In CMS '99. IFIP Conference Proceedings, Vol. 152. Kluwer, B.V., 1999. pp. 252 – 272.

[130] M. Jakobsson and C-P Schnorr. "Efficient Oblivious Proofs of Correct Exponentiation," In CMS '99. IFIP Conference Proceedings, Vol. 152. Kluwer, B.V., 1999. pp. 71–86.

[131] M. Jakobsson, P. MacKenzie, and J.P. Stern. "Secure and Lightweight Advertising on the Web," In World Wide Web '99

[132] M. Jakobsson, J.P. Stern, and M. Yung. "Scramble All, Encrypt Small," In Fast Software Encryption '99. LNCS 1636. Springer-Verlag, 1999. pp. 95–111.

[133] M. Jakobsson and J. Mueller. "Improved Magic Ink Signatures Using Hints," In Financial Cryptography '99. LNCS 1648. Springer-Verlag, 1999. pp. 253–268.

[134] M. Jakobsson. "Mini-Cash: A Minimalistic Approach to E-Commerce," In Public Key Cryptography '99. LNCS 1560. Springer-Verlag, 1999. pp. 122–135.

[135] M. Jakobsson. "On Quorum Controlled Asymmetric Proxy Re-encryption," In Public Key Cryptography '99. LNCS 1560. Springer-Verlag, 1999. pp. 112–121.

[136] M. Jakobsson and A. Juels. "X-Cash: Executable Digital Cash," In Financial Cryptography '98. LNCS 1465. Springer-Verlag, 1998. pp. 16–27.

[137] M. Jakobsson and D. M'Raihi. "Mix-based Electronic Payments," In Proceedings of the Selected Areas in Cryptography. LNCS 1556. Springer-Verlag, 1998. pp. 157173.

[138] M. Jakobsson, E. Shriver, B. Hillyer, and A. Juels. "A Practical Secure Physical Random Bit Generator," In CCS '98: Proceedings of the 5th ACM conference on Computer and communications security. ACM Press, 1998. pp. 103–111.

[139] M. Jakobsson. "A Practical Mix," In Advances in Cryptology – EuroCrypt '98. LNCS 1403. Springer-Verlag, 1998. pp. 448–461.

[140] M. Jakobsson and M. Yung. "On Assurance Structures for WWW Commerce," In Financial Cryptography '98. LNCS 1465. Springer-Verlag, 1998. pp. 141–157.

[141] E. Gabber, M. Jakobsson, Y. Matias, and A. Mayer. "Curbing Junk E-Mail via Secure Classification," In Financial Cryptography '98. LNCS 1465. Springer-Verlag, 1998. pp. 198–213.

[142] M. Jakobsson and M. Yung. "Distributed 'Magic Ink' Signatures," In Advances in Cryptology – EuroCrypt '97. LNCS 1233. Springer-Verlag, 1997. pp. 450–464.

[143] M. Jakobsson and M. Yung. "Applying Anti-Trust Policies to Increase Trust in a Versatile E-Money System," In Financial Cryptography '97. LNCS 1318. Springer-Verlag, 1997. pp. 217–238.

[144] A. Herzberg, M. Jakobsson, S. Jarecki, H. Krawczyk, and M. Yung. "Proactive public-key and signature schemes," In Proceedings of the 4th Annual Conference on Computer Communications Security. ACM Press, 1997. pp. 100–110.

[145] M. Bellare, M. Jakobsson, and M. Yung. "Round-Optimal Zero-Knowledge Arguments Based on any One-Way Function," In Advances in Cryptology – EuroCrypt '97. LNCS 1233. Springer-Verlag, 1997. pp. 280–305.

[146] M. Jakobsson and M. Yung. "Proving Without Knowing," In Crypto '96. LNCS 1109. Springer-Verlag, 1996. pp. 186–200.

[147] M. Jakobsson, K. Sako, and R. Impagliazzo. "Designated Verifier Proofs and Their Applications," In Advances in Cryptology – EuroCrypt '96. LNCS 1070. Springer-Verlag, 1996. pp. 143–154.

[148] M. Jakobsson and M. Yung. "Revokable and Versatile Electronic Money," In CCS '96: Proceedings of the 3rd ACM conference on Computer and communications security. ACM Press, 1996. pp. 76–87.

[149] M. Jakobsson. "Ripping Coins for a Fair Exchange," In Advances in Cryptology – EuroCrypt '95. LNCS 921. Springer-Verlag, 1995. pp. 220–230.

[150] M. Jakobsson. "Blackmailing using Undeniable Signatures," In Advances in Cryptology EuroCrypt '94. LNCS 950. Springer-Verlag, 1994. pp. 425–427.

[151] M. Jakobsson. "Reducing costs in identification protocols," Crypto '92, 1992.

[152] M. Jakobsson. "Machine-Generated Music with Themes," In International Conference on Artificial Neural Networks '92. Vol 2. Amsterdam: Elsevier, 1992. pp. 1645–1646

[153] M. Jakobsson, "Social Engineering 2.0: What's Next," McAfee Security Journal, Fall 2008

[154] M. Jakobsson and S. Myers, "Delayed Password Disclosure," ACM SIGACT News archive, Volume 38, Issue 3 (September 2007), pp. 56 - 75

[155] V. Griffith and M. Jakobsson. "Messin' with Texas, Deriving Mother's Maiden Names Using Public Records," CryptoBytes, 2007.

[156] M. Jakobsson, A. Juels, J. Ratkiewicz, "Remote-Harm Detection," Beta-version available at `rhd.ravenwhitedevelopment.com/`

[157] S. Stamm, M. Jakobsson, "Social Malware," Experimental results available at `www.indiana.edu/ phishing/verybigad/`

[158] M. Jakobsson. "Privacy vs. Authenticity," Ph.D. Thesis, University of California at San Diego, 1997

[159] Markus Jakobsson, Automatic PIN creation using passwords, US20130125214 A1, 2012.

[160] Markus Jakobsson, Systems and methods for creating a user credential and authentication using the created user credential, US 20130111571 A1, 2012.

[161] Markus Jakobsson, Password check by decomposing password, US 20120284783 A1, 2012.

[162] Markus Jakobsson, William Leddy, System and methods for protecting users from malicious content, US 20120192277 A1, 2011.

[163] Markus Jakobsson, Karl-Anders R. Johansson, Auditing a device, US8370935 B1, 2011.

[164] Markus Jakobsson, Methods and Apparatus for Efficient Computation of One-Way Chains in Cryptographic Applications, US20120303969 A1, 2011.

[165] Markus Jakobsson, Automatic PIN creation using password, US 20120110634 A1, 2011.

[166] Markus Jakobsson, Jim Roy Palmer, Gustavo Maldonado, Interactive CAPTCHA, US20130007875 A1, 2011.

[167] Markus Jakobsson, System access determination based on classification of stimuli, US 20110314559 A1, 2011.

[168] Markus Jakobsson, System access determination based on classification of stimuli, WO 2011159356 A1, 2011.

[169] Markus Jakobsson, Method, medium, and system for reducing fraud by increasing guilt during a purchase transaction, US8458041 B1, 2011.

[170] Markus Jakobsson, Visualization of Access Information, US 20120233314 A1, 2011.

[171] Markus Jakobsson, Richard Chow,Runting Shi, Implicit authentication, US20120137340 A1, 2010.

[172] Markus Jakobsson, Karl-Anders R. Johansson, Auditing a device, EP2467793 A1, 2010.

[173] Markus Jakobsson, Event log authentication using secure components, US 20110314297 A1, 2010.

[174] Markus Jakobsson, Philippe J.P. Golle, Risk-based alerts, US 20110314426 A1, 2010.

[175] Markus Jakobsson, Karl-Anders R. Johansson, Auditing a device, US 20110041178 A1, 2010.

[176] M. Jakobsson, A. Juels, J. Kaliski Jr, S. Burton and others, Identity authentication system and method, US Patent 7,502,933, 2009.

[177] Markus Jakobsson, Method and system for facilitating throttling of interpolation-based authentication, US8219810 B2, 2009.

[178] Markus Jakobsson, Karl-Anders R. Johansson, Auditing a device, US8375442 B2, 2009.

[179] Markus Jakobsson, Karl-Anders R. Johansson, Auditing a device, US 20110041180 A1, 2009.

[180] Markus Jakobsson, Pattern-based application classification, US 20110055925 A1, 2009.

[181] Markus Jakobsson, Method and apparatus for detecting cyber threats, US8286225 B2, 2009.

[182] Markus Jakobsson, Method and apparatus for detecting cyber threats, US20110035784 A1, 2009.

[183] Markus Jakobsson, CAPTCHA-free throttling, US8312073 B2, 2009.

[184] Markus Jakobsson, Captcha-free throttling, US 20110035505 A1, 2009.

[185] Markus Jakobsson, Christopher Soghoian, Method and apparatus for throttling access using small payments, US 20100153275 A1, 2008.

[186] Markus Jakobsson, Christopher Soghoian, Method and apparatus for mutual authentication using small payments, US 20100153274 A1, 2008.

[187] Philippe J.P. Golle, Markus Jakobsson,Richard Chow, Resetting a forgotten password using the password itself as authentication, US 20100125906 A1, 2008.

[188] Philippe J. P. Golle, Markus Jakobsson,Richard Chow, Authenticating users with memorable personal questions, US8161534 B2, 2008.

[189] Richard Chow, Philippe J.P. Golle, Markus Jakobsson, Jessica N. Staddon, Authentication based on user behavior, US20100122329 A1, 2008.

[190] Richard Chow, Philippe J.P. Golle, Markus Jakobsson, Jessica N. Staddon, Enterprise password reset, US 20100122340 A1, 2008.

[191] Markus Jakobsson, Methods and apparatus for efficient computation of one-way chains in cryptographic applications, US8086866 B2, 2008.

[192] Richard Chow, Philippe J. P. Golle, Markus Jakobsson, Selectable captchas, US8307407 B2, 2008.

[193] Markus Jakobsson, Ari Juels, Sidney Louis Stamm, Method and apparatus for combatting click fraud, US 20080162227 A1, 2007.

[194] Jakobsson, Method and apparatus for evaluating actions performed on a client device, US 20080037791 A1, 2007.

[195] Jakobsson, Ari Juels, Method and apparatus for storing information in a browser storage area of a client device, US 20070106748 A1, 2006.

[196] Markus Jakobsson, Steven Andrew Myers, Anti-phising logon authentication object oriented system and method, WO 2006062838 A1, 2005.

[197] Jakobsson, Jean-Pierre Hubaux,Levente Buttyan, Micro-payment scheme encouraging collaboration in multi-hop cellular networks, US 20050165696 A1, 2004.

[198] Andrew Nanopoulos, Karl Ackerman, Piers Bowness, William Duane, Markus Jakobsson, Burt Kaliski, Dmitri Pal, Shane D. Rice,Less , System and method providing disconnected authentication, WO2005029746 A3, 2004.

[199] Andrew Nanopoulos, Karl Ackerman, Piers Bowness, William Duane, Markus Jakobsson, Burt Kaliski, Dmitri Pal, Shane Rice, Ronald Rivest, Less , System and method providing disconnected authentication, US 20050166263 A1, 2004.

[200] Andrew Nanopoulos, Karl Ackerman, Piers Bowness, William Duane, Markus Jakobsson, Burt Kaliski, Dmitri Pal, Shane D. Rice,Less , Systeme et procede d'authentification deconnectee, WO 2005029746 A2, 2004.

[201] Markus Jakobsson, Ari Juels, Burton S. Kaliski Jr., Identity authentication system and method, WO2004051585 A3, 2003.

[202] Markus Jakobsson, Ari Juels, Burton S. Kaliski, Jr., Identity authentication system and method, US 7502933 B2, 2003.

[203] Markus Jakobsson, Ari Juels, Burton S. Kaliski Jr., Systeme et procede de validation d'identite, WO 2004051585 A2, 2003.

[204] Markus Jakobsson, Burton S. Kaliski, Jr., Method and apparatus for graph-based partition of cryptographic functionality, US7730518 B2, 2003.

[205] Markus Jakobsson, Phong Q. Nguyen, Methods and apparatus for private certificates in public key cryptography, US7404078 B2, 2002.

[206] Jakobsson, Philip MacKenzie, Thomas Shrimpton, Method and apparatus for performing multi-server threshold password-authenticated key exchange, US20030221102 A1, 2002.

[207] Markus Jakobsson, Philip D MacKenzie, Method and apparatus for distributing shares of a password for use in multi-server password authentication, US 7073068 B2, 2002.

[208] Markus Jakobsson, Methods and apparatus for efficient computation of one-way chains in cryptographic applications, EP 1389376 A1 (text from WO2002084944A1), 2002.

[209] Markus Jakobsson, Adam Lucas Young, Method and apparatus for identification tagging documents in a computer system, US 7356845 B2, 2002.

[210] Juan A. Garay, Markus Jakobsson, Methods and apparatus for computationally-efficient generation of secure digital signatures, US 7366911 B2, 2001.

[211] Markus Jakobsson, Methods and apparatus for efficient computation of one-way chains in cryptographic applications, US 7404080 B2, 2001.

[212] Markus Jakobsson, Susanne Gudrun Wetzel, Securing the identity of a bluetooth master device (bd addr) against eavesdropping by preventing the association of a detected channel access code (cac) with the identity of a particular bluetooth device, WO2002019641 A3, 2001.

[213] Markus Jakobsson, Susanne Gudrun Wetzel, Procede et appareil permettant d'assurer la securite d'utilisateurs de dispositifs a capacites bluetooth, WO 2002019641 A2, 2001.

[214] Robert M. Arlein, Ben Jai, Markus Jakobsson, Fabian Monrose, Michael Kendrick Reiter, Less , Methods and apparatus for providing privacy-preserving global customization, US 7107269 B2, 2001.

[215] Markus Jakobsson, Susanne Gudrun Wetzel, Secure distributed computation in cryptographic applications, US6950937 B2, 2001.

[216] Markus Jakobsson, Susanne Gudrun Wetzel, Method and apparatus for ensuring security of users of short range wireless enable devices, US6981157 B2, 2001.

[217] Markus Jakobsson, Susanne Gudrun Wetzel, Method and apparatus for ensuring security of users of bluetooth TM-enabled devices, US 6574455 B2, 2001.

[218] Garay; Juan A. (West New York, NJ), Jakobsson; M. (Hoboken, NJ), Kristol; David M. (Summit, NJ), Mizikovsky; Semyon B.(Morganville, NJ), Cryptographic key processing and storage , 7023998, 2001.

[219] Markus Jakobsson, Method, apparatus, and article of manufacture for generating secure recommendations from market-based financial instrument prices, US 6970839 B2, 2001.

[220] Markus Jakobsson, Encryption method and apparatus with escrow guarantees, US7035403 B2, 2001.

[221] Jakobsson, Call originator access control through user-specified pricing mechanism in a communication network, US20020099670 A1, 2001.

[222] Markus Jakobsson, Claus Peter Schnorr, Tagged private information retrieval, US7013295 B2, 2000.

[223] Markus Jakobsson, Secure enclosure for key exchange, US 7065655 B1, 2000.

[224] Markus Jakobsson, Michael Kendrick Reiter, Software aging method and apparatus for discouraging software piracy, US 7003110 B1, 2000.

[225] Markus Jakobsson, Probabilistic theft deterrence, US6501380 B1, 2000.

[226] Markus Jakobsson, Michael Kendrick Reiter, Abraham Silberschatz, Anonymous and secure electronic commerce, EP 1150227 A1, 2000.

[227] Markus Jakobsson, Ari Juels, Proofs of work and bread pudding protocols, US 7356696 B1, 2000.

[228] Markus Jakobsson, Joy Colette Mueller, Methods of protecting against spam electronic mail, US7644274 B1, 2000.

[229] Philip L. Bohannon, Markus Jakobsson,Fabian Monrose, Michael Kendrick Reiter,Susanne Gudrun Wetzel, Less , Generation of repeatable cryptographic key based on varying parameters, EP1043862 B1, 2000.

[230] Markus Jakobsson, Ari Juels, Mix and match: a new approach to secure multiparty computation, US6772339 B1, 2000.

[231] Markus Jakobsson, Ari Juels, Mixing in small batches, US6813354 B1, 2000.

[232] Philip L. Bohannon, Markus Jakobsson,Fabian Monrose, Michael Kendrick Reiter,Susanne Gudrun Wetzel, Less , Generation of repeatable cryptographic key based on varying parameters, US 6901145 B1, 36566

[233] Markus Jakobsson, Claus Peter Schnorr, Non malleable encryption method and apparatus using key-encryption keys and digital signature, US6931126 B1, 2000.

[234] Markus Jakobsson, Claus Peter Schnorr, Non malleable encryption method and apparatus using key-encryption keys and digital signature, US 6931126 B1, 2000.

[235] Markus Jakobsson, Flash mixing apparatus and method, US 6598163 B1, 1999.

[236] Markus Jakobsson, Minimalistic electronic commerce system, US 6529884 B1, 1999.

[237] Markus Jakobsson, Method and system for providing translation certificates, US 6687822 B1, 1999.

[238] Markus Jakobsson, Verification of correct exponentiation or other operations in cryptographic applications, US6978372 B1, 1999.

[239] Markus Jakobsson, Non malleable encryption apparatus and method, US 6507656 B1, 1999.

[240] Markus Jakobsson, Method and system for quorum controlled asymmetric proxy encryption, US 6587946 B1, 1998.

[241] Markus Jakobsson, Practical mix-based election scheme, US 6317833 B1, 1998.

[242] Markus Jakobsson, Ari Juels, Method and apparatus for extracting unbiased random bits from a potentially biased source of randomness, US 6393447 B1, 1998.

[243] Markus Jakobsson, Ari Juels, Executable digital cash for electronic commerce, US6157920 A, 1998.

[244] Bruce Kenneth Hillyer, Markus Jakobsson, Elizabeth Shriver, Storage device random bit generator, US 6317499 B1, 1998.

[245] Markus Jakobsson, Method and apparatus for encrypting, decrypting, and providing privacy for data values, US 6049613 A, 1998.