# EXHIBIT 12



# DI[illegible]Y OF INTERNETWORKING TERMS AND ACRONYMS

DB79978222

## Cisco Systems' Official Internetworking Dictionary

CISCO SYSTEMS
CISCO PRESS
ciscopress.com



# Dictionary of Internetworking Terms and Acronyms

January 2001

**Corporate Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA

http:///www.cisco.com

Tel: 408 526-4000
800 553-NETS (6387)
Fax: 408 526-4100

# Dictionary of Internetworking Terms and Acronyms

Cisco Systems, Inc.

Copyright © 2001 Cisco Systems, Inc.

Cisco Press logo is a trademark of Cisco Systems, Inc.

Published by:
Cisco Press
201 West 103rd Street
Indianapolis, IN 46290 USA

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the publisher, except for the inclusion of brief quotations in a review.

Printed in the United States of America 1 2 3 4 5 6 7 8 9 0

ISBN: 1-58720-045-7

Library of Congress Cataloging-in-Publication Number: 20-01086612

1st Printing January 2001

CISCO SYSTEMS

**Corporate Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
http://www.cisco.com
Tel: 408 526-4000
800 553-NETS (6387)
Fax: 408 526-4100

**European Headquarters**
Cisco Systems Europe
11 Rue Camille Desmoulins
92782 Issy-les-Moulineaux
Cedex 9
France
http://www-europe.cisco.com
Tel: 33 1 58 04 60 00
Fax: 33 1 58 04 61 00

**Americas Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
http://www.cisco.com
Tel: 408 526-7660
Fax: 408 527-0883

**Asia Pacific Headquarters**
Cisco Systems Australia, Pty., Ltd
Level 17, 99 Walker Street
North Sydney
NSW 2059 Australia
http://www.cisco.com
Tel: +61 2 8448 7100
Fax: +61 2 9957 4350

**Cisco Systems has more than 200 offices in the following countries. Addresses, phone numbers, and fax numbers are listed on the Cisco Web site at www.cisco.com/go/offices**

Argentina • Australia • Austria • Belgium • Brazil • Bulgaria • Canada • Chile • China • Colombia • Costa Rica • Croatia • Czech Republic • Denmark • Dubai, UAE • Finland • France • Germany • Greece • Hong Kong • Hungary • India • Indonesia • Ireland Israel • Italy • Japan • Korea • Luxembourg • Malaysia • Mexico • The Netherlands • New Zealand • Norway • Peru • Philippines Poland • Portugal • Puerto Rico • Romania • Russia • Saudi Arabia • Scotland • Singapore • Slovakia • Slovenia • South Africa • Spain Sweden • Switzerland • Taiwan • Thailand • Turkey • Ukraine • United Kingdom • United States • Venezuela • Vietnam • Zimbabwe

Copyright © 2000, Cisco Systems, Inc. All rights reserved. Access Registrar, AccessPath, Are You Ready, ATM Director, Browse with Me, CCDA, CCDE, CCDP, CCIE, CCNA, CCNP, CCSI, CD-PAC, *CiscoLink*, the Cisco Net*Works* logo, the Cisco Powered Network logo, Cisco Systems Networking Academy, Fast Step, FireRunner, Follow Me Browsing, FormShare, GigaStack, IGX, Intelligence in the Optical Core, Internet Quotient, IP/VC, iQ Breakthrough, iQ Expertise, iQ FastTrack, iQuick Study, iQ Readiness Scorecard, The iQ Logo, Kernel Proxy, MGX, Natural Network Viewer, Network Registrar, the Networkers logo, *Packet*, PIX, Point and Click Internetworking, Policy Builder, RateMUX, ReyMaster, ReyView, ScriptShare, Secure Script, Shop with Me, SlideCast, SMARTnet, SVX, TrafficDirector, TransPath, VlanDirector, Voice LAN, Wavelength Router, Workgroup Director, and Workgroup Stack are trademarks of Cisco Systems, Inc.; Changing the Way We Work, Live, Play, and Learn, Empowering the Internet Generation, are service marks of Cisco Systems, Inc.; and Aironet, ASIST, BPX, Catalyst, Cisco, the Cisco Certified Internetwork Expert Logo, Cisco IOS, the Cisco IOS logo, Cisco Press, Cisco Systems, Cisco Systems Capital, the Cisco Systems logo, Collision Free, Enterprise/Solver, EtherChannel, EtherSwitch, FastHub, FastLink, FastPAD, IOS, IP/TV, IPX, LightStream, LightSwitch, MICA, NetRanger, Post-Routing, Pre-Routing, Registrar, StrataView Plus, Stratm, SwitchProbe, TeleRouter, are registered trademarks of Cisco Systems, Inc. or its affiliates in the U.S. and certain other countries.

All other brands, names, or trademarks mentioned in this document or Web site are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (0010R)

**signaling packet**

Generated by an ATM-connected device that wants to establish a connection with another such device. The signaling packet contains the ATM NSAP address of the desired ATM endpoint, as well as any QoS parameters required for the connection. If the endpoint can support the desired QoS, it responds with an accept message, and the connection is opened. See also *QoS*.

**Signaling System 7**

See *SS7*.

**signal-to-noise**

S/N (also SNR). The difference in amplitude between a baseband signal and the noise in a portion of the spectrum.

**Silicon Switch Processor**

See *SSP* in the "Cisco Systems Terms and Acronyms" section.

**silicon switching**

See *silicon switching* in the "Cisco Systems Terms and Acronyms" section.

**silicon switching engine**

See *SSE* in the "Cisco Systems Terms and Acronyms" section.

**SIM**

**1.** subscriber identity module. Component of an MS in a GSM network that contains all the subscriber information.

**2.** Set Initialization Mode.

**simple and efficient AAL**

See *SEAL.*

**Simple Gateway Monitoring Protocol**

See *SGMP*.

**Simple Mail Transfer Protocol**

See *SMRP*.

**Simple Multicast Routing Protocol**

See *SMRP*.

**Simple Network Management Protocol**

See *SNMP*.

- Your portable reference of internetworking terms and definitions
- Written for students, networking professionals, and business managers who deal with networking infrastructures
- Thousands of new terms and updated definitions
- The official Cisco Systems reference, developed by Cisco subject matter experts

*This book is part of the Cisco Press Core Series, which offers networking professionals valuable information for constructing efficient networks, understanding new technologies, and building successful careers.*

**Category:** Networking—Cisco
**Covers:** Internetworking Technologies

CISCO SYSTEMS
CISCO PRESS
ciscopress.com

# DICTIONARY OF INTERNETWORKING TERMS AND ACRONYMS

*Dictionary of Internetworking Terms and Acronyms* is the comprehensive reference resource to thousands of technical terms that you encounter on a daily basis. With concise definitions and a thorough coverage of the newest technologies, this portable reference is an essential tool, invaluable to you in your day-to-day work or in your studies as you grow as a networking professional.

With updated and timely material, *Dictionary of Internetworking Terms and Acronyms* will increase your understanding of the internetworking world, whether you are a student, an active networking professional, or a business manager who deals with the company's networking infrastructure.

Developed by Cisco Systems, *Dictionary of Internetworking Terms and Acronyms* has thousands of updated or added definitions of the terms, acronyms, and concepts that you need to know.

**Cisco Systems, Inc.**, is the worldwide leader in networking for the Internet. Cisco hardware, software, and service offerings are used to create Internet solutions so that individuals, companies, and countries have seamless access to information—regardless of differences in time and place. Cisco solutions, which include industry-leading publications from Cisco Press, educate and provide competitive advantage to customers through more efficient and timely exchange of information, leading to cost savings, process efficiencies, and closer business relationships. These solutions form the networking foundation for many organizations worldwide.

**$12.95 USA**
**$19.95 CAN**

ISBN 1-58720-045-7
6 19472 20045 2
9 781587 200458
51295