# EXHIBIT 13

MIKE HENDRY

# Multi-application Smart Cards

## Technology and Applications

CAMBRIDGE

# Multi-application Smart Cards

## Technology and Applications

Multi-application smart cards have yet to realise their enormous potential, partly because few people understand the technology, market and behavioural issues involved. Here, Mike Hendry sets out to fill this gap with a comprehensive guide to the technology, business and implementation aspects of this pivotal technology.

Following a review of the state of the art in smart card technology, the book describes the business requirements of each smart-card-using sector, and the applications and support systems required to sustain multiple applications. Implementation aspects, including security, are treated in detail and numerous international case studies cover identity, telecoms, banking and transportation applications. Lessons are drawn from these projects to help deliver more successful applications in the future.

Invaluable for users and those responsible for specifying, evaluating and integrating multi-application systems, this book will also be useful to terminal, card and system designers, network, IT and security managers and software specialists.

**Mike Hendry** is a freelance consultant and industry expert on cards and payment systems. He has many years of international experience in industry, was the Technical and Operations Director of the UK Chip and PIN Programme, and is also the author of several books.

# Multi-application Smart Cards

## Technology and Applications

Mike Hendry

CAMBRIDGE
UNIVERSITY PRESS

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paulo

Cambridge University Press
The Edinburgh Building, Cambridge CB2 8RU, UK

Published in the United States of America by Cambridge University Press, New York

www.cambridge.org
Information on this title: www.cambridge.org/9780521873840

© Cambridge University Press 2007

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without
the written permission of Cambridge University Press.

First published 2007

Printed in the United Kingdom at the University Press, Cambridge

*A catalogue record for this publication is available from the British Library*

ISBN 978-0-521-87384-0 hardback

Cambridge University Press has no responsibility for the persistence or
accuracy of URLs for external or third-party internet websites referred to
in this publication, and does not guarantee that any content on such
websites is, or will remain, accurate or appropriate.

# 3 Smart-card basics

This chapter covers the key features of a smart card, its manufacturing process and the components of a smart-card system. It can be skipped by those who are already familiar with the technology and whose main interest is in advanced card types, and in particular in combining applications within a single card.

Appendix B also lists some further reading on smart-card technology in general.

## 3.1 What is a smart card?

### 3.1.1 Common features

A smart card is a card incorporating one or more integrated circuits within its thickness (see Figure 3.1). Smart cards are also often called chip cards or integrated circuit (IC) cards – these terms are interchangeable.

As we will see, the terms cover many cards that are not really 'smart' in the sense of being programmable, but the smartness comes from the way they are used as a part of a system.

Most smart cards meet the ISO 7810 standard (bank card size and thickness), but there are other standard card shapes, such as the ID-000 shape used by mobile telephone SIM cards. And some devices known as smart cards are not card-shaped at all – although this does raise a number of issues, as we will see in Chapter 6.

There are two main categories of smart cards, usually characterised as *memory* and *microprocessor* (or *microcontroller*) cards. The name microcontroller is technically more accurate since the chip includes memory, the serial interface and, possibly, more than one processor.

### 3.1.2 Memory and wired-logic cards

The simplest chip cards are not really 'smart' – they represent a portable storage device. Memory cards are viewed by the external application as data storage, and have a fixed and limited range of functions. Confusingly, in some cases these functions are actually provided by a microprocessor, but this is invisible to the outside world, since there is no way to vary the firmware and, hence, the functions of the card.

Today very few cards offer unprotected memory access, but these cards do exist and may be adequate for some small schemes where the security of the scheme does not




**Figure 3.1** Smart card (or chip card)

depend on the card, which offers less security than a magnetic stripe card, but potentially more storage.

Much more common are wired-logic cards, in which access to the memory on the card is controlled by a security protocol, either involving encryption of the stored data or a password mechanism.

Such cards can be quite powerful and can allow multiple functions. For example, the NXP[1] MiFare™ and Sony FeliCa™ cards both divide their memory into sectors and fields; each sector has separate keys or access permissions for reading, writing, incrementing or decrementing the data in the field. Different readers, possibly owned by several organisations, may, therefore, have different permissions.

### 3.1.3 Microprocessor cards

A growing proportion of all smart cards are microprocessor cards. These benefit not only from added security, but also from a common interface based on ISO standards for both the transport and data layers (whereas wired-logic cards more often use proprietary protocols). Microcontroller-based cards have a definable software component (known as an application) and follow an application selection process that I will describe in Chapter 8.

For many applications, 8 bit cards (usually based on a variant of the Motorola 6805 architecture) are adequate: often only a few hundreds of bytes of data must be stored and transmitted, and there is no requirement for complex arithmetic or on-card cryptography. There are now several 16 bit and 32 bit cards available, and these are often preferred for

[1] Formerly Philips Semiconductors.

running multi-application operating systems. For sheer performance, however, it is often more appropriate to use a reduced-instruction-set (RISC) design or a separate crypto-coprocessor to handle the specialised arithmetic and shifting operations associated with the main cryptographic algorithms. These RISC processors have been optimised for the functions they will need to perform in a smart-card environment, while crypto-processors specialise in the variable-modulus arithmetic required by many public-key algorithms and the logical operations demanded by DES and similar symmetric algorithms.

Another way to improve performance in a smart card is to have separate processors that allow communications and memory access operations to take place in parallel with processing; the external communications for contact cards take place at relatively low speeds (most often 9600 bps, and a maximum of 38.4 kbps), and this is often the limiting factor in transaction performance.

For example, an application that uses 4 kB of data requires a minimum of 3.4 seconds just to transfer those data bytes to the reader at 9600 bps. The file structure will add some time – if the data are divided into many small files, then we must add the time required to select each file. And if the smart-card microcontroller does not have a separate communications processor then data transmission must stop while the device performs any file selection or processing operation. As a result, many smart-card operations require several seconds' transaction time.

### 3.1.4 Memory types and sizes

A microprocessor card normally has several types of memory:

- Read-only memory (ROM) for fixed programs and static chip personalisation data;
- Random access memory (RAM) for working storage;
- Electrically erasable programmable read-only memory ($E^2$PROM) for storing most data, program updates and some programs.

The $E^2$PROM usually accounts for most of the memory, and, in particular, the largest area of the chip and much of its power consumption. Typical memory sizes for modern microprocessor cards range from 4 to 64 kbytes.

An increasing number of products now make use of flash memory, which is non-volatile but rewriteable by pages, and takes up much less space and power than $E^2$PROM, raising the maximum memory available in a 25 $mm^2$ chip from 16–32 kbytes to several hundreds of kbytes (at 2006 levels).

Most smart-card chip manufacturers limit the size of their chips to 25 $mm^2$ because chips larger than this can more easily be damaged when the card is bent; this also limits the amount of power that can be used by the chip and that must be dissipated as heat.

## 3.2 Interfaces

Most smart cards – particularly in mobile telephony and banking – have a contact interface as shown in Figures 3.2 and 3.3. The connection to the chip is through a set of contacts on the front of the card.




**Figure 3.2** Contact positions and dimensions for ISO 7816-2 card




**Figure 3.3** Contact assignments for ISO 7816-2 card

Cards used in transportation and access control are much more likely to use a contactless interface, where the energy to power the chip, and the communication between the chip and reader, is provided by radio waves from an antenna connected to the reader. This technology is used by an increasing number of cards, because of the speed and reliability it brings.

A third option, likely to be very attractive for multi-application cards, is to have both contact and contactless interfaces on the same card, with one or two chips.

## 3.2.1 Contact cards

The contact interface supplies power, clock and reset signals (known as VCC, CLK and RST), and also a single bi-directional serial interface (I/O). There is also provision for a sixth signal (VPP) to power the programming of the $E^2$PROM, but this is now rarely used.

The card and terminal follow a protocol to agree ('negotiate') a voltage and clock speed (the clock speed may determine the internal processing speed as well as the rate of data exchange between card and terminal). Most stand-alone cards work at the lowest specification: 5 V power and 9600 bps communications; however embedded cards (for example, in mobile phones) are much more likely to use lower voltages and higher communication speeds, where the terminal will support them.

Although, in principle, this negotiation is mutual – the card and terminal will use the best specification that they both meet – there are some implications here for multi-application cards in that cards designed primarily for low-voltage operation may be unreliable or have a shorter life at a higher voltage.

### 3.2.2 Contactless cards

Contactless cards use a radio-frequency (RF) field both to power the card and for communication between card and reader. The card incorporates an antenna (a few coils of wire wound buried in the card close to its outside edges) instead of the contact plate on the face of the card.

They are very widely used in public transport, and in fact have advantages over contact cards in many situations. For example, the absence of contacts means that cleanliness is not an issue. The physical action of inserting a card into a reader stresses the card and if done clumsily can damage it; these two factors mean that contactless cards are generally slightly more reliable than contact cards.

Interoperability for contactless cards is also more easily achieved. Because the card need only be located somewhere in the field where it can couple sufficient power, its shape and size are relatively unimportant, and the card will only generate sufficient power for its needs (within limits – an exceptionally strong field could cause it to over-supply itself).

### 3.2.3 Dual interface

For some applications, it is preferable to have both contact and contactless interfaces on the card. For example, many organisations prefer to use a contact interface for loading value onto a transport card, but a contactless interface for using that value. The international card schemes currently insist on a contact interface for all higher-value transactions.

For a passport or ID card, it may be felt better to load the data using a secure contact interface, even if the card when in use is always contactless. Many user organisations feel that contact interfaces are more secure than contactless interfaces, but in fact this is not necessarily true, since the security layer is quite independent of the communication type and protocol.

Realistically, however, most smart-card readers today outside public transport use a contact interface only. This means that any card scheme that seeks to include both transport or ID and another application, such as payment, must have both contact and contactless interfaces.

A dual-interface card may offer the same set of applications across both interfaces or – more often – each application is restricted to one interface (with possibly some common applications that may use both).

### 3.2.4 Dual-chip cards

It is also possible to design cards with two chips: one attached to the contact plate and the other to the contactless antenna. This provides a secure method for ensuring the separation and security of the two applications, but it prevents the two applications from collaborating. Such cards may be thought of as multi-application from a marketing point of view, but from a technical perspective they are effectively two cards.

## 3.3 Readers and terminals

A smart card must be inserted into a reader or terminal to operate; the functionality always comes from the combination of card and reader. In just the same way as described for cards, readers may be 'multi-functional' in several different ways; it is relatively easy for a terminal to carry several programs that can be selected according to the card that is inserted, the context of a transaction, or even from a keyboard or operator command.

Chip-card readers are more accurately known as card-accepting devices (CADs), since they can write data to the card as well as read from it. They are also sometimes called read-write units (RWUs) or interface devices (IFDs).

Many readers are purchased as part of a terminal meeting one of the common application standards, such as EMV, GSM or Calypso. Terminals for multi-application card systems may need to meet more than one application standard, and this means either two or more sets of certification, or in some cases a tailor-made design that can meet both sets of requirements.




**Figure 3.4** Logical structure of chip-card terminal



**Figure 3.5** Insertion reader (© Magtek, Inc.)

### 3.3.1 Components

Smart-card terminals come in many shapes and sizes; in all cases, however, they will contain a card interface (either a contact set or an antenna) and some electronics to manage the power and communications. The software and logic for the application itself may be in the same or a separate physical unit as the reader.

Linking the two (see Figure 3.4) is the application selection logic, which plays a key rôle in any multi-application system, and which will be described in Chapters 8–11.

### 3.3.2 Contact sets and card transport

The core of a reader for a contact smart card is the set of between five and eight contacts that provide the electrical connection with the card. This may form part of an insertion reader (see Figure 3.5) or a motorised reader (see Figure 3.6).

Insertion readers are much cheaper; they have few moving parts and require little power. In many applications they are the obvious choice.

Where it is important for the application to control the card throughout the transaction (for example, where there may be a requirement to capture the card or the cardholder might be tempted to withdraw the card early) a motorised reader is preferred. Motorised readers are often preferred for unattended operation, because they offer more guidance to the user, and they can also incorporate a shutter covering the slot, which reduces the risk of vandalism. However, motorised readers are more expensive and have many more moving parts, so that it is much more costly to achieve high reliability.

Case 5:26-cv-07551-NW Document 77-14 Filed 05/13/26 Page 13 of 37 PageID #: 6151





**Figure 3.6** Motorised reader (© Magtek, Inc.)

### 3.3.3 Terminals

Most smart-card readers are bought as part of a larger terminal unit. The requirements for terminals vary greatly according to the sector and are discussed in more detail in Chapter 7.

## 3.4 Standards

Standards are very important to the smart-card industry, and as we will refer to them frequently throughout this book, here is an introduction to some of the most commonly used standards. A more complete list of standards is given in Appendix C.

### 3.4.1 Physical and magnetic stripe

Most identification cards follow the **ISO/IEC 7810** standard – the shape and size of card we are all familiar with. Cards with a magnetic stripe (usually known as magstripe cards) also follow **ISO/IEC 7811**, which defines the location of the magnetic stripe and

the way data are encoded onto it, in three tracks. Nowadays, most large-scale magstripe projects use high coercivity stripes (ISO/IEC 7811-6), which are more reliable than the older low coercivity stripes because they cannot be affected by common permanent magnets and stray fields.

The numbering system for card issuers is also defined in ISO standard **7812**, while **ISO/IEC 7813** defines a financial transaction card (bank card).

### 3.4.2 Smart cards

This tidy, single hierarchy becomes much more complicated when we move to smart cards. Again, there is a family of ISO standards: **ISO/IEC 7816**, which covers normal, contact-based cards. However this runs to 15 parts: perhaps the most important are **Parts 1 and 2**, which cover the contact plate layout and usage; **Part 3**, which defines the electrical and protocol interfaces and how they may be selected; and **Part 4**, which defines how an application may be selected. Part 4 is particularly important for some aspects of multi-application usage, and so is covered in more detail in Chapter 8. Several other parts seek to standardise data formats, commands and other functions; inevitably some will fall by the wayside but others may become increasingly important, particularly for inter-industry use where ISO standards are the one universally accepted source.

However, alongside ISO 7816 there are also several standards for contactless cards:

- **ISO 10536** is a standard for close-coupled contactless cards (up to 10 cm), and is not widely used.
- **ISO 14443** (proximity cards) covers the two most common contactless card types used today (known as type A and type B). Several other proprietary standards were proposed for inclusion in this ISO standard but were not accepted.
- **ISO 15693** defines a longer-range card, known as a vicinity card.
- **ISO 18092**, published in 2004, defines the 'near-field communications' (NFC) interface for communications between devices such as mobile phones and terminals; it leans heavily on ISO 14443A and Sony's FeliCa™, another proprietary system for contactless cards, which is widely used in the transport industry in Asia. The specific advantage of NFC is that by using the short-range (non-propagating) characteristics of the antenna, it not only gives very predictable performance with a low power requirement, but also ensures that devices can only communicate when in very close proximity.

This is still a developing field and it is quite likely that there will be further progress (such as higher bandwidths and greater security) over the coming years.

### 3.4.3 Application standards

All of these smart-card standards define the lower (electrical and data-link) levels of the card-to-terminal interface. Above these levels, international standardisation has

been much weaker, and inter-sector co-ordination almost non-existent. Each of the main application sectors has developed its own standards, for example:

- **EMV**: Between 1993 and 1996 the major credit-card schemes (Europay, Mastercard and Visa) developed a further set of specifications based on ISO 7816, but covering the core functions of a bank card in much more detail;
- **ETSI**: The European Telecommunications Standards Institute has been responsible for a set of standards that cover smart cards for use in public and cellular telephone systems, in particular GSM, 3GPP and its smart-card platform, all of which are covered in Chapter 14;
- **ITSO** and **Calypso**: The public-transport sector, particularly in Europe, has sought to achieve interoperability between ticketing systems and modes of transport by developing specifications for a smart-card-based ticket and payment structure;
- **IATA**: The airline industry association has developed a specification for an electronic ticket.

Each of these standards will be described in the relevant chapter within Part III. However, even this short list gives a hint of the challenges that may be faced by any operator or developer of a card system that seeks to include more than one sector in its scope.

### 3.4.4 Testing standards

Also important are the standards for card reliability and for testing cards. These include ISO 10373 at the physical, electrical and radio-frequency levels, but each sector also has testing processes relevant to its own application standards.

## 3.5 Smart-card manufacture and supply

The smart-card industry comprises a long and complex supply and value chain – see Figure 3.7.

On the card's side, we start with semiconductor manufacturers. These are nearly all very large companies with a wide range of products; a very large scale of investment (several billions of dollars) is required both for setting up the manufacturing facilities and for designing the products. Smart-card chips, therefore, compete for manufacturing facilities with other products, such as dynamic memory (DRAM), graphics processors and PC chips, which can earn much higher margins for the manufacturer. Smart-card chips cover a wide range from the lowest-end memory chips, costing a few cents, to relatively high-value crypto-processors, which the manufacturer sells for up to $10.

As in other parts of the semiconductor business, some new 'fabless' manufacturers are now specialising in design, and have their products made by others.

Most smart-card chips are sold to card manufacturers, some of whom evolved from magnetic stripe card manufacturing and encoding. Their speciality is in handling




**Figure 3.7** Smart-card supply chain

the plastic and the process of embedding the chips; the range of processes and materials used is surprisingly wide and is discussed in more detail in references [1], [2] and [3]. The security of manufacturing plants is very important, and those that want to supply government or financial cards must undergo regular inspections and certification.

Most smart-card manufacturers today were either set up as, or have evolved into, integrated operations that include not only the embedding but also the development of smart-card operating systems and on-card applications. This allows an integrated view of security, and also enables them to specify products to the chip manufacturers in more detail.

All card manufacturers also undertake card personalisation: the process of storing data on the card. This is often done in two phases: storing the programs and standard data for the card issuer, and adding the data that are specific to the card-holder. In addition to the card manufacturers, there are several specialised bureaux and service companies that offer personalisation and key management only, often in conjunction with other card management services.

Cards are then delivered to the scheme operator or despatched directly to the card-holder.

The supply chain on the terminal side is shorter, although there is growing specialisation among terminal application developers, many of whom will seek to develop applications that can be deployed on several different terminal platforms. This is often more efficient, but it can conflict with the need for integrated security, and independent software companies are often hampered by a lack of development tools designed for external use.

In most industries, there is a single scheme operator, who is responsible for the relationship with all customers, for card issuing and for handling transactions. In the financial industry, described in Chapter 15, these rôles are divided between a card issuer, a merchant acquirer and a card scheme. In all industries, though, it is common for activities such as network management or card distribution to be subcontracted to specialist organisations.

We will see in Chapter 12 that with the growth of multi-application smart cards, card management is becoming a more complex and important part of the value chain. Suppliers and operators of card management systems will play an increasingly important rôle in the years to come.

## 3.6 References

[1] Hendry, M. *Smart Card Security and Applications*. 2nd edn, Artech House 2001
[2] Zoreda, J. L. and Otón, J. M. *Smart Cards*. Artech House 1994
[3] Haghiri, Y. and Tarantino, T. *Smart Card Manufacturing: a Practical Guide*. Wiley & Sons 2002

# 14 Telecommunications

## 14.1 Telephone cards

The very first smart cards were issued in the mid 1980s as disposable prepaid cards for public telephones. They replaced magnetic stripe, optical or inductive cards with a technology that was generally more reliable; over 95% of all telephone cards for automatic use now employ smart card technology. The competition is not from other card-based systems but from centralised systems where the account is held on a host system rather than on the card itself (even if a card is used to deliver the account number to the user).

The business requirement for a public telephone operator is to eliminate the collection of cash in telephones using a reliable system with a minimum of moving parts. Coin-operated telephones are expensive to build, since they must be very robust; they are expensive to operate (the cash must be collected regularly) and to maintain (coin mechanisms frequently become jammed or are vandalised).

Smart cards can be sold by retailers like any other goods and so can be made very widely available. The 'float' of value sold but not yet used is available to the operator and can earn interest (although it does still represent a liability in accounting terms). Smart cards, therefore, offer a very convenient and portable way to sell value; however they also have some disadvantages:

- The cards themselves must be manufactured and distributed; card cost may be as low as 8–10 cents[1] but as a proportion of the smallest denomination value (which may be $2 or even less) this is still substantial. In addition, the distributors and retailers need to make a margin, which may be 5–15% of the card value;
- The cards represent cash value, even when they are sitting on a retailer's shelf; there is, therefore, a cost for stocking the cards, and a significant risk of cards being lost or stolen in the distribution chain;
- Most telephone cards are disposable, to avoid the need to build a network of loading terminals and the risk of unauthorised reloading; however not only does this mean that the card has a relatively short life, it also gives the operator very little information about its customer.

Many operators are, therefore, moving towards the 'calling-card' model, in which the account is held on a host system and may be topped up by the user, using Interactive

[1] 'Cents' are used to represent either dollar or euro cents where the values are approximate.

Voice Response (IVR) or a similar system. In this case, the card itself need carry no value and, indeed, a paper 'scratch card' can be used. Although this is arguably less convenient for the customer, it can be quite versatile and the value can be used in different ways; in particular it allows 'virtual networks' where the network operator does not own the telephone or other infrastructure.

The first generation of telephone cards used memory cards with an issuer authentication area, logic to prevent the value on the card from being increased, and a relatively small maximum count (100–200 bits). Subsequent generations have increased the maximum count (up to several thousand bits, allowing other services as well as better granularity), greatly improved the card authentication mechanisms that protect against counterfeiting and emulation, and added a user memory area, allowing storage of numbers called.

Most operators now use one of two authentication schemes, known as Eurochip and T2G. Earlier versions of both schemes have been hacked, but in their current form (Eurochip III and T2G+) they provide an adequate level of security for this application. In principle, operators using these schemes can share cards: telephones and other services can use a Security Application Module (SAM) to store the keys for each issuer whose cards they wish to accept, and this allows them to authenticate these cards. In practice, this facility is little used: it is easier for an operator to require customers to buy its own card than to accept other operators' cards under a revenue-sharing agreement, and customers seem to accept this.

### 14.1.1 Other payment cards used in public telephones

If a public telephone can accept a smart card, it could, in principle, accept other payment cards as well as prepaid cards. In practice, an operator wanting to accept bank-card payment transactions faces several obstacles: the telephones must be certified by the bank and card scheme, rules must be developed for managing liability for fraudulent transactions, and a protocol must handle the cases where the card is removed before the call or payment transaction is complete.

These obstacles were overcome by the French national payment card CB, working with France Télécom, and by the Belgian electronic purse scheme Proton. But few other payment card schemes, and no international cards, have crossed this bridge successfully. It would certainly be easier to use a multi-application card carrying both a bank payment application and a telco prepaid or account-based application.

## 14.2 Mobile telephony

### 14.2.1 Subscriber identity modules (SIMs)

Cellular telephony, which was introduced to most European countries in the early 1980s, expanded very rapidly in the late 1990s and early 2000s; at the end of 2006 the

number of mobile subscribers was over 2.2 billion, of which almost 1.8 billion[2] used a GSM (Global System for Mobile Telephony) service and nearly all the rest used one of the CDMA (code division multiple access) standards, as used in the United States, Japan and Korea. The GSM standards were originally developed by an industry group, but are now owned and maintained by the European Telecommunications Standards Institute (ETSI).

All GSM telephones use a subscriber identity module (SIM), which is a smart card in the ID-000 format described in Chapter 3. The SIM is located inside the telephone and its rôle is to act as the agent of the network operator. Whether the telephone is bought from the operator or directly from a retailer, and whether the user has a contract with the operator or operates on a prepaid basis, the SIM authenticates the telephone to the network. The key business requirement for the operator (who owns the SIM and controls it at all times when the telephone is switched on) is to provide this authentication and to secure the network against intruders and eavesdropping (earlier analogue networks – the 'first generation' – were prone to both).

The operator's network authentication centre (AuC) uses its secret key and its own version of a set of algorithms, known as A3, A8 or A3/8, to set up a number of 'triplets' including a random number, an encrypted version of that number, and a key $K_c$ that will be used for encrypting communications. The SIM card contains the same secret key and algorithm, and so can generate the cryptogram and $K_c$ when fed the same random number. These triplets are distributed to 'location registers' belonging either to the 'home' network or a 'visiting' network to which mobiles may roam – see Figure 14.1.

Each time a mobile attempts to set up a call by communicating with a base station, the base station sends it a random number from this pre-stored list. The SIM encrypts this number and the phone returns the encrypted value to the base station, which compares it with the stored cryptogram and, if the two match, allows communication using a further, shift-register-based algorithm known as A5 and the key $K_c$. The A5 algorithm is now considered a somewhat weak link but the security is adequate for most voice and broadcast services.

However, the SIM also provides the operator with its only real opportunities for differentiation and additional services: the SIM contains the parameters that control the subscriber's use of the network, including any 'roaming' rights (the ability to use a different network), so that the 'away' network does not have to contact the 'home' network for these details. And it may be used by the subscriber to store telephone numbers and other data.

The first SIMs were invariably associated with 'post-paid' accounts (the subscriber paid on receipt of a monthly bill) and this limited the market to those with an established credit rating. The mobile telephony market took off when the prepaid business model was introduced; however the account was still held on the host system and the functions of the SIM were unchanged in this business model. Some operators (for example in China) have now moved to a variation on this model, where the SIM itself is associated with an account but represents a fixed value and is disposable when

[2] Source: Global Mobile Suppliers Association.

Case 5:26-cv-07551-NW Document 77-14 Filed 05/13/26 Page 21 of 37 PageID #: 6159






**Figure 14.1** GSM authentication

it runs out. This avoids the need to run a top-up network but increases the cost and risk of SIM distribution.

The SIM forms a link between the operator and its customer; as such it offers significant opportunities to build on the customer relationship. However, these opportunities are constrained in many countries by data protection and competition regulations, so that it is very difficult for an operator to build a generic model that can be used in many countries. Operators in some Asian countries, where data protection regulation is weaker, have been able to store more data on the SIM and to use it in more innovative (and sometimes intrusive) ways, by sending unsolicited messages and even downloading new features to the phone.

### 14.2.2 SIM toolkit

In 1999, ETSI introduced a further facility called the SIM toolkit (STK). This provides a standard interface to the telephone's display, keypad and communications functions from applications running in the SIM. Data and applications can also be downloaded to the SIM; these are then selected by the user or activated by a command sent over the air, thus adding features to the telephone. The SIM toolkit has been used for

presenting a menu of information services (such as traffic news), for location-based services (finding a petrol station or coffee shop in the vicinity), and for ordering goods; it is a versatile tool that considerably extends the scope of a standard 2G telephony service.

### 14.2.3 3G

The third generation (3G) of mobile telephones offers more data-focused and multimedia-focused services, together with higher data-rates and more flexible security mechanisms [1]. The competing technology camps have converged partially (though still not completely) so that handsets will be able to roam between all 3G operators, and although the use of a smart-card USIM (universal subscriber identity module) is not mandated, most if not all handsets will, in fact, offer one.

The USIM provides much of the flexibility in a 3G telephone: it enables roaming between 2G and 3G networks, provides the ability for a telephone to act like any other device on an IP-enabled (internet protocol) network, and plays a major part in the security access and authentication mechanisms that underpin the multimedia functions of 3G, as well as enabling functions such as virus protection, user profiles and downloading control. Its rôle as a service differentiator is, thus, even stronger than that of the SIM card.

It also updates the security scheme used by GSM: the ‘triplets’ issued by the AuC become quintets, with a network signature and sequence number, and stronger algorithms are used throughout.

### 14.2.4 Application and parameter updating

Both SIMs and USIMs are becoming larger; whereas in 1996 most SIMs were 8 kB or smaller, memory sizes for USIMs start at 64 or 128 kB, and continue to grow. A high proportion of modern SIMs are built on JavaCard platforms (although we must not forget that there is still a substantial market – particularly in China – for very small, simple SIM cards that are often disposable).

The larger SIMs are not only able to store additional applications (using SIM toolkit and similar techniques) but also allow completely new applications to be downloaded over the air, at any time when the phone is switched on. This gives the mobile operator an unprecedented level of control over the SIM, and hence over the behaviour of the telephone and the service offered to the customer.

The most advanced operators are now looking seriously at SIMs with capacities from 4 MB to 1 GB, and capable of supporting communications speeds up to 2 Mbps; we saw in Chapter 6 that these sizes and speeds are feasible with new memory types and construction methods. These devices can be used for storing substantial video sequences as well as card applications. A SIM-based web browser is likely to be a standard feature of these devices; the SIM will cache pages and predict loading sequences in order to improve performance.

### 14.2.5 Near Field Communication

In Chapter 3, I described the Near Field Communication (ISO 18092) standard for short-range contactless devices, which only works at very close range. This offers significant advantages for many transaction-based applications: transactions can only take place with the knowledge of the user and there is much less need for contention management or protocol negotiation than with, for example, Bluetooth. NFC has attracted considerable interest in the mobile telephone world because it offers the possibility of using the handset as a general-purpose terminal or intermediary device in many applications. Antennae and chips for NFC are usually fitted on the battery cover or case of the mobile phone – see Figure 14.2 – but it is technically possible to integrate them into the phone itself.

In 2005, Japanese mobile phone operator NTT DoCoMo and the East Japan Railway Company (JR East) started a large-scale trial that allowed their mutual customers to use their telephone handsets to reserve and buy tickets, to pass through turnstiles and to pay for goods in outlets that already accept JR East's Suica card. The handsets are fitted with an antenna and chip using FeliCa™ technology, and the chip can also be accessed (using a contact interface) by the telephone. So for contactless payment the phone works like a contactless card, but for those transactions requiring the use of a keypad, display or communication with a host system the second interface comes into play.




**Figure 14.2** Mobile phone with NFC antenna (courtesy of Nokia)

Other applications envisaged for NFC include:

- Quick access to functions such as favourite URLs, message sending or even making calls;
- Open (contactless) payment, not only for transportation but for any goods, using a credit or debit-card function on the phone's smart-card chip;
- Card-holder authentication using PIN entry or other functions on the telephone;
- 'Active advertisements' that allow NFC-enabled devices to download further details of products, or even to buy them.

In all cases, the attraction for the mobile phone operator is the rôle played by the telephone in each of these transactions; it makes the phone a near-indispensible tool rather than an optional accessory and allows the operator to add value to the transactions. It may also open up the possibility of charging the transport operator, bank or advertising company a licence fee or transaction charge.

In some of these applications the mobile phone is a 'pivot' technology that forms the link between different technologies and networks, communicating in NFC mode with a card reader (and hence with another card) and in GSM/3G mode with a host system. A phone in a small retail outlet can be an acceptance terminal for customers and a payment instrument for the shopkeeper.

But operators must also be aware of the risk that such developments, although considered 'cool' and appealing by several user sectors, may not necessarily bring extra revenue and may in some cases distract from the business of driving transactions and traffic that will actually add value to the network.

### 14.2.6 Average revenue per user – the drive to add value

The economics of operating a telephone network are driven by the huge scale of investment required to set up the infrastructure and to recruit customers, the long timescales involved and the intense competition between a small number of players in each highly regulated market.

Internet-protocol telephony, internal networks and direct price competition are undermining voice telephony as a source of revenue. Customers are less and less likely to stay with a single network for long periods, and the cost of setting up a new customer (including, in many cases, a subsidised handset) can easily eat up the first six months' revenue. Customers who use prepayment rather than a contract have lower setup costs, but the cost of collecting revenue is higher. In many Western countries, there are more telephone connections than people, and so a network can only gain new customers by wooing them from other networks.

In both fixed and mobile telephony, voice calls are becoming a commodity: each operator can offer equivalent quality and the only way they can compete is on price. The average revenue per user (ARPU) falls continuously for any given service. It is, therefore, imperative for operators to find additional, chargeable services where the value to the customer is high in relation to the cost of provision, and which have some 'stickiness' or entry barriers so that customers cannot move to another network as easily as for voice calls.

Adding value at a network host (for example, by storing payment card and transaction details) is one way to do this; handset features such as NFC may offer another. However, each of these only works if the operator has some unique features that cannot be copied by competing networks. An exclusive partnership with a local monopoly or dominant provider is, therefore, often a characteristic of such deals.

### 14.2.7 Network–manufacturer relationships

Those unfamiliar with the mobile phone market must also be aware of an important strategic driver in this market: the battle between handset manufacturers and network operators for 'ownership' of the customer – or more accurately for primacy in the customer's mind.

Handsets are, in most cases, more differentiated than networks: people are likely to select handsets that fit their self-images and budgets, while most networks offer more or less equivalent facilities and functions. Handset manufacturers can offer software and other services that help to bind the customer to their products.

Networks do also have several cards to play. Through the SIM or USIM they can provide functions on the phone tailored to the user's needs, and because they are in constant touch with the user, they can be more aware of changes in the use of the phone or other customer requirements.

It would be destructive to the industry for either side to win this battle completely, and a balance is emerging in which network operators are specifying more features directly to the phone manufacturers. Independent software houses are creating software for network operators that can be loaded onto any manufacturer's phone.

Service providers and card issuers from other industries who wish to work with the mobile phone sector must remain aware of this balance and not, for example, work exclusively with a single phone manufacturer to develop a product that must be sold to network operators.

## 14.3 Mobile payment

One of the challenges for an operator seeking to increase ARPU is how to be paid for any extra services, without incurring high risks. If the extra service is a ring tone, weather forecast or other high-margin, low-cost service, then the best route is likely to be by charging to the customer's bill or deduction from a prepaid value.

As the value of the goods ordered rises, and delivery is less directly in the control of the operator, for example, a book or bunch of flowers, it may be more appropriate to offer an account that can be repaid or guaranteed using a bank direct debit or credit or debit card. For an air fare or higher-risk item, an actual credit-card transaction is probably the only satisfactory route. Network operators are very skilled at managing risk in their own environments; their back-end systems include complex and effective revenue management systems. But for the wider field of payments only banks and specialised payment service providers have the history and skills to manage their exposure satisfactorily.

So there is a need for services that bridge the gap between mobile telephony and bank payment services. There have been several initiatives aimed at solving this problem, most notably the Simpay consortium set up by the major European operators Orange, Telefónica Móviles, T-Mobile and Vodafone. However Simpay, like most of its predecessors, foundered after a key player withdrew. A more successful business model is that of NTT DoCoMo's iMode service, which does not attempt to link with external payment services but channels all payments through the phone's billing channel.

In the early 2000s, several operators supported the development of dual-slot mobile telephones, with one slot for the SIM and the other for a bank card, employer's card or other token. As customers moved towards smaller handsets, this became a less attractive proposition, and the emphasis has moved back towards making more intelligent use of the SIM card itself. NFC has now put the last nail in the coffin of the two-slot phone; it now seems much more likely that a phone would use contactless communications with any external card.

One of the very few services that actually places debit-card or credit-card functionality on a SIM card is SK Telecom's Moneta service (see Case study C).

## Case study C – SK Telecom's Moneta service

**Organisation**

SK Telecom (SKT) is the largest mobile telephony operator in Korea, with over 16 million users and a market share of 53%. Its mobile payment efforts started in 1996; in 2002 it established the m-Finance Division and set up a co-operative structure with Visa International to develop standards for mobile payments.

**Business requirements**

SKT was facing slowing growth in its voice services and wanted to address this using a new business model that merges telecommunications and financial services [1,2].

As well as providing mobile payment, SKT believes that Moneta can be a new customer relationship management tool, enabling tailored communications and services to customers based on standing (customer) data, preferences (drawn from the transaction history) and location-based information.

**Solution**

The Moneta system comprises three components:

- A Moneta phone;
- A special SIM containing personal and financial information; and
- A 'dongle' or infrared receiver that receives messages using the Visa IrFM (infrared financial messaging) standard.

A customer making a purchase in a shop presses the telephone's Moneta key, enters a PIN and points the phone at the dongle; the credit-card data are transferred via

IrFM to the retailer's payment terminal. For offline (e.g., internet) purchases, the retailer sends an SMS message to the mobile; the card-holder enters his or her PIN and the data are passed by GSM to the retailer's host.

Initially the service used a separate card with the financial and personal information but this limited the number of phones that could be used and so was less attractive to customers. The Moneta SIM solution is more attractive but does mean that each SIM is associated with one bank.

**Problems encountered**

SK Telecom had to overcome many obstacles to launch this seemingly simple service:

- Convincing regulatory bodies: in addition to approval from the telecommunications authorities, SKT had to obtain security approval from the Ministry of Finance. The Ministry was concerned about the security of the wireless communication, the rôle of a telecoms company in providing a financial service, etc., and even after the security was demonstrated there was still a substantial delay in gaining approval. Ultimately, SKT requested new laws to handle this emerging service, and the government tabled a new Mobile-Financial Regulations Act to address this issue.
- Co-operation with financial institutions: at the time Moneta was launched, many banks were still backing two-chip solutions. SK Telecom also had to negotiate a share of the acquiring commission on transactions; as a result of these two factors the partners at the launch were two smaller card issuers rather than the largest players. To make the service more attractive to card issuers, SKT has now separated the ownership of the SIM from its maintenance, using security 'domains' on the card; card issuers can, therefore, own the SIMs while SKT maintains them.
- Technology standards: while SKT adopted the IrFM 0.56 standard, rival mobile operator KTF (a division of Korea Telecom) lobbied for government adoption of IrFM 1.0 as a standard. SK Telecom successfully argued that this was not an area for government standardisation.
- Penetration of dongles and Moneta phones: in order for this service to be attractive to merchants and users, there must be a critical mass of both. SK Telecom has decided that all new phones will include the necessary technology, and it is pushing for major retailers to install the dongles.
- Customer acceptance: many customers expressed security concerns, but these have reduced as the service has become more widespread, and in particular as the two competing mobile phone operators have launched their own services (incompatible with Moneta).

**Outcome**

After a slow start, SKT is seeing some expansion of Moneta usage, with over 1 million users and 500 000 terminals. It has extended the services covered by Moneta to cover travel passes, mobile stock exchange and mobile banking.

**References**

[1] Lee, H. G. *et al.* MONETA services of SK Telecom: lessons from business convergence, experiences for ubiquitous computing services. *Proceedings of the Second IEEE Workshop on Software Technologies for Future Embedded and Ubiquitous Systems* 2004

[2] Shin, B. and Lee, H. G. Ubiquitous computing-driven business models: a case of SK Telecom's financial service. *Electronic Markets*, 15 (1), 4–12, 2005

## 14.4 Satellite and cable television

Digital satellite and cable television using the digital video broadcast (DVB) standards [2] includes the ability for operators to encrypt channels using a conditional access (CA) system. There are several proprietary implementations of CA, all of which use a chip card to store keys that can be updated or cancelled over the air; the keys are used to decrypt the channels in real time for viewing. The CA card must remain in the slot all the time to allow updates to reach the card.

However, the DVB standard also specifies that set-top boxes should carry a second smart-card slot; although technically 'undefined', this was always envisaged as carrying a payment card or similar card that could be removed for security purposes – see Figure 14.3. This facility has been little-used, although for motives similar to those of the mobile operators, television network operators have become increasingly keen to deliver profitable added-value services in addition to entertainment and information. In some cases this has involved working with a bank to provide a payment service linked to a debit or credit-card account, as described in the case study below.




**Figure 14.3** DVB receiver with two smart-card slots (courtesy of Pace Micro, Ltd)

## Case study D – SkyCard

by Dave Taylor, Barclaycard Technology Office

**Organisation**

In 2002, British Sky Broadcasting sought a partner to issue a Sky-branded credit card. In addition to normal 'chip-and-PIN' credit-card functions, Sky wanted the partner to provide a mould-breaking, industry-leading, interactive credit card, with a market leading loyalty offering.

Barclaycard was selected as the provider and the two companies set up a partnership to issue and operate the card on a profit- and cost-sharing basis.

**Business requirements**

Sky's objectives were to increase the attractiveness of its service and its average revenue per user (ARPU), by providing over-the-air (OTA) functions including loyalty-point gathering and redemption, the ability for customers to view their card account histories and manage their accounts, and the flexibility to add services, channels and content providers to the card.

Barclaycard was keen to promote its existing EMV-based chip-and-PIN credit-card product and services as far as possible; it wanted a product that would extend its capabilities but that did not require large investment in new IT security structures and there should not be a requirement for data synchronisation or key management structures spanning the two organisations.

**Solution**

*Constraints*

All BSkyB set-top boxes have a second chip-card slot (the first is for the conditional-access subscription card): this had not previously been used to support payment cards (indeed, it had rarely been used for any purposes). Since this slot did not meet the EMV low-level electrical and protocol specifications, changes were required both to the card's chip and to the set-top box firmware to allow the card to be used in this slot.

Several enhancements also had to be made to the browser in the set-top box to support the second slot and the security model adopted for the service. There were also memory and performance constraints, with over 100 different variants of set-top box in the field.

This project was not happening in isolation, and during its development many changes were made to the electronic programme guide (EPG) in the set-top box, the WAPTV browser and the host systems in both organisations.

*Technology*

The design (see Figure D.1) required three applications on the card:

- A standard EMV application for credit-card use;
- A reduced EMV application to provide card-holder authentication for use with the set-top box and OTA applications;
- A 'data-object application' that provided a scratchpad memory that could be used by Sky and its content providers, and by the customer, with a wide range of access permissions appropriate to each class of data.

The card selected uses a native operating system and 4 kB of dynamic memory. Because the data-object application performs very little processing, it was found to be quicker and more flexible to use the native card functions than to use Java or another high-level language.

Architecturally and operationally, the key-management system was designed to ensure an unambiguous partitioning of security responsibilities for both organisations. Keys and their functions are controlled using an agreed set of key life-cycle policies.

Software (plug-ins) was developed to allow communication to the second card slot. The plug-ins were designed to expose an abstract layer to the chip card through the WAPTV browser, allowing content providers to develop chip-based applications more easily. Certain security functions, such as calls to the PIN functions, are restricted and controlled. The design, development and testing of the plug-ins were a considerable and complex part of the project.

All data from the STB to the Barclaycard system are encrypted end to end. This required a specific cryptographic component to be developed on the Barclaycard host system using PKI to deliver the required security – where signed public keys are sent through the broadcast stream.

*Implementation*

Following agreement of the contract, the service was launched in April 2005.

Testing was a lengthy process, not only because of the large number of set-top box variants, but also because the service had to be compliant with the open-access requirements of Sky's regulator, Ofcom, and be certified by Sky Subscribers Service, Ltd (SSSL). This involved a significant amount of resources to test and re-test the application plus ensuring that test slots booked were able to be met by the development teams.

Card production was kept as simple as possible by modelling the data required to be written onto the chip to be managed by the Barclaycard host system, rather than having to synchronise data from both organisations.

The chip had to go through additional rigorous security certification above and beyond EMV. Barclaycard was able to draw on the assistance and expertise of MasterCard's security employees and processes.




**Figure D.1** SkyCard system diagram

**Outcome**

At June 2006, there are nearly 300 000 SkyCard customers.

The project has been seen as successful not only because it has exceeded its targets, with very few technical or customer service problems, but also as a demonstration for both companies of the ways that card or set-top functionality can be extended. Developing the business and IT requirements in parallel and having a single integrated cross-organisational programme ensured that the system, once designed, could be delivered, while the structure of the partnership meant that the objectives of both businesses were aligned. The SkyCard has won several industry awards for technology and innovation.

## 14.5 Internet services

Although we will see in several succeeding chapters examples of smart cards being used for logical access control, payment and user authentication, there are few examples of cards being used on a large scale for facilitating internet access.

This is perhaps surprising: even moderate business internet users quickly accumulate dozens of favourite sites, accounts and passwords, and spend considerable amounts of time re-keying frequently used data. Smart cards provide a secure way to store URLs, passwords and commonly used data, most of which are otherwise written down or stored in an insecure location. Access to the data on the card may be through a biometric or single password, which the user is forced to change regularly.

There are smart-card products available commercially to address this, and several banks now offer software or card-based solutions in order to protect their internet banking customers. But internet service providers do not seem to offer this service, and only relatively high-end business security packages offer smart-card-based single sign-on. This is a relatively straightforward piece of technology to deploy, and the reason for its scarceness is probably that no organisation wants to take on the possible support costs, or the liability if someone deploys it badly.

## 14.6 The future of multi-application cards in telecommunications

The telecommunications sector has been the engine driving the growth of the smart-card industry and has been responsible for much of the technological innovation in the field, particularly when it comes to downloading applications and managing cards in the field – key functions for multi-application use.

The card's ability to help identify and authenticate remote users puts it at the core of many services. Increasingly, however, the additional functions performed by the smart card, whether in a mobile phone, satellite receiver or internet service, are unrelated to the telecommunications service itself, but are driven by content providers or other partners who make use of the network to deliver services to customers. This suggests that telecoms companies may increasingly play the rôle of infrastructure providers rather than themselves managing additional dimensions to their customer relationships or benefiting directly from the added-value services offered by the card. This may fall to the other sectors, which I will discuss in the following few chapters.

## 14.7 References

[1] Hillebrand, W. (ed.) *GSM and UMTS: the Creation of Global Mobile Communications.* Wiley 2002

[2] www.dvb.org

## Appendix A

# Glossary

| | |
|---|---|
| AID | Application identifier: the registered name used for application selection. |
| Anti-collision | A protocol that allows a contactless reader to identify and transact correctly with each of several cards in the reader's field at once. |
| APDU | Application protocol data unit: the structure used for commands and responses exchanged between terminal and card under ISO 7816-4. |
| API | Application programming interface: a specification that sufficiently defines an interface (to a device, for example) for a programmer to develop code that will drive the device, without needing access to the device. |
| Application | In the smart-card world, the word 'application' is often used for the program on the card or terminal that performs a function or provides a service; in the case of a card, the application may be burnt into ROM (the 'hard mask' of the card) or stored in $E^2$PROM or other rewriteable memory. |
| ATM | In banking, an automated teller machine or cash machine. |
| ATR | Answer to reset: the data sent by a card in response to a reset signal. |
| bps | Bits per second. |
| CA | Certification authority: the system or organisation that electronically signs a package of data using a private key, to generate a certificate; see also RA. In satellite and cable television, conditional access: system to prevent unauthorised viewing of transmissions. |
| Calypso | European standard for interoperable transport ticketing. |
| CAP | In JavaCard, the converted applet file or cardlet package contains the classes in the format required for loading to the card. |

| | |
|---|---|
| | MasterCard also uses this acronym for its card-holder authentication program, used for authenticating customers using e-banking or e-commerce. |
| CDMA | Code division multiple access: a range of techniques for sharing bandwidth between several data streams, used in both second and third generation mobile telephony. |
| Cloning | Making an identical copy of a card; in practice this term is often used if the copy appears identical to the original to the outside world, perhaps only under some circumstances (such as offline transactions). |
| Digest | A digest includes the most important elements of a message (or other data) such as the message number, date and time, and main data fields; it is often *hashed* (q.v.) and used to construct an *MAC* (q.v.). |
| Digital signature | Authentication of data by the originator using a private key. |
| DPA | Differential power analysis: a technique for deriving information about keys and other card data from analysis of the power input of a smart-card chip. |
| DRAM | Dynamic random access memory: memory that can be accessed directly but must be powered continuously to retain data. |
| EAL | One of the seven evaluation assurance levels specified in the Common Criteria for Information Security. |
| $E^2$PROM (or EEPROM) | Electrically erasable read-only memory. |
| EMV | The international standard for smart credit and debit cards, owned and managed by EMVCo. |
| ETSI | European Telecommunications Standards Institute. |
| FINREAD | Specification for a secure personal smart-card reader device with keypad and display, published by the European Standardisation Centre (CEN) as CEN Workshop Agreement (CWA) 14174. |
| GSM | Global System for Mobile Communication: international standard for 'second-generation' digital mobile telephony. |
| Hash | A hash is a one-way function that reduces a block of data (of any size) to a predetermined length; the original data cannot be reconstructed from the hash value. Hash functions are often used as part of a message authentication scheme. |
| IATA | International Air Transport Association. |

| | |
|---|---|
| IFD | Interface device: an alternative term for a smart-card reader. |
| IP | Internet protocol: the device addressing protocol used on the internet and many other networks. The IP version 4 was limited to 32 bits (usually expressed as four decimal numbers, e.g., 255.255.255.255), but version 6 extends this to 128 bits, as well as removing many other limitations of IP V4. |
| IPR | Intellectual property rights. |
| ITSEC | Information Technology Security Evaluation and Certification scheme: the European scheme for evaluating and certifying the security of IT products, now being superseded by Common Criteria for IT Security Evaluation (ISO 15408). |
| ITSO | Originally the Integrated Transport Smartcard Organisation, ITSO now prefers to be called by its initials as it is not restricted to transport or to smart cards. |
| kbps | Kilobits per second. |
| KMA | Key Management Authority: generates pairs of public key, manages master keys and signs certificates for an organisation or function. |
| MAC | Message authentication check: a field on the end of a message that proves that it came from the person or unit identified in the 'from' field and has not been altered. When public-key encryption is used to generate the MAC, the result is usually known as a digital signature. |
| MI | Management information. |
| NFC | Near field communication. |
| NIST | National Institute of Standards and Technology. |
| Not-on-us | See On-us. |
| OEM | Original equipment manufacturer: OEM equipment is produced by one company but repackaged and sold by a second; often it is designed to be incorporated into a larger integrated system. |
| On-us | A transaction where the originating bank is the same as the destination bank: the card-holder uses the same bank as the shop, or draws money from his or her own bank's ATM. |
| PCD | Proximity coupling device: the term used by ISO 14443 for a contactless card reader. |
| Personalisation | Loading the data and any software applications into the memory of a smart card – often the process is divided into two stages: programs are loaded first and then the user-specific details such as name, account number or a biometric are added. |

| | |
|---|---|
| PIN | Personal identification number: a password of, usually, between four and eight numeric digits. |
| PP | Protection profile: a set of security requirements selected for a particular application and to be met by any implementation. |
| PPS | Protocol and parameter selection: the protocol by which a card and terminal agree a communications protocol and speed. |
| RA | Registration authority: the system or organisation that warrants the correctness of the data contained in a certificate; see also CA. |
| RF | Radio frequency. |
| RFID | Radio frequency identification: any of the technologies that allow a tag or other object to transmit an identifier or similar data to a reader using RF transmission. This term covers communication over distances of a few mm to several metres; in the USA, it is often used to refer to any contactless smart-card technology. |
| RWU | Read–write unit: an alternative term for a smart-card reader. |
| SIM | Subscriber identity module: the card that maintains the secure user authentication and further user data in a GSM telephone; see also USIM. |
| TCSEC | Trusted Computer System Evaluation Criteria: the US equivalent of ITSEC (q.v.). |
| Tearing | Where the card is removed from the reader before the transaction is complete. |
| URL | Uniform resource locator: the name of a resource (most often a web page or device) on the internet. |
| USIM | Universal subscriber identity module: the card that maintains the secure user authentication and further user data in a 'third generation' (3G) telephone. |

Multi-application smart cards have yet to realise their enormous potential, partly because few people understand the technology, market, and behavioural issues involved. Here, Mike Hendry sets out to fill this gap with a comprehensive guide to the technology, business and implementation aspects of this pivotal technology.

Following a review of the state of the art in smart card technology, the book describes the business requirements of each smart-card-using sector, and the applications and support systems required to sustain multiple applications. Implementation aspects, including security, are treated in detail and numerous international case studies cover identity, telecoms, banking and transportation applications. Lessons are drawn from these projects to help deliver more successful ones in the future.

Invaluable for users and integrators specifying, evaluating and integrating multi-application systems, the book will also be useful to terminal, card and system designers, network, IT and security managers and software specialists.

**Mike Hendry** is a freelance consultant and industry expert on cards and payment systems. He has many years of international experience in industry, was the Technical and Operations Director of the UK Chip and PIN Programme, and is also the author of several books.

Designed by Sue Watson

CAMBRIDGE UNIVERSITY PRESS
www.cambridge.org

ISBN 978-0-521-87384-0

9 780521 873840