# EXHIBIT 15

# ETSI TS 131 102 V7.13.0 (2008-10)

*Technical Specification*

## Universal Mobile Telecommunications System (UMTS); Characteristics of the Universal Subscriber Identity Module (USIM) application (3GPP TS 31.102 version 7.13.0 Release 7)

Reference

RTS/TSGC-0631102v7d0

Keywords

UMTS

***ETSI***

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00 Fax: +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

***Important notice***

Individual copies of the present document can be downloaded from:
http://www.etsi.org

The present document may be made available in more than one electronic version or in print. In any case of existing or perceived difference in contents between such versions, the reference version is the Portable Document Format (PDF). In case of dispute, the reference shall be the printing on ETSI printers of the PDF version kept on a specific network drive within ETSI Secretariat.

Users of the present document should be aware that the document may be subject to revision or change of status. Information on the current status of this and other ETSI documents is available at
http://portal.etsi.org/tb/status/status.asp

If you find errors in the present document, please send your comment to one of the following services:
http://portal.etsi.org/chaircor/ETSI_support.asp

***Copyright Notification***

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 2008.
All rights reserved.

**DECT**™, **PLUGTESTS**™, **UMTS**™, **TIPHON**™, the TIPHON logo and the ETSI logo are Trade Marks of ETSI registered for the benefit of its Members.
**3GPP**™ is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners.

# Intellectual Property Rights

IPRs essential or potentially essential to the present document may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for **ETSI members and non-members**, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (http://webapp.etsi.org/IPR/home.asp).

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

# Foreword

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities, UMTS identities or GSM identities. These should be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between GSM, UMTS, 3GPP and ETSI identities can be found under http://webapp.etsi.org/key/queryform.asp.

# Contents

Intellectual Property Rights ....2

Foreword....2

Foreword....9

Introduction ....9

1 Scope ....10

2 References ....10

3 Definitions, symbols, abbreviations and coding conventions ....12
3.1 Definitions....12
3.2 Symbols....12
3.3 Abbreviations ....12
3.4 Coding Conventions....14

4 Contents of the Files....14
4.1 Contents of the EFs at the MF level ....14
4.2 Contents of files at the USIM ADF (Application DF) level....15
4.2.1 $EF_{LI}$ (Language Indication)....15
4.2.2 $EF_{IMSI}$ (IMSI) ....16
4.2.3 $EF_{Keys}$ (Ciphering and Integrity Keys) ....17
4.2.4 $EF_{KeysPS}$ (Ciphering and Integrity Keys for Packet Switched domain) ....17
4.2.5 $EF_{PLMNwAcT}$ (User controlled PLMN selector with Access Technology) ....18
4.2.6 $EF_{HPPLMN}$ (Higher Priority PLMN search period)....19
4.2.7 $EF_{ACMmax}$ (ACM maximum value)....20
4.2.8 $EF_{UST}$ (USIM Service Table) ....21
4.2.9 $EF_{ACM}$ (Accumulated Call Meter)....23
4.2.10 $EF_{GID1}$ (Group Identifier Level 1) ....23
4.2.11 $EF_{GID2}$ (Group Identifier Level 2) ....24
4.2.12 $EF_{SPN}$ (Service Provider Name) ....24
4.2.13 $EF_{PUCT}$ (Price per Unit and Currency Table)....25
4.2.14 $EF_{CBMI}$ (Cell Broadcast Message identifier selection) ....26
4.2.15 $EF_{ACC}$ (Access Control Class)....27
4.2.16 $EF_{FPLMN}$ (Forbidden PLMNs) ....27
4.2.17 $EF_{LOCI}$ (Location Information)....28
4.2.18 $EF_{AD}$ (Administrative Data)....29
4.2.19 Void ....30
4.2.20 $EF_{CBMID}$ (Cell Broadcast Message Identifier for Data Download)....30
4.2.21 $EF_{ECC}$ (Emergency Call Codes) ....31
4.2.22 $EF_{CBMIR}$ (Cell Broadcast Message Identifier Range selection) ....32
4.2.23 $EF_{PSLOCI}$ (Packet Switched location information) ....33
4.2.24 $EF_{FDN}$ (Fixed Dialling Numbers) ....34
4.2.25 $EF_{SMS}$ (Short messages) ....35
4.2.26 $EF_{MSISDN}$ (MSISDN) ....36
4.2.27 $EF_{SMSP}$ (Short message service parameters)....37
4.2.28 $EF_{SMSS}$ (SMS status) ....38
4.2.29 $EF_{SDN}$ (Service Dialling Numbers)....39
4.2.30 $EF_{EXT2}$ (Extension2)....40
4.2.31 $EF_{EXT3}$ (Extension3)....40
4.2.32 $EF_{SMSR}$ (Short message status reports)....40
4.2.33 $EF_{ICI}$ (Incoming Call Information)....41
4.2.34 $EF_{OCI}$ (Outgoing Call Information)....44
4.2.35 $EF_{ICT}$ (Incoming Call Timer) ....45
4.2.36 $EF_{OCT}$ (Outgoing Call Timer) ....46
4.2.37 $EF_{EXT5}$ (Extension5)....46
4.2.38 $EF_{CCP2}$ (Capability Configuration Parameters 2) ....47
4.2.39 $EF_{eMLPP}$ (enhanced Multi Level Precedence and Pre-emption)....47

4.2.40 $EF_{AAeM}$ (Automatic Answer for eMLPP Service) ... 48
4.2.41 Void ... 49
4.2.42 $EF_{Hiddenkey}$ (Key for hidden phone book entries) ... 49
4.2.43 Void ... 50
4.2.44 $EF_{BDN}$ (Barred Dialling Numbers) ... 50
4.2.45 $EF_{EXT4}$ (Extension4) ... 50
4.2.46 $EF_{CMI}$ (Comparison Method Information) ... 51
4.2.47 $EF_{EST}$ (Enabled Services Table) ... 51
4.2.48 $EF_{ACL}$ (Access Point Name Control List) ... 52
4.2.49 $EF_{DCK}$ (Depersonalisation Control Keys) ... 52
4.2.50 $EF_{CNL}$ (Co-operative Network List) ... 53
4.2.51 $EF_{START-HFN}$ (Initialisation values for Hyperframe number) ... 54
4.2.52 $EF_{THRESHOLD}$ (Maximum value of START) ... 55
4.2.53 $EF_{OPLMNwACT}$ (Operator controlled PLMN selector with Access Technology) ... 55
4.2.54 $EF_{HPLMNwAcT}$ (HPLMN selector with Access Technology) ... 56
4.2.55 $EF_{ARR}$ (Access Rule Reference) ... 56
4.2.56 Void ... 57
4.2.57 $EF_{NETPAR}$ (Network Parameters) ... 57
4.2.58 $EF_{PNN}$ (PLMN Network Name) ... 59
4.2.59 $EF_{OPL}$ (Operator PLMN List) ... 60
4.2.60 $EF_{MBDN}$ (Mailbox Dialling Numbers) ... 61
4.2.61 $EF_{EXT6}$ (Extension6) ... 62
4.2.62 $EF_{MBI}$ (Mailbox Identifier) ... 62
4.2.63 $EF_{MWIS}$ (Message Waiting Indication Status) ... 63
4.2.64 $EF_{CFIS}$ (Call Forwarding Indication Status) ... 64
4.2.65 $EF_{EXT7}$ (Extension7) ... 66
4.2.66 $EF_{SPDI}$ (Service Provider Display Information) ... 66
4.2.67 $EF_{MMSN}$ (MMS Notification) ... 67
4.2.68 $EF_{EXT8}$ (Extension 8) ... 68
4.2.69 $EF_{MMSICP}$ (MMS Issuer Connectivity Parameters) ... 69
4.2.70 $EF_{MMSUP}$ (MMS User Preferences) ... 71
4.2.71 $EF_{MMSUCP}$ (MMS User Connectivity Parameters) ... 72
4.2.72 $EF_{NIA}$ (Network's Indication of Alerting) ... 72
4.2.73 $EF_{VGCS}$ (Voice Group Call Service) ... 73
4.2.74 $EF_{VGCSS}$ (Voice Group Call Service Status) ... 75
4.2.75 $EF_{VBS}$ (Voice Broadcast Service) ... 75
4.2.76 $EF_{VBSS}$ (Voice Broadcast Service Status) ... 77
4.2.77 $EF_{VGCSCA}$ (Voice Group Call Service Ciphering Algorithm) ... 78
4.2.78 $EF_{VBSCA}$ (Voice Broadcast Service Ciphering Algorithm) ... 79
4.2.79 $EF_{GBABP}$ (GBA Bootstrapping parameters) ... 79
4.2.80 $EF_{MSK}$ (MBMS Service Keys List) ... 80
4.2.81 $EF_{MUK}$ (MBMS User Key) ... 81
4.2.82 Void ... 82
4.2.83 $EF_{GBANL}$ (GBA NAF List) ... 82
4.2.84 $EF_{EHPLMN}$ (Equivalent HPLMN) ... 83
4.2.85 $EF_{EHPLMNPI}$ (Equivalent HPLMN Presentation Indication) ... 83
4.2.86 $EF_{LRPLMNSI}$ (Last RPLMN Selection Indication) ... 84
4.2.87 $EF_{NAFKCA}$ (NAF Key Centre Address) ... 84
4.3 DFs at the USIM ADF (Application DF) Level ... 85
4.4 Contents of DFs at the USIM ADF (Application DF) level ... 85
4.4.1 Contents of files at the DF SoLSA level ... 85
4.4.1.1 $EF_{SAI}$ (SoLSA Access Indicator) ... 86
4.4.1.2 $EF_{SLL}$ (SoLSA LSA List) ... 86
4.4.1.3 LSA Descriptor files ... 89
4.4.2 Contents of files at the DF PHONEBOOK level ... 90
4.4.2.1 $EF_{PBR}$ (Phone Book Reference file) ... 90
4.4.2.2 $EF_{IAP}$ (Index Administration Phone book) ... 92
4.4.2.3 $EF_{ADN}$ (Abbreviated dialling numbers) ... 93
4.4.2.4 $EF_{EXT1}$ (Extension1) ... 96
4.4.2.5 $EF_{PBC}$ (Phone Book Control) ... 97
4.4.2.6 $EF_{GRP}$ (Grouping file) ... 98
4.4.2.7 $EF_{AAS}$ (Additional number Alpha String) ... 99

4.4.2.8 $EF_{GAS}$ (Grouping information Alpha String) ....100
4.4.2.9 $EF_{ANR}$ (Additional Number) ....100
4.4.2.10 $EF_{SNE}$ (Second Name Entry) ....102
4.4.2.11 $EF_{CCP1}$ (Capability Configuration Parameters 1) ....102
4.4.2.12 Phone Book Synchronisation ....103
4.4.2.12.1 $EF_{UID}$ (Unique Identifier) ....103
4.4.2.12.2 $EF_{PSC}$ (Phone book Synchronisation Counter) ....104
4.4.2.12.3 $EF_{CC}$ (Change Counter) ....105
4.4.2.12.4 $EF_{PUID}$ (Previous Unique Identifier) ....105
4.4.2.13 $EF_{EMAIL}$ (e-mail address) ....106
4.4.2.14 Phonebook restrictions ....106
4.4.3 Contents of files at the DF GSM-ACCESS level (Files required for GSM Access) ....107
4.4.3.1 $EF_{Kc}$ (GSM Ciphering key Kc) ....107
4.4.3.2 $EF_{KcGPRS}$ (GPRS Ciphering key KcGPRS) ....108
4.4.3.3 Void ....108
4.4.3.4 $EF_{CPBCCH}$ (CPBCCH Information) ....108
4.4.3.5 $EF_{InvScan}$ (Investigation Scan) ....109
4.4.4 Contents of files at the MExE level ....110
4.4.4.1 $EF_{MExE-ST}$ (MExE Service table) ....110
4.4.4.2 $EF_{ORPK}$ (Operator Root Public Key) ....110
4.4.4.3 $EF_{ARPK}$ (Administrator Root Public Key) ....112
4.4.4.4 $EF_{TPRPK}$ (Third Party Root Public Key) ....113
4.4.4.5 $EF_{TKCDF}$ (Trusted Key/Certificates Data Files) ....114
4.4.5 Contents of files at the DF WLAN level ....114
4.4.5.1 $EF_{Pseudo}$ (Pseudonym) ....114
4.4.5.2 $EF_{UPLMNWLAN}$ (User controlled PLMN selector for WLAN Access) ....115
4.4.5.3 $EF_{OPLMNWLAN}$ (Operator controlled PLMN selector for WLAN Access) ....115
4.4.5.4 $EF_{UWSIDL}$ (User controlled WLAN Specific IDentifier List) ....116
4.4.5.5 $EF_{OWSIDL}$ (Operator controlled WLAN Specific IDentifierList) ....117
4.4.5.6 $EF_{WRI}$ (WLAN Reauthentication Identity) ....117
4.5 Contents of EFs at the TELECOM level ....118
4.5.1 $EF_{ADN}$ (Abbreviated dialling numbers) ....118
4.5.2 $EF_{EXT1}$ (Extension1) ....119
4.5.3 $EF_{ECCP}$ (Extended Capability Configuration Parameter) ....119
4.5.4 $EF_{SUME}$ (SetUpMenu Elements) ....119
4.5.5 $EF_{ARR}$ (Access Rule Reference) ....119
4.6 Contents of DFs at the TELECOM level ....119
4.6.1 Contents of files at the $DF_{GRAPHICS}$ level ....119
4.6.1.1 $EF_{IMG}$ (Image) ....120
4.6.1.2 $EF_{IIDF}$ (Image Instance Data Files) ....121
4.6.2 Contents of files at the $DF_{PHONEBOOK}$ under the $DF_{TELECOM}$ ....122
4.6.3 Contents of files at the $DF_{MULTIMEDIA}$ level ....122
4.6.3.1 $EF_{MML}$ (Multimedia Messages List) ....122
4.6.3.2 $EF_{MMDF}$ (Multimedia Messages Data File) ....124
4.7 Files of USIM ....126

5 Application protocol ....128
5.1 USIM management procedures ....128
5.1.1 Initialisation ....128
5.1.1.1 USIM application selection ....128
5.1.1.2 USIM initialisation ....128
5.1.1.3 GSM related initialisation procedures ....129
5.1.2 Session termination ....130
5.1.2.1 3G session termination ....130
5.1.2.1.1 GSM termination procedures ....130
5.1.2.2 3G session reset ....130
5.1.3 USIM application closure ....130
5.1.4 Emergency call codes ....130
5.1.5 Language indication ....131
5.1.6 Administrative information request ....131
5.1.7 USIM service table request ....131
5.1.8 Void ....131

5.1.9 UICC presence detection ....131
5.2 USIM security related procedures ....131
5.2.1 Authentication algorithms computation ....131
5.2.2 IMSI request ....131
5.2.3 Access control information request ....131
5.2.4 Higher Priority PLMN search period request ....131
5.2.5 Location information ....131
5.2.6 Cipher and Integrity key ....131
5.2.7 Forbidden PLMN ....132
5.2.8 Void ....132
5.2.9 User Identity Request ....132
5.2.10 GSM Cipher key ....132
5.2.11 GPRS Cipher key ....132
5.2.12 Initialisation value for Hyperframe number ....132
5.2.13 Maximum value of START ....132
5.2.14 HPLMN selector with Access Technology request ....132
5.2.15 Packet Switched Location information ....132
5.2.16 Cipher and Integrity key for Packet Switched domain ....132
5.2.17 LSA information ....133
5.2.18 Voice Group Call Services ....133
5.2.19 Voice Broadcast Services ....133
5.2.20 Generic Bootstrapping architecture (Bootstrap) ....133
5.2.21 Generic Bootstrapping architecture (NAF Derivation) ....133
5.2.22 MSK MIKEY Message Reception ....133
5.2.23 MTK MIKEY Message Reception ....133
5.2.24 Void ....134
5.2.25 EHPLMN request ....134
5.2.26 Last RPLMN Selection Indication request ....134
5.3 Subscription related procedures ....134
5.3.1 Phone book procedures ....134
5.3.1.1 Initialisation ....134
5.3.1.2 Creation/Deletion of information ....134
5.3.1.3 Hidden phone book entries ....134
5.3.2 Dialling numbers ....134
5.3.3 Short messages ....136
5.3.4 Advice of charge ....137
5.3.5 Capability configuration parameters ....137
5.3.6 User controlled PLMN selector with Access Technology ....137
5.3.7 Cell broadcast message identifier ....137
5.3.8 Group identifier level 1 ....138
5.3.9 Group identifier level 2 ....138
5.3.10 Service provider name ....138
5.3.11 Enhanced multi level precedence and pre-emption service ....138
5.3.12 Cell broadcast message identifier ranges ....138
5.3.13 Short message status report ....138
5.3.14 APN Control List ....139
5.3.15 Depersonalisation Control Keys ....139
5.3.16 Co-operative Network List ....139
5.3.17 CPBCCH information ....139
5.3.18 Investigation Scan ....139
5.3.19 Enabled Services Table Request ....139
5.3.20 Operator controlled PLMN selector with Access Technology ....139
5.3.21 HPLMN selector with Access Technology ....140
5.3.22 Automatic Answer on eMLPP service ....140
5.3.23 Network Parameter information ....140
5.3.24 PLMN network name ....140
5.3.25 Operator PLMN List ....140
5.3.26 Message Waiting Indication ....140
5.3.27 Call Forwarding Indication Status ....140
5.3.28 Service Provider Display Information ....140
5.3.29 MMS Notifications ....140
5.3.30 MMS Issuer Connectivity Parameters ....141

5.3.31 MMS User Preferences ....141
5.3.32 MMS User Connectivity Parameters ....141
5.3.33 Network's indication of alerting....141
5.3.34 Multimedia Messages Storage ....142
5.3.35 Equivalent HPLMN Presentation Indication request....142
5.3.36 NAF Key Centre Address request....142
5.4 USAT related procedures ....142
5.4.1 Data Download via SMS-PP....142
5.4.2 Image Request ....142
5.4.3 Data Download via SMS-CB ....142
5.4.4 Call Control by USIM....143
5.4.5 MO-SMS control by USIM ....143
5.4.6 Data Download via USSD and USSD application mode....143
5.4.7 Additional TERMINAL PROFILE after UICC activation ....143
5.4.8 Terminal Applications ....143
5.5 MExE related procedures ....143
5.5.1 MExE ST ....143
5.5.2 Operator root public key ....143
5.5.3 Administrator root public key....144
5.5.4 Third Party root public key(s)....144
5.5.5 Trusted Key/Certificates Data Files....144
5.6 WLAN related procedures....144
5.6.1 WLAN Selection related Procedures ....144
5.6.2 WLAN PLMN Selection related procedures ....144
5.6.3 WLAN access authentication related procedures ....144
5.6.4 WLAN access re-authentication related procedures....144
6 Security features....145
6.1 Authentication and key agreement procedure ....145
6.2 Cryptographic Functions ....145
6.3 GSM Conversion Functions ....146
6.4 User verification and file access conditions ....146
7 USIM Commands....146
7.1 AUTHENTICATE ....146
7.1.1 Command description....146
7.1.1.1 3G security context ....147
7.1.1.2 GSM security context....148
7.1.1.3 VGCS/VBS security context....148
7.1.1.4 GBA security context (Bootstrapping Mode) ....148
7.1.1.5 GBA security context (NAF Derivation Mode) ....149
7.1.1.6 MBMS security context (MSK Update Mode) ....150
7.1.1.7 Void....151
7.1.1.8 MBMS security context (MTK Generation Mode)....151
7.1.1.9 MBMS security context (MSK Deletion Mode) ....152
7.1.1.10 MBMS security context (MUK Deletion Mode)....152
7.1.1.11 Local Key Establishment security context (Key Derivation mode) ....152
7.1.1.12 Local Key Establishment security context (Key Availability Check mode)....153
7.1.2 Command parameters and data....153
7.1.2.1 GSM/3G security context....155
7.1.2.2 VGCS/VBS security context....156
7.1.2.3 GBA security context (Bootstrapping Mode) ....156
7.1.2.4 GBA security context (NAF Derivation Mode) ....157
7.1.2.5 MBMS security context (All Modes)....157
7.1.2.6 Local Key Establishment security context (All Modes)....158
7.1.2.6.1 Local Key Establishment security context (Key Derivation mode)....158
7.1.2.6.2 Local Key Establishment security context (Key Availability Check mode) ....160
7.2 Void....161
7.3 Status Conditions Returned by the USIM ....161
7.3.1 Security management....161
7.3.2 Status Words of the Commands....162
7.4 Optional commands....163

8 Void ....................................................................................................................................163

**Annex A (informative): EF changes via Data Download or USAT applications ............................164**

**Annex B (normative): Image Coding Schemes .................................................................................167**

B.1 Basic Image Coding Scheme............................................................................................................167

B.2 Colour Image Coding Scheme .........................................................................................................168

B.3 Colour Image Coding Scheme with Transparency............................................................................169

**Annex C (informative): Structure of the Network parameters TLV objects .................................170**

**Annex D (informative): Tags defined in 31.102 ..................................................................................171**

**Annex E (informative): Suggested contents of the EFs at pre-personalization ..............................172**

**Annex F (informative): Examples of coding of LSA Descriptor files for SoLSA ...........................175**

**Annex G (informative): Phonebook Example .....................................................................................176**

**Annex H (normative): List of SFI Values...........................................................................................180**

H.1 List of SFI Values at the USIM ADF Level......................................................................................180

H.2 List of SFI Values at the DF GSM-ACCESS Level..........................................................................180

H.3 List of SFI Values at the DF WLAN Level.......................................................................................181

**Annex I (informative): USIM Application Session Activation/Termination ................................182**

**Annex J (informative): Example of MMS coding..............................................................................183**

J.1 Coding example for MMS User Preferences.......................................................................................183

J.2 Coding Example for MMS Issuer/User Connectivity Parameters.......................................................183

**Annex K (informative): Examples of VService_Id coding ...............................................................185**

**Annex L (informative): Change history ..............................................................................................186**

History ....................................................................................................................................................187

# Foreword

This Technical Specification (TS) has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x the first digit:

1 presented to TSG for information;

2 presented to TSG for approval;

3 or greater indicates TSG approved document under change control.

y the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z the third digit is incremented when editorial only changes have been incorporated in the document.

# Introduction

The present document defines the Universal Subscriber Identity Module (USIM) application. This application resides on the UICC, an IC card specified in TS 31.101 [11]. In particular, TS 31.101 [11] specifies the application independent properties of the UICC/terminal interface such as the physical characteristics and the logical structure.

TS 31.101 [11] is one of the core documents for this specification and is therefore referenced in many places in the present document.

# 1 Scope

The present document defines the USIM application for 3G telecom network operation.

The present document specifies:

- specific command parameters;
- file structures;
- contents of EFs (Elementary Files);
- security functions;
- application protocol to be used on the interface between UICC (USIM) and ME.

This is to ensure interoperability between a USIM and an ME independently of the respective manufacturer, card issuer or operator.

The present document does not define any aspects related to the administrative management phase of the USIM. Any internal technical realisation of either the USIM or the ME is only specified where these are reflected over the interface. The present document does not specify any of the security algorithms which may be used.

# 2 References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.
- For a specific reference, subsequent revisions do not apply.
- For a non-specific reference, the latest version applies. In the case of a reference to a 3GPP document (including a GSM document), a non-specific reference implicitly refers to the latest version of that document *in the same Release as the present document*.

[1] 3GPP TS 21.111: "USIM and IC Card Requirements".

[2] 3GPP TS 22.011: "Service accessibility".

[3] 3GPP TS 22.024: "Description of Charge Advice Information (CAI)".

[4] 3GPP TS 22.030: "Man-Machine Interface (MMI) of the User Equipment (UE)".

[5] 3GPP TS 23.038: "Alphabets and language".

[6] 3GPP TS 23.040: "Technical realization of the Short Message Service (SMS)".

[7] 3GPP TS 23.060: "General Packet Radio Service (GPRS); Service description; Stage 2".

[8] 3GPP TS 22.067: "enhanced Multi Level Precedence and Pre-emption service (eMLPP) - Stage 1".

[9] 3GPP TS 24.008: "Mobile Radio Interface Layer 3 specification; Core Network Protocols; Stage 3".

[10] 3GPP TS 24.011: "Point-to-Point (PP) Short Message Service (SMS) support on mobile radio interface".

[11] 3GPP TS 31.101: "UICC-Terminal Interface, Physical and Logical Characteristics".

[12] 3GPP TS 31.111: "USIM Application Toolkit (USAT)".

[13] 3GPP TS 33.102: "3GPP Security; Security Architecture".

[14] 3GPP TS 33.103: "3GPP Security; Integration Guidelines".

[15] 3GPP TS 22.086: "Advice of charge (AoC) Supplementary Services - Stage 1".

[16] 3GPP TS 23.041: "Technical realization of Cell Broadcast (CB)".

[17] 3GPP TS 02.07: "Mobile Stations (MS) features".

[18] 3GPP TS 51.011 Release 4: "Specification of the Subscriber Identity Module – Mobile Equipment (SIM – ME) interface".

[19] ISO 639 (1988): "Code for the representation of names of languages".

[20] ISO/IEC 7816-4: "Integrated circuit cards, Part 4: Organization, security and commands for interchange".

[21] Void.

[22] ITU-T Recommendation E.164: "The international public telecommunication numbering plan".

[23] 3GPP TS 23.073: "Support of Localised Service Area (SoLSA); Stage 2".

[24] 3GPP TS 22.101: "Service aspects; service principles".

[25] 3GPP TS 23.003: "Numbering, Addressing and Identification".

[26] Void.

[27] 3GPP TS 22.022: "Personalisation of Mobile Equipment (ME); Mobile functionality specification".

[28] 3GPP TS 44.018 "Mobile Interface Layer3 Specification, Radio Resource control protocol".

[29] 3GPP TS 23.022: "Functions related to Mobile Station (MS) in idle mode and group receive mode".

[30] 3GPP TS 23.057: "Mobile Execution Environment (MExE);Functional description; Stage 2".

[31] 3GPP TS 23.122: "NAS Functions related to Mobile Station (MS) in idle mode".

[32] Void.

[33] 3GPP TS 25.101: "UE Radio Transmission and Reception (FDD)".

[34] 3GPP TS 45.005: "Radio Transmission and Reception".

[35] ISO/IEC 8825 (1990): "Information technology; Open Systems Interconnection; Specification of Basic Encoding Rules for Abstract Syntax Notation One (ASN.1)".

[36] 3GPP TS 23.097: "Multiple Subscriber Profile (MSP)".

[37] Void.

[38] 3GPP TS 23.140 Release 6: "Multimedia Messaging Service (MMS); Functional description; stage 2".

[39] ETSI TS 102 222 Release 6: "Administrative commands for telecommunications applications".

[40] 3GPP TS 24.234: "3GPP System to WLAN Interworking; UE to Network protocols;Stage 3".

[41] 3GPP TS 33.234: "3G Security; Wireless Local Area Network (WLAN) interworking security".

[42] 3GPP TS 33.220: "Generic Authentication Architecture (GAA); Generic bootstrapping architecture".

[43] 3GPP TS 33.246: "Security of Multimedia Broadcast/Multicast Service".

[44] 3GPP TS 43.020: "Technical Specification Group Services and system Aspects; Security related network functions"

[45] X.S0016-000-A v1.0: "3GPP2 Multimedia Messaging System MMS Specification Overview, Revision A"

[46] 3GPP TS 43.068: "Technical Specification Group Core Network; Voice Group Call Service (VGCS); Stage 2".

[47] 3GPP TS 33.110: "Key establishment between a Universal Integrated Circuit Card (UICC) and a terminal".

[48] IETF RFC 3629 (2003): "UTF-8, a transformation format of ISO 10646".

# 3 Definitions, symbols, abbreviations and coding conventions

## 3.1 Definitions

For the purposes of the present document, the following definition applies.

**ADM**: access condition to an EF which is under the control of the authority which creates this file.

Allocation of these levels and the respective requirements for their fulfilment are the responsibility of the appropriate administrative authority

The definition of access condition ADM does not preclude the administrative authority from using ALW, PIN, PIN2 and NEV if required.

A terminal does not need to evaluate access conditions indicated as ADM in the present document.

**PIN/ADM**: A terminal is required to evaluate the access condition and verify it in order to access the EF if the access condition is set to PIN or PIN2.

**EHPLMN**: represents the Equivalent HPLMNs for network selection purposes. The behaviour of EHPLMNs is defined in TS 23.122 [31].

## 3.2 Symbols

For the purposes of the present document, the following symbols apply:

| | |
|---|---|
| \|\| | Concatenation |
| ⊕ | Exclusive OR |
| f1 | Message authentication function used to compute MAC |
| f1* | A message authentication code (MAC) function with the property that no valuable information can be inferred from the function values of f1* about those of f1, ..., f5 and vice versa |
| f2 | Message authentication function used to compute RES and XRES |
| f3 | Key generating function used to compute CK |
| f4 | Key generating function used to compute IK |
| f5 | Key generating function used to compute AK |

## 3.3 Abbreviations

For the purposes of the present document, the following abbreviations apply:

| | |
|---|---|
| 3GPP | 3rd Generation Partnership Project |
| AC | Access Condition |
| ACL | APN Control List |
| ADF | Application Dedicated File |

| | |
|---|---|
| AID | Application IDentifier |
| AK | Anonymity key |
| ALW | ALWays |
| AMF | Authentication Management Field |
| AoC | Advice of Charge |
| APN | Access Point Name |
| ASN.1 | Abstract Syntax Notation One |
| AuC | Authentication Centre |
| AUTN | Authentication token |
| BDN | Barred Dialling Number |
| BER-TLV | Basic Encoding Rule - TLV |
| B-TID | Bootstrapping Transaction IDentifier |
| CCP | Capability Configuration Parameter |
| CK | Cipher key |
| CLI | Calling Line Identifier |
| CNL | Co-operative Network List |
| CPBCCH | COMPACT Packet BCCH |
| CS | Circuit switched |
| DCK | Depersonalisation Control Keys |
| DF | Dedicated File |
| DO | Data Object |
| EF | Elementary File |
| FCP | File Control Parameters |
| FFS | For Further Study |
| GSM | Global System for Mobile communications |
| HE | Home Environment |
| ICC | Integrated Circuit Card |
| ICI | Incoming Call Information |
| ICT | Incoming Call Timer |
| ID | IDentifier |
| IDi | Identity of the initiator |
| IDr | Identity of the responder |
| IEI | Information Element Identifier |
| IK | Integrity key |
| IMSI | International Mobile Subscriber Identity |
| K | USIM Individual key |
| $K_C$ | Cryptographic key used by the cipher A5 |
| KSI | Key Set Identifier |
| LI | Language Indication |
| LSB | Least Significant Bit |
| MAC | Message authentication code |
| MAC-A | MAC used for authentication and key agreement |
| MAC-I | MAC used for data integrity of signalling messages |
| MBMS | Multimedia Broadcast/Multicast Service |
| MCC | Mobile Country Code |
| MExE | Mobile Execution Environment |
| MF | Master File |
| MGV-F | MTK Generation and Validation Function |
| MIKEY | Multimedia Internet KEYing |
| MM | Multimedia Message |
| MMI | Man Machine Interface |
| MMS | Multimedia Messaging Service |
| MNC | Mobile Network Code |
| MODE | Indication packet switched/circuit switched mode |
| MSB | Most Significant Bit |
| MSK | MBMS Service Key |
| MTK | MBMS Traffic Key |
| MUK | MBMS User Key |
| NEV | NEVer |
| NPI | Numbering Plan Identifier |
| OCI | Outgoing Call Information |
| OCT | Outgoing Call Timer |

| | |
|---|---|
| PBID | Phonebook Identifier |
| PIN | Personal Identification Number |
| PL | Preferred Languages |
| PS | Packet switched |
| PS_DO | PIN Status Data Object |
| RAND | Random challenge |
| $RAND_{MS}$ | Random challenge stored in the USIM |
| RES | User response |
| RFU | Reserved for Future Use |
| RST | Reset |
| SDN | Service dialling number |
| SE | Security Environment |
| SEQp | Sequence number for MGV-F stored in the USIM |
| SFI | Short EF Identifier |
| SGSN | Serving GPRS Support Node |
| SN | Serving Network |
| SQN | Sequence number |
| SRES | Signed RESponse calculated by a USIM |
| SW | Status Word |
| TLV | Tag Length Value |
| USAT | USIM Application Toolkit |
| USIM | Universal Subscriber Identity Module |
| VLR | Visitor Location Register |
| WLAN | Wireless Local Area Network |
| WSID | WLAN Specific Identifier |
| XRES | Expected user RESponse |

## 3.4 Coding Conventions

The following coding conventions apply to the present document.

All lengths are presented in bytes, unless otherwise stated. Each byte is represented by bits b8 to b1, where b8 is the most significant bit (MSB) and b1 is the least significant bit (LSB). In each representation, the leftmost bit is the MSB.

The coding of Data Objects in the present document is according to TS 31.101 [11].

'XX': Single quotes indicate hexadecimal values. Valid elements for hexadecimal values are the numbers '0' to '9' and 'A' to 'F'.

# 4 Contents of the Files

This clause specifies the EFs for the 3GPP session defining access conditions, data items and coding. A data item is a part of an EF which represents a complete logical entity, e.g. the alpha tag in an $EF_{ADN}$ record.

A file is associated with attributes that depending of the file type indicates how data is to be accessed e.g. file size, record length etc. Although in the present document some files and data items stored in a file are indicated as having a fixed length; when reading such structures the terminal shall derive the length of the data item from the attributes provided in the file information i.e. not use the fixed value specified for the file in the present document. Although the terminal is able to read the entire structure it should only use those elements in the data item which is recognised by the terminal.

For any EF, when the SFI is not indicated in the description of the file it is not allowed to assign an SFI. If in the description of the file an SFI value is indicated the file shall support SFI. The SFI value shall be assigned by the card issuer. It is mandatory for EFs stating an SFI value ('YY') in the description of their structure to provide an SFI. For files where in the file description the SFI is indicated as 'Optional' the file may support an SFI.

For an overview containing all files see figures 4.1 and 4.2.

## 4.1 Contents of the EFs at the MF level

There are four EFs at the Master File (MF) level. These EFs are specified in TS 31.101 [11].

The information in $EF_{PL}$ may be used by the ME for MMI purposes.

This information may also be used for the screening of Cell Broadcast messages in a preferred language, as follows.

When the CB Message Identifier capability is available, the ME selects only those CB messages the language of which corresponds to an entry in this EF or in $EF_{LI}$, whichever of these EFs is used (see clause 5.1.1). The CB message language is defined by the Data Coding Scheme (see TS 23.038 [5]) received with the CB message. The ME shall be responsible for translating the language coding indicated in the Data Coding Scheme for the Cell Broadcast Service (as defined in TS 23.038 [5]) to the language coding as defined in ISO 639 [19] if it is necessary to check the language coding in $EF_{PL}$.

## 4.2 Contents of files at the USIM ADF (Application DF) level

The EFs in the USIM ADF contain service and network related information.

The File IDs '6F1X' (for EFs), '5F1X' and '5F2X' (for DFs) with X ranging from '0' to 'F' are reserved under the USIM ADF for administrative use by the card issuer.

### 4.2.1 $EF_{LI}$ (Language Indication)

This EF contains the codes for one or more languages. This information, determined by the user/operator, defines the preferred languages of the user in order of priority. This information may be used by the ME for MMI purposes. This information may also be used for the screening of Cell Broadcast messages in a preferred language, as follows.

When the CB Message Identifier capability is available, the ME selects only those CB messages the language of which corresponds to an entry in this EF or in $EF_{PL}$, whichever of these EFs is used (see clause 5.1.1). The CB message language is defined by the Data Coding Scheme (DCS: see TS 23.038 [5]) received with the CB message. The ME shall be responsible for translating the language coding indicated in the Data Coding Scheme for the Cell Broadcast Service (as defined in TS 23.038 [5]) to the language coding as defined in ISO 639 [19] if it is necessary to check the language coding in $EF_{PL}$.

| Identifier: '6F 05' | | Structure: transparent | Optional |
|---|---|---|---|
| SFI: '02' | | | |
| File size: 2n bytes, (n ≥ 1) | | Update activity: low | |
| Access Conditions:<br>READ ALW<br>UPDATE PIN<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 to 2 | 1st language code (highest priority). | M | 2 bytes |
| 3 to 4 | 2nd language code | O | 2 bytes |
| | | | |
| 2n-1 to 2n | Nth language code (lowest priority). | O | 2 bytes |

Coding:

each language code is a pair of alpha-numeric characters, defined in ISO 639 [19]. Each alpha-numeric character shall be coded on one byte using the SMS default 7-bit coded alphabet as defined in TS 23.038 [5] with bit 8 set to 0.

Unused language entries shall be set to 'FF FF'.

## 4.2.2 $EF_{IMSI}$ (IMSI)

This EF contains the International Mobile Subscriber Identity (IMSI).

| Identifier: '6F07' | Structure: transparent | | Mandatory |
|---|---|---|---|
| SFI: '07' | | | |
| File size: 9 bytes | | Update activity: low | |
| Access Conditions:<br>READ PIN<br>UPDATE ADM<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | |
| **Bytes** | **Description** | **M/O** | **Length** |
| 1 | Length of IMSI | M | 1 byte |
| 2 to 9 | IMSI | M | 8 bytes |

- Length of IMSI

Contents:
- the length indicator refers to the number of significant bytes, not including this length byte, required for the IMSI.

Coding:
- according to TS 24.008 [9].

- IMSI

Contents:
- International Mobile Subscriber Identity.

Coding:
- this information element is of variable length. If a network operator chooses an IMSI of less than 15 digits, unused nibbles shall be set to 'F'.

Byte 2:




For the parity bit, see TS 24.008 [9].

Byte 3:




etc.

### 4.2.3 $EF_{Keys}$ (Ciphering and Integrity Keys)

This EF contains the ciphering key CK, the integrity key IK and the key set identifier KSI.

| Identifier: '6F08' | Structure: transparent | | Mandatory |
|---|---|---|---|
| SFI: '08' | | | |
| File size: 33 bytes | | Update activity: high | |
| Access Conditions:<br>READ PIN<br>UPDATE PIN<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 | Key set identifier KSI | M | 1 byte |
| 2 to 17 | Ciphering key CK | M | 16 bytes |
| 18 to 33 | Integrity key IK | M | 16 bytes |

- Key Set Identifier KSI.

Coding:




- Ciphering key CK.

Coding:

- the least significant bit of CK is the least significant bit of the 17th byte. The most significant bit of CK is the most significant bit of the 2nd byte.

- Integrity key IK.

Coding:

- the least significant bit of IK is the least significant bit of the 33rd byte. The most significant bit of IK is the most significant bit of the 18th byte.

### 4.2.4 $EF_{KeysPS}$ (Ciphering and Integrity Keys for Packet Switched domain)

This EF contains the ciphering key CKPS, the integrity key IKPS and the key set identifier KSIPS for the packet switched (PS) domain.

| Identifier: '6F09' | Structure: transparent | | Mandatory |
|---|---|---|---|
| SFI: '09' | | | |
| File size: 33 bytes | | Update activity: high | |
| Access Conditions:<br>READ PIN<br>UPDATE PIN<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 | Key set identifier KSIPS | M | 1 byte |
| 2 to 17 | Ciphering key CKPS | M | 16 bytes |
| 18 to 33 | Integrity key IKPS | M | 16 bytes |

- Key Set Identifier KSIPS.

Coding:



- Ciphering key CKPS.

Coding:

- the least significant bit of CKPS is the least significant bit of the 17th byte. The most significant bit of CKPS is the most significant bit of the 2nd byte.
  - Integrity key IKPS.

Coding:

- the least significant bit of IKPS is the least significant bit of the 33rd byte. The most significant bit of IKPS is the most significant bit of the 18th byte.

### 4.2.5 $EF_{PLMNwAcT}$ (User controlled PLMN selector with Access Technology)

If service n° 20 is "available", this file shall be present.

This EF contains the coding for n PLMNs, where n is at least eight. This information is determined by the user and defines the preferred PLMNs of the user in priority order. The first record indicates the highest priority and the nth record indicates the lowest. The EF also contains the Access Technologies for each PLMN in this list. (see TS 23.122 [31])

| Identifier: '6F60' | Structure: transparent | | Optional |
|---|---|---|---|
| SFI: '0A' | | | |
| File size: 5n (where n ≥8 bytes) | | Update activity: low | |
| Access Conditions:<br>READ PIN<br>UPDATE PIN<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 to 3 | 1st PLMN (highest priority) | M | 3 bytes |
| 4 to 5 | 1st PLMN Access Technology Identifier | M | 2 bytes |
| 6 to 8 | 2nd PLMN | M | 3 bytes |
| 9 to 10 | 2nd PLMN Access Technology Identifier | M | 2 bytes |
| : | : | | |
| 36 to 38 | 8th PLMN | M | 3 bytes |
| 39 to 40 | 8th PLMN Access Technology Identifier | M | 2 bytes |
| 41 to 43 | 9th PLMN | O | 3 bytes |
| 44 to 45 | 9th PLMN Access Technology Identifier | O | 2 bytes |
| : | : | | |
| (5n-4) to (5n-2) | Nth PLMN (lowest priority) | O | 3 bytes |
| (5n-1) to 5n | Nth PLMN Access Technology Identifier | O | 2 bytes |

- PLMN

Contents:

- Mobile Country Code (MCC) followed by the Mobile Network Code (MNC).

Coding:

- according to TS 24.008 [9].
  - Access Technology Identifier:

Coding:

- 2 bytes are used to select the access technology where the meaning of each bit is as follows:
  - bit = 1: access technology selected;
  - bit = 0: access technology not selected.

Byte5n-1:



Byte 5n:




## 4.2.6 $EF_{HPPLMN}$ (Higher Priority PLMN search period)

This EF contains the interval of time between searches for a higher priority PLMN (see TS 22.011 [2]).

| Identifier: '6F31' | Structure: transparent | Mandatory |
|---|---|---|
| SFI: '12' | | |
| File size: 1 byte | Update activity: low | |
| Access Conditions:<br>READ PIN<br>UPDATE ADM<br>DEACTIVATE ADM<br>ACTIVATE ADM | | |

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 | Time interval | M | 1 byte |

- Time interval.

Contents:

the time interval between two searches.

Coding:

the time interval is coded in integer multiples of n minutes. The range is from n minutes to a maximum value. The value '00' indicates that no attempts shall be made to search for any higher priority PLMN. The encoding is:

- '00': No higher priority PLMN search attempts;
- '01': n minutes;
- '02': 2n minutes;
- : :
- 'YZ': (16Y+Z)n minutes (maximum value).

- All other values shall be interpreted by the ME as a default period.

For specification of the integer timer interval n, the maximum value and the default period refer to TS 22.011 [2].

### 4.2.7 $EF_{ACMmax}$ (ACM maximum value)

If service n° 13 is "available", this file shall be present.

This EF contains the maximum value of the accumulated call meter.

| Identifier: '6F37' | | Structure: transparent | | Optional |
|---|---|---|---|---|
| File size: 3 bytes | | | Update activity: low | |
| Access Conditions:<br>READ PIN<br>UPDATE PIN/PIN2 (fixed during administrative management)<br>DEACTIVATE ADM<br>ACTIVATE ADM | | | | |
| Bytes | Description | | M/O | Length |
| 1 to 3 | Maximum value | | M | 3 bytes |

- Maximum value.

Contents:

- maximum value of the Accumulated Call Meter (ACM).

Coding:

First byte:

| b8 | b7 | b6 | b5 | b4 | b3 | b2 | b1 |
|---|---|---|---|---|---|---|---|
| $2^{23}$ | $2^{22}$ | $2^{21}$ | $2^{20}$ | $2^{19}$ | $2^{18}$ | $2^{17}$ | $2^{16}$ |

Second byte:

| b8 | b7 | b6 | b5 | b4 | b3 | b2 | b1 |
|---|---|---|---|---|---|---|---|
| $2^{15}$ | $2^{14}$ | $2^{13}$ | $2^{12}$ | $2^{11}$ | $2^{10}$ | $2^{9}$ | $2^{8}$ |

Third byte:

| b8 | b7 | b6 | b5 | b4 | b3 | b2 | b1 |
|---|---|---|---|---|---|---|---|
| $2^{7}$ | $2^{6}$ | $2^{5}$ | $2^{4}$ | $2^{3}$ | $2^{2}$ | $2^{1}$ | $2^{0}$ |

For instance, '00' '00' '30' represents $2^5+2^4$.

All ACM data is stored in the USIM and transmitted over the USIM/ME interface as binary.

ACMmax is not valid, as defined in TS 22.024 [3], if it is coded '000000'.

If a GSM application is present on the UICC and the ACMmax value is to be shared between the GSM and the USIM application this file shall be shared between the two applications.

# Annex K (informative): Examples of VService_Id coding

This annex gives examples for the coding of VService_Id,

It is assumed that:

- acknowledgement flag bit is set to 0;
- the call priority bits are set to 0.

| **GroupId** | **Content of $EF_{VBS}$ or $EF_{VGCS}$** | **VService_Id(vbs)** | **VService_Id(vgcs)** |
|---|---|---|---|
| 00000000 | F0FFFFFF | 00000000 | 00000010 |
| 00000001 | F1FFFFFF | 00000020 | 00000030 |
| 00000012 | 21FFFFFF | 00000180 | 00000190 |
| 00000123 | 21F3FFFF | 00000F60 | 00000F70 |
| 00001234 | 2143FFFF | 00009A40 | 00009A50 |
| 00012345 | 2143F5FF | 00060720 | 00060730 |
| 00123456 | 214365FF | 003C4800 | 003C4810 |
| 01234567 | 214365F7 | 025AD0E0 | 025AD0F0 |
| 12345678 | 21436587 | 178C29C0 | 178C29D0 |
| 99999999 | 99999999 | BEBC1FE0 | BEBC1FF0 |
| 13452670 | 31546207 | 19A8AFC0 | 19A8AFD0 |

# Annex L (informative): Change history

The table below indicates all CRs that have been incorporated into the present document since it was initially approved.

| TSG # / Date | TSG Doc. | WG doc | CR | Rev | Cat | Subject/Comment | New |
|---|---|---|---|---|---|---|---|
| TP-27 | | | | | | Creation of Rel-7 version based on v6.9.0 | 7.0.0 |
| TP-27 | TP-050018 | T3-050189 | 0264 | 1 | F | Correction to overcome IMSI number space limitation – inclusion of EHPLMN | 7.0.0 |
| CT-28 | CP-050136 | C6-050402 | 0277 | | A | ISO/IEC 7816-series revision | 7.1.0 |
| CT-28 | CP-050139 | C6-050370 | 0272 | | | Essential correction of the phonebook (access to mapped filed & "hidden key" coding) | 7.1.0 |
| CT-28 | CP-050139 | C6-050372 | 0285 | | A | Added EF_ARR under DF_TELECOM | 7.1.0 |
| CT-28 | CP-050139 | C6-050374 | 0280 | | A | Modifications regarding WLAN | 7.1.0 |
| CT-28 | CP-050139 | C6-050376 | 0282 | | A | Alignment of MBMS procedures with TS 33.246 | 7.1.0 |
| CT-28 | CP-050139 | C6-050404 | 0287 | | A | Number of stored MSKs | 7.1.0 |
| CT-28 | CP-050139 | C6-050478 | 0289 | | A | Essential correction of phonebook support | 7.1.0 |
| CT-28 | CP-050139 | C6-050483 | 0291 | | A | Corrections to eMLPP and AAeM | 7.1.0 |
| CT-28 | CP-050139 | C6-050406 | 0278 | | F | Correction to EF-HPLMN | 7.1.0 |
| CT-29 | CP-050460 | C6-050689 | 0294 | 2 | F | Clarification on ADM access condition | 7.2.0 |
| CT-29 | CP-050460 | C6-050729 | 0295 | 2 | F | Editorial corrections | 7.2.0 |
| CT-30 | CP-050499 | C6-050876 | 0298 | | F | Clarifications in DF_PHONEBOOK level | 7.3.0 |
| CT-30 | CP-050499 | C6-050898 | 0297 | | A | NAF Id alignment with TS 33.246 | 7.3.0 |
| CT-31 | CP-060018 | C6-060158 | 0304 | 1 | A | Addition of mandatory UST services id references for VGCS/VBS security context definition | 7.4.0 |
| CT-31 | CP-060023 | C6-060119 | 0299 | | C | Change to allow PNN segmentation of the HPLMN and EHPLMN support | 7.4.0 |
| CT-31 | CP-060023 | C6-060122 | 0302 | | F | Indication of services in the USIM | 7.4.0 |
| CT-31 | CP-060023 | C6-060184 | 0305 | | C | Correction of service numbers associated to the UST | 7.4.0 |
| CT-31 | CP-060156 | C6-060121 | 0301 | 1 | A | Padding of VSTK_RAND | 7.4.0 |
| - | - | - | - | - | - | MCC Completion of implementation of C6-060184 | 7.4.1 |
| CT-32 | CP-060239 | C6-060277 | 0308 | | A | USAT related procedures - Additional Terminal Profile | 7.5.0 |
| CT-32 | CP-060239 | C6-060279 | 0310 | | A | VService_Id coding examples | 7.5.0 |
| CT-33 | CP-060385 | C6-060601 | 0318 | 1 | F | Essential correction of the authenticate command in order to process message longer than 255 bytes | 7.6.0 |
| CT-34 | CP-060541 | C6-060781 | 0320 | 1 | A | Correction of the MSK Update procedures | 7.7.0 |
| CT-34 | CP-060541 | C6-060808 | 0322 | 2 | A | Clarification of the USIM behavior when MSK key is not updated | 7.7.0 |
| CT-34 | CP-060541 | C6-060785 | 0324 | 1 | A | Correction of MBMS Security Context description | 7.7.0 |
| CT-34 | CP-060541 | C6-060764 | 0327 | - | A | Correction of the references to a non-exisiting table in Authenticate command description | 7.7.0 |
| CT-34 | CP-060541 | C6-060817 | 0332 | - | A | Correction of the MUK Update procedures | 7.7.0 |
| CT-34 | CP-060547 | C6-060788 | 0331 | - | F | Correction of the Tables in section 7.1.2.5 | 7.7.0 |
| CT-35 | CP-070072 | C6-070059 | 0340 | - | F | Correction of the EHPLMN SFI | 7.8.0 |
| CT-35 | CP-070067 | C6-070120 | 0334 | 2 | B | Presentation of EHPLMN | 7.8.0 |
| CT-35 | CP-070067 | C6-070133 | 0336 | 2 | B | Last RPLMN Selection Indication | 7.8.0 |
| CT-35 | CP-070071 | C6-070123 | 0339 | 1 | A | MSK management procedures | 7.8.0 |
| CT-36 | CP-070305 | C6-070311 | 0341 | 1 | B | Presentation of additional information in manual selection mode | 7.9.0 |
| CT-36 | CP-070299 | C6-070310 | 0349 | 1 | F | Correction of EF-IMG and EF-IIDF | 7.9.0 |
| CT-36 | CP-070464 | - | 0350 | 1 | A | GBA NAF Keys and MUKs storage policy | 7.9.0 |
| 2007-06 | - | - | - | - | - | Correction to implementation of '0x' as '04' in 7.1.2.5 (MCC) | 7.9.1 |
| CT-37 | CP-070620 | C6-070417 | 0347 | 3 | B | Key Establishment mechanism: alignment with TS 33.110 | 7.10.0 |
| CT-37 | CP-070611 | C6-070434 | 0352 | - | A | Inconsistency in the MSK update procedures | 7.10.0 |
| CT-38 | CP-070840 | C6-070523 | 0355 | - | F | Correction of reference to 3GPP TS 23.140 | 7.11.0 |
| CT-38 | CP-070840 | C6-070586 | 0354 | - | F | Completion of missing "Terminal Applications" entry in the UST | 7.11.0 |
| CT-39 | CP-080166 | C6-080062 | 0364 | 1 | A | MBMS security – Authentication error 9866 | 7.12.0 |
| CT-39 | CP-080167 | C6-080057 | 0359 | 1 | F | Correction of UST due to error in CR implementation | 7.12.0 |
| CT-39 | CP-080167 | C6-080058 | 0361 | 1 | F | Add the support of EHPLMN in the automatic network selection | 7.12.0 |
| CT-41 | CP-080582 | C6-080272 | 0371 | 1 | A | Authentication of GBA | 7.13.0 |

# History

| Document history | | |
|---|---|---|
| V7.3.0 | December 2005 | Publication |
| V7.4.1 | April 2006 | Publication |
| V7.5.0 | May 2006 | Publication |
| V7.6.0 | September 2006 | Publication |
| V7.7.0 | December 2006 | Publication |
| V7.8.0 | March 2007 | Publication |
| V7.9.0 | June 2007 | Publication |
| V7.9.1 | June 2007 | Publication |
| V7.10.0 | October 2007 | Publication |
| V7.11.0 | January 2008 | Publication |
| V7.12.0 | April 2008 | Publication |
| V7.13.0 | October 2008 | Publication |