**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-cv-00369-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF PETER TONG IN SUPPORT OF PLAINTIFF HEADWATER'S SUR-REPLY IN OPPOSITION TO GOOGLE'S MOTIONS TO TRANSFER**

I, Qi (Peter) Tong, declare and state as follows:

I am a member of the State Bar of Texas, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Sur-Reply in Opposition to Defendant's Motions to Transfer. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. Exhibits may be highlighted and/or excerpted.

1. Attached as **Exhibit 55** is a true and correct copy of Google LLC's Response, *In re VirtaMove Corp*., No. 25-130, Dkt. 15 (Fed. Cir. June 12, 2025)

2. Attached as **Exhibit 56** is a true and correct copy of VirtaMove Corp's Reply, *In re VirtaMove Corp*., No. 25-130, Dkt. 16 (Fed. Cir. June 16, 2025).

3. Attached as **Exhibit 57** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Nalini Belaramani in *Headwater Research v. Google LLC*, No. 7:25-cv-00369-DC-DTG.

4. Attached as **Exhibit 58** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Adrienne McCallister in *Headwater Research v. Google LLC*, No. 7:25-cv-00369-DC-DTG.

5. Attached as **Exhibit 59** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Rakesh ("Kesh") Patel in *Headwater Research v. Google LLC*, No. 7:25-cv-00369-DC-DTG.

6. Attached as **Exhibit 60** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Kristopher Easton in *Headwater Research v. Google LLC*, No. 7:25-cv-00369-DC-DTG.

7. Attached as **Exhibit 61** is a true and correct copy of Email from Google's counsel to Headwater's counsel regarding follow-up depositions, dated April 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2026, at Dallas, Texas.

*<u>/s/ Peter Tong</u>*
Peter Tong