CASREF,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25–cv–00369–DC–DTG

HEADWATER RESEARCH LLC v. Google LLC
Assigned to: Judge David Counts
Referred to: Judge Derek T. Gilliland
Cause: 35:271 Patent Infringement

Date Filed: 08/27/2025
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**HEADWATER RESEARCH LLC**　　　　　　represented by　**Brian D. Ledahl**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale Chang**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310–826–7474
Email: dchang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M Wietholter**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jwietholter@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristopher R. Davis**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor

Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: kdavis@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: jpickens@raklaw.com
*ATTORNEY TO BE NOTICED*

**Minna Jay**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mjay@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi (Peter) Tong**
Russ August & Kabat
8080 N. Central Expressway, Suite 1503
Dallas, TX 75206
310–826–7474
Fax: 310–826–6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

**Ryan K. Lundquist**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
310–826–7474
Email: rlundquist@raklaw.com
*ATTORNEY TO BE NOTICED*

**Sarah W Wang**
12424 Wilshire Boulevard, Ste 12th Floor
Los Angeles, CA 90025

310–826–7474
Email: swang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**                                        represented by    **Clement Naples**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212–225–2516
Email: cnaples@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory K. Sobolski**
Cleary Gottlieb Steen & Hamilton LLP
650 California St
Suite 2400
San Francisco, CA 94108
415–796–4390
Email: gsobolski@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jasmine Wenxi Zhu**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, Nw
Washtington, DC 20037
202–974–1612
Email: jazhu@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Rabbino**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212–225–2625
Email: jrabbino@cgsh.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lucas Lonergan**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Ave NW, Suite 1000
Washington, DC 20037
202–974–1806
Fax: 202–974–1999
Email: llonergan@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel St. Clair , II**
Jackson Walker LLP
2323 Ross Ave., Ste. 600
Dallas, TX 75201
(214)953–5948
Fax: (214) 661–6848
Email: nstclair@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sami Al–Marzoog**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
202–974–1757
Email: salmarzoog@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Peters**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
202–974–1813
Email: speters@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Yeh**
Cleary Gottlieb Steen & Hamilton LLP
650 California St
Suite 2400
San Francisco, CA 94108
415–796–4350
Email: tyeh@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Benites Giese**
Jackson Walker LLP
1900 Broadway
Ste 1200
San Antonio, TX 78215
210–978–7791
Email: egiese@jw.com
*ATTORNEY TO BE NOTICED*

**Paige Vonne Welch**
100 Congress Ave., Ste 11000
Austin, TX 78701
512–236–2295
Email: pwelch@jw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20645972), filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Civil Cover Sheet)(Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 08/29/2025) |
| 08/28/2025 | Ï 6 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (kg) (Entered: 08/29/2025) |
| 08/29/2025 | Ï 5 | Summons Issued as to Google LLC. (kg) (Entered: 08/29/2025) |
| 09/04/2025 | Ï 7 | NOTICE of Attorney Appearance by James N. Pickens on behalf of HEADWATER RESEARCH LLC. Attorney James N. Pickens added to party HEADWATER RESEARCH LLC(pty:pla) (Pickens, James) (Entered: 09/04/2025) |
| 09/10/2025 | Ï 8 | SUMMONS Returned Executed by HEADWATER RESEARCH LLC. Google LLC served on 9/3/2025, answer due 9/24/2025. (Fenster, Marc) (Entered: 09/10/2025) |
| 09/15/2025 | Ï 9 | NOTICE of Attorney Appearance by Nathaniel St. Clair, II on behalf of Google LLC. Attorney Nathaniel St. Clair, II added to party Google LLC(pty:dft) (St. Clair, Nathaniel) (Entered: 09/15/2025) |

| 09/15/2025 | 10 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Complaint* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 09/15/2025) |
|---|---|---|
| 09/17/2025 | 11 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 10); Google LLC answer due 11/10/2025. Signed by Judge Derek T. Gilliland. (kg) (Entered: 09/18/2025) |
| 11/10/2025 | 12 | Motion to Dismiss for Failure to State a Claim by Google LLC. (Attachments: # 1 Affidavit Declaration of Sami Al–Marzoog, # 2 Exhibit 1 – Comcast Complaint, # 3 Exhibit 2 – Charter Complaint, # 4 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 13 | ANSWER to 1 Complaint, with Jury Demand by Google LLC.(St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 14 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for Google LLC. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 15 | Pro Hac Vice Letter to Clement Naples, Sami Al–Marzoog, Steven Peters, Jasmine Zhu, Gregory Sobolski, Thomas W. Yeh, Lucas Lonergan, as to Google LLC. (kg) (Entered: 11/10/2025) |
| 11/10/2025 | 16 | *CORRECTED* ANSWER to 1 Complaint, with Jury Demand by Google LLC.(St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 17 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Sami Al–Marzoog* ( Filing fee $ 100 receipt number ATXWDC–20960712) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 18 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Lucas Lonergan* ( Filing fee $ 100 receipt number ATXWDC–20961082) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 19 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Clement Naples* ( Filing fee $ 100 receipt number ATXWDC–20961119) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 20 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Steven Peters* ( Filing fee $ 100 receipt number ATXWDC–20961133) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 21 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Jennifer Rabbino* ( Filing fee $ 100 receipt number ATXWDC–20961143) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 22 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Gregory K. Sobolski* ( Filing fee $ 100 receipt number ATXWDC–20961160) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 23 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Thomas W. Yeh* ( Filing fee $ 100 receipt number ATXWDC–20961173) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 24 | MOTION to Appear Pro Hac Vice by Nathaniel St. Clair, II *for Jasmine Zhu* ( Filing fee $ 100 receipt number ATXWDC–20961186) by on behalf of Google LLC. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/12/2025 | 25 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Sami Al–Marzoog for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 26 | ORDER GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Lucas Lonergan for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 27 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Clement Naples for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 28 | ORDER GRANTING 20 Motion to Appear Pro Hac Vice for Attorney Steven Peters for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 29 | ORDER GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Jennifer Rabbino for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 30 | ORDER GRANTING 22 Motion to Appear Pro Hac Vice for Attorney Gregory K. Sobolski for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 31 | ORDER GRANTING 23 Motion to Appear Pro Hac Vice for Attorney Thomas W. Yeh for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/12/2025 | 32 | ORDER GRANTING 24 Motion to Appear Pro Hac Vice for Attorney Jasmine Zhu for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/12/2025) |
| 11/13/2025 | 33 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON Initial Pretrial Conference set for 12/17/2025 02:00 PM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/13/2025) |
| 11/21/2025 | 34 | Joint MOTION *to Extend Briefing Deadlines on Motion To Dismiss* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Fenster, Marc) (Entered: 11/21/2025) |

| 12/02/2025 | 35 | ORDER GRANTING JOINT MOTION TO EXTENDBRIEFING DEADLINES ON MOTION TO DISMISS (DKT. NO. 34). Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/02/2025) |
|---|---|---|
| 12/04/2025 | 36 | AFFIDAVIT in Support *of Defendant Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) submitted Under Seal December 4, 2025* by Google LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21, # 22 Exhibit Exhibit 22, # 23 Exhibit Exhibit 23, # 24 Exhibit Exhibit 24, # 25 Exhibit Exhibit 25, # 26 Exhibit Exhibit 26, # 27 Exhibit Exhibit 27, # 28 Exhibit Exhibit 28, # 29 Exhibit Exhibit 29, # 30 Exhibit Exhibit 30, # 31 Exhibit Exhibit 31, # 32 Exhibit Exhibit 32, # 33 Exhibit Exhibit 33, # 34 Exhibit Exhibit 34, # 35 Exhibit Exhibit 35, # 36 Exhibit Exhibit 36, # 37 Exhibit Exhibit 37, # 38 Exhibit Exhibit 38, # 39 Exhibit Exhibit 39, # 40 Exhibit Exhibit 40, # 41 Exhibit Exhibit 41, # 42 Exhibit Exhibit 42, # 43 Exhibit Exhibit 43, # 44 Exhibit Exhibit 44, # 45 Exhibit Exhibit 45, # 46 Exhibit Exhibit 46, # 47 Exhibit Exhibit 47, # 48 Exhibit Exhibit 48, # 49 Exhibit Exhibit 49, # 50 Exhibit Exhibit 50, # 51 Exhibit Exhibit 51, # 52 Exhibit Exhibit 52, # 53 Exhibit Exhibit 53, # 54 Exhibit Exhibit 54, # 55 Exhibit Exhibit 55, # 56 Exhibit Exhibit 56, # 57 Exhibit Exhibit 57, # 58 Exhibit Exhibit 58, # 59 Exhibit Exhibit 59, # 60 Exhibit Exhibit 60, # 61 Exhibit Exhibit 61, # 62 Exhibit Exhibit 62, # 63 Exhibit Exhibit 63, # 64 Exhibit Exhibit 64, # 65 Exhibit Exhibit 65, # 66 Exhibit Exhibit 66)(St. Clair, Nathaniel) (Entered: 12/04/2025) |
| 12/05/2025 | 37 | Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures. (Attachments: Sealed Motion to Transfer Venue to the Northern District of California). Referral Judge: Derek T. Gilliland. (slt) (Entered: 12/05/2025) |
| 12/08/2025 | Ï | Notice of Correction: Docket entry 38 is an attachment to entry 37. Docket entry 37 now reflects the addition of that attachment. (jb3) (Entered: 12/08/2025) |
| 12/08/2025 | 38 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 12/08/2025) |
| 12/08/2025 | 39 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against Google LLC amending 1 Complaint,., filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Fenster, Marc) (Entered: 12/08/2025) |
| 12/09/2025 | 40 | ORDER GRANTING 37 Motion for Leave to File Sealed Document Signed by Judge Derek T. Gilliland. (llm) (Entered: 12/09/2025) |
| 12/09/2025 | 47 | Sealed Motion filed by Google LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (slt) (Entered: 12/30/2025) |
| 12/11/2025 | 41 | Rule 26(f) Discovery Report/Case Management Plan *JOINT FEDERAL RULE OF CIVIL PROCEDURE 26 REPORT* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tong, Qi) (Entered: 12/11/2025) |
| 12/12/2025 | 42 | NOTICE *of Venue Discovery and Opposition Deadline* by HEADWATER RESEARCH LLC (Tong, Qi) (Entered: 12/12/2025) |
| 12/15/2025 | 43 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCEHELD IN PERSON. Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/15/2025) |
| 12/16/2025 | 44 | |

| | | |
|---|---|---|
| | | Redacted Copy *of Defendant Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. §1404(a)* of 37 Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures by Google LLC. (St. Clair, Nathaniel) (Entered: 12/16/2025) |
| 12/22/2025 | 45 | Motion to Dismiss for Failure to State a Claim by Google LLC. (Attachments: # 1 Declaration of Sami Al–Marzoog, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 12/22/2025) |
| 12/23/2025 | 46 | Joint MOTION *for Extension of Venue–Related Deadlines* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 12/23/2025) |
| 12/30/2025 | Ï | Text Order MOOTING 38 Motion for Extension of Time to File because the proposed scheduling order has since been filed. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 12/30/2025) |
| 01/02/2026 | 48 | Unopposed MOTION *TO EXTEND DEADLINES FOR GOOGLE'S MOTION TO DISMISS* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Tong, Qi) (Entered: 01/02/2026) |
| 01/05/2026 | Ï | Text Order MOOTING 12 Motion to Dismiss for Failure to State a Claim in light of the amended complaint (Dkt. No. 39) and the newly filed motion to dismiss (Dkt. No. 45). Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/05/2026) |
| 01/05/2026 | 49 | ORDER GRANTING 46 Motion for Extension of Venue–Related Deadlines. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/05/2026) |
| 01/06/2026 | 50 | ORDER GRANTING PLAINTIFFS UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 48). Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/06/2026) |
| 01/08/2026 | 51 | SCHEDULING ORDER: Consent to Trial by Magistrate due by 7/14/2027, Final Pretrial Conference set for 9/29/2027 10:00 AM in Midland before Judge David Counts, Jury Selection/Trial set for 10/18/2027 08:00 AM in Midland before Judge David Counts, Markman Hearing set for 7/22/2026 09:00 AM before Judge Derek T. Gilliland, Amended Pleadings due by 11/12/2026, Joinder of Parties due by 9/2/2026, Daubert/Dispositive Motions due by 7/14/2027. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/09/2026) |
| 01/12/2026 | 52 | SCHEDULING ORDER: Consent to Trial by Magistrate due by 7/14/2027, Final Pretrial Conference set for 12/10/2027 10:00 AM in Midland before Judge David Counts, Jury Selection/Trial set for 1/3/2028 08:00 AM in Midland before Judge David Counts, Markman Hearing set for 7/22/2026 09:00 AM before Judge Derek T. Gilliland, Amended Pleadings due by 11/12/2026, Joinder of Parties due by 9/2/2026, Daubert/Dispositive Motions due by 7/14/2027. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/12/2026) |
| 01/12/2026 | 53 | Response in Opposition to Motion, filed by HEADWATER RESEARCH LLC, re 45 Motion to Dismiss for Failure to State a Claim filed by Defendant Google LLC (Fenster, Marc) (Entered: 01/12/2026) |
| 01/21/2026 | 54 | NOTICE of Attorney Appearance by Paige Vonne Welch on behalf of Google LLC. Attorney Paige Vonne Welch added to party Google LLC(pty:dft) (Welch, Paige) (Entered: 01/21/2026) |
| 01/22/2026 | 55 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Erica Benites Giese on behalf of Google LLC. Attorney Erica Benites Giese added to party Google LLC(pty:dft) (Giese, Erica) (Entered: 01/22/2026) |
| 01/26/2026 | 56 | REPLY to Response to Motion, filed by Google LLC, re 45 Motion to Dismiss for Failure to State a Claim filed by Defendant Google LLC (St. Clair, Nathaniel) (Entered: 01/26/2026) |
| 02/16/2026 | 57 | NOTICE *of Google's Motion to Consolidate* by Google LLC (Attachments: # 1 Exhibit 1)(Welch, Paige) (Entered: 02/16/2026) |
| 03/12/2026 | 58 | Response in Opposition to Motion, filed by HEADWATER RESEARCH LLC, re 37 Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures filed by Defendant Google LLC (Attachments: # 1 Exhibit 51, # 2 Exhibit 52, # 3 Exhibit 53, # 4 Exhibit 54)(Tong, Qi) (Entered: 03/12/2026) |
| 03/12/2026 | 59 | AFFIDAVIT in Support *OF PLAINTIFF HEADWATER'S OPPOSITION TO GOOGLE'S MOTIONS TO TRANSFER* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 01, # 2 Exhibit 02, # 3 Exhibit 03, # 4 Exhibit 04, # 5 Exhibit 05, # 6 Exhibit 06, # 7 Exhibit 07, # 8 Exhibit 08, # 9 Exhibit 09, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50)(Tong, Qi) (Entered: 03/12/2026) |
| 03/13/2026 | I | Remark: Docket entry 58 filed incorrectly and sealed at attorney's request. Pleading has been refiled through the correct TXWD Sealed Procedures. (jb3) (Entered: 03/13/2026) |
| 03/16/2026 | 60 | ORDER SETTING DISCOVERY HEARING VIA ZOOM, (Discovery Hearing set for 3/17/2026 04:00 PM via ZOOM before Judge Derek T. Gilliland). Signed by Judge Derek T. Gilliland. (kg) (Entered: 03/16/2026) |
| 03/17/2026 | 61 | TRANSCRIPT REQUEST by HEADWATER RESEARCH LLC for proceedings held on 3/17/26. Proceedings Transcribed: Venue Discovery Hearing.. (Fenster, Marc) (Entered: 03/17/2026) |
| 03/17/2026 | 62 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Discovery Hearing held on 3/17/2026. Case called for a Sealed Discovery Hearing via Zoom for this case and case nos M25CV372,M25CV374, M25CV376, M25CV378, M25CV380, and M25CV518. Parties announced ready.Statements and arguments of counsel heard. The requested discovery relief was ruled on based on the representations made by the parties during the hearing. Parties are to email a jointly proposed order in word format to txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov withing seven (7) days of the date of this hearing. Written Discovery Order to follow. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(kg) (Entered: 03/18/2026) |
| 03/18/2026 | 63 | TRANSCRIPT REQUEST by Google LLC for proceedings held on 3/17/2026. Proceedings Transcribed: Venue Discovery Hearing. Court Reporter: Tamara Ross. (Welch, Paige) (Main Document 63 replaced with Flattened Document on 3/18/2026) (kg). Modified on 3/18/2026 (kg). (Entered: 03/18/2026) |
| 03/23/2026 | 64 | ORDER SETTING DISCOVERY HEARING, (Discovery Hearing set for 3/23/2026 04:00 PM in Waco via ZOOM before Judge Derek T. Gilliland). Signed by Judge Derek T. Gilliland. (kg) (Entered: 03/23/2026) |
| 03/23/2026 | 65 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Discovery Hearing held on 3/23/2026. Case called for a Sealed Discovery Hearing via Zoom for this case and Case Nos |

| | | |
|---|---|---|
| | | M25CV372, M25CV374, M25CV376, M25CV378, M25CV380 and M25CV518. Parties announced ready. Statements and arguments counsel heard. The requested discovery relief was ruled on based on the representations made by the parties during the hearing. Parties are to email a jointly proposed order in word format to the Court's Law Clerk at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov within seven (7) days of the date of this hearing. Written Discovery Order to follow. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(kg) (Entered: 03/23/2026) |
| 03/23/2026 | 66 | TRANSCRIPT REQUEST by HEADWATER RESEARCH LLC for proceedings held on 3/23/26. Proceedings Transcribed: Discovery Hearing. Court Reporter: Tamara Ross. (Fenster, Marc) (Entered: 03/23/2026) |
| 03/26/2026 | 67 | Redacted Public Version of 58 Response in Opposition to Motion, by HEADWATER RESEARCH LLC. (Tong, Qi) (Entered: 03/26/2026) |
| 03/26/2026 | 68 | AFFIDAVIT in Support *Google's Reply ISO Motion to Transfer Venue to NDCA and Google's Motion for Leave to file Under Seal* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(St. Clair, Nathaniel) (Entered: 03/27/2026) |
| 03/26/2026 | 69 | Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (slt) (Entered: 03/27/2026) |
| 03/31/2026 | 70 | ORDER ON MARCH 17, 2026 DISCOVERY HEARING. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 03/31/2026) |
| 04/02/2026 | 71 | REPLY to Response to Motion, filed by Google LLC, re 37 Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures filed by Defendant Google LLC (St. Clair, Nathaniel) (Entered: 04/02/2026) |
| 04/09/2026 | 72 | ORDER ON MARCH 23, 2026 DISCOVERY HEARING. Signed by Judge Derek T. Gilliland. (kg) (Entered: 04/09/2026) |
| 04/10/2026 | 73 | Sealed Transcript filed (This transcript is not available electronically) (slt) (Entered: 04/10/2026) |
| 04/10/2026 | 74 | Sealed Transcript filed (This transcript is not available electronically) (slt) (Entered: 04/10/2026) |
| 04/16/2026 | 75 | ORDER ON APRIL 15, 2026 DISCOVERY DISPUTE. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 04/17/2026) |
| 05/01/2026 | 76 | NOTICE of Attorney Appearance by Minna Jay on behalf of HEADWATER RESEARCH LLC. Attorney Minna Jay added to party HEADWATER RESEARCH LLC(pty:pla) (Jay, Minna) (Entered: 05/01/2026) |
| 05/13/2026 | 77 | Opening Claim Construction Brief by Google LLC. (Attachments: # 1 Affidavit Declaration of Sami Al–Marzoog ISO Google's Opening CC Brief, # 2 Exhibit 1 – 8639935, # 3 Exhibit 2 – 9609510, # 4 Exhibit 3 – 9973930, # 5 Exhibit 4 – 11096055, # 6 Exhibit 5 – 11405429, # 7 Exhibit 6 – 11966464, # 8 Exhibit 7 – 11985155, # 9 Exhibit 8 – Mobil Application Development, # 10 Exhibit 9 – Jakobsson CC Declaration, # 11 Exhibit 10 – GSM and UMTS, # 12 Exhibit 11 – microsoft computer dictionary fifth edition1, # 13 Exhibit 12 – Dictionary of Internetworking Terms and Acronyms, # 14 Exhibit 13 – Multi–application Smart Cards, # 15 Exhibit 14 – ts_131101v070001p, # 16 Exhibit 15 – Excerpts ts_131102v071300p)(St. Clair, Nathaniel) (Entered: 05/13/2026) |
| 05/14/2026 | 78 | AFFIDAVIT in Support *PLAINTIFF HEADWATER'S SUR–REPLY IN OPPOSITION TO GOOGLE'S MOTIONS TO TRANSFER* by HEADWATER RESEARCH LLC. (Attachments: # 1 |

| | | Exhibit 55, # 2 Exhibit 56, # 3 Exhibit 61)(Tong, Qi) (Entered: 05/14/2026) |
|---|---|---|
| 05/14/2026 | 79 | Motion for leave to File Sur–Reply and to Strike New FCM Arguments by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (slt) (Entered: 05/14/2026) |
| 05/20/2026 | 80 | Sealed Document filed by Google LLC in Opposition to Plaintiff's Motion for Leave to File a Sur–reply pursuant to W.D. Texas SDS procedures. (slt) (Entered: 05/21/2026) |
| 05/27/2026 | 81 | Sealed Reply in Support of its Motion for Leave to File a Sur–Reply and to Strike New FCM Arguments filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. (jb3) (Entered: 05/28/2026) |
| 06/03/2026 | 82 | NOTICE of Attorney Appearance by Ryan K. Lundquist on behalf of HEADWATER RESEARCH LLC. Attorney Ryan K. Lundquist added to party HEADWATER RESEARCH LLC(pty:pla) (Lundquist, Ryan) (Entered: 06/03/2026) |
| 06/03/2026 | 83 | Joint MOTION *TO EXTEND BRIEFING DEADLINES ON CLAIM CONSTRUCTION* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Fenster, Marc) (Entered: 06/03/2026) |
| 06/08/2026 | 84 | RESPONSE to 77 Claim Construction Brief,,, by HEADWATER RESEARCH LLC. (Attachments: # 1 Affidavit of Kristopher Davis, # 2 Exhibit A)(Davis, Kristopher) (Entered: 06/08/2026) |
| 06/09/2026 | 85 | NOTICE of Attorney Appearance by Sarah W Wang on behalf of HEADWATER RESEARCH LLC. Attorney Sarah W Wang added to party HEADWATER RESEARCH LLC(pty:pla) (Wang, Sarah) (Entered: 06/09/2026) |
| 06/22/2026 | 86 | Reply Claim Construction Brief regarding 84 Response by Google LLC. (Attachments: # 1 Affidavit Al–Marzoog Decl. ISO Google's Reply Claim Construction Brief, # 2 Exhibit Exhibit to Declaration)(St. Clair, Nathaniel) (Entered: 06/22/2026) |
| 06/23/2026 | 87 | STATUS REPORT *Regarding Motion to Transfer Venue to the Northern District of California Under 28 U.S.C.§1404(A)* by Google LLC. (Welch, Paige) (Entered: 06/23/2026) |
| 07/02/2026 | 88 | ORDER GRANTING 83 Motion TO EXTEND BRIEFING DEADLINES ON CLAIM CONSTRUCTION. Signed by Judge Derek T. Gilliland. (kg) (Entered: 07/02/2026) |
| 07/07/2026 | 89 | BRIEF *(Headwater's Sur–Reply Claim Construction Brief)* regarding 86 Claim Construction Brief by HEADWATER RESEARCH LLC. (Attachments: # 1 Affidavit of Kristopher Davis, # 2 Exhibit B)(Davis, Kristopher) (Entered: 07/07/2026) |
| 07/09/2026 | 90 | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 69). Signed by Judge Derek T. Gilliland. (kg) (Entered: 07/09/2026) |
| 07/09/2026 | 91 | ORDER RESETTINGMARKMAN HEARING HELD IN PERSON. Markman Hearing reset for 8/26/2026 09:00 AM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (kg) (Entered: 07/09/2026) |
| 07/09/2026 | 92 | Sealed Reply in Support of Its Motion to Transfer Venue to the Northern District of California filed by Google LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 07/09/2026) |
| 07/10/2026 | 93 | Joint Claim Construction Brief or Statement by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 07/10/2026) |
| 07/16/2026 | 94 | NOTICE of Change of Address by Lucas Lonergan (Lonergan, Lucas) (Entered: 07/16/2026) |
| 07/20/2026 | 95 | Sealed ORDER ON THE PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR–REPLY (DKT. NO. 79) AND THE DEFENDANT'S MOTION TO TRANSFER (DKT. NO. 47). Signed by Judge |

Derek T. Gilliland. (slt) (Entered: 07/21/2026)