Marc Fenster (CA Bar No. 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA Bar No. 246953)
Email: rmirzaie@raklaw.com
Brian Ledahl (CA Bar No. 186579)
Email: bledahl@raklaw.com
Ben Wang (CA Bar No. 228712)
Email: bwang@raklaw.com
Dale Chang (CA Bar No. 248657)
Email: dchang@raklaw.com
Kristopher Davis (CA Bar No. 329627)
Email: kdavis@raklaw.com
Paul Kroeger (CA Bar No. 229074)
Email: pkroeger@raklaw.com
James S. Tsuei (CA Bar No. 285530)
Email: jtsuei@raklaw.com
Philip Wang (CA Bar No. 262239)
Email: pwang@raklaw.com
James Pickens (CA Bar No. 307474)
Email: jpickens@raklaw.com
Jason M. Wietholter (CA Bar No. 337139)
Email: jwietholter@raklaw.com
Qi (Peter) Tong (CA Bar No. 300347)
Email: ptong@raklaw.com
Minna Jay (CA Bar No. 305941)
Email: mjay@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff,*
*Headwater Research LLC*

RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:26-cv-07551-NW<br><br>**DECLARATION OF PHILIP WANG IN SUPPORT OF HEADWATER'S OPPOSITION TO GOOGLE'S MOTION TO STAY**<br><br>Hearing Date: October 28, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor (San Jose)<br>Judge: Hon. Noël Wise |

RUSS, AUGUST & KABAT

I, Philip Wang, declare as follows:

1. I am a member of the State Bar of California and a partner at the law firm of Russ August & Kabat. I am counsel for Headwater Research LLC ("Headwater") in this case. I submit this declaration in support of Headwater's Opposition to Google LLC's ("Google") Motion to Stay. I have personal knowledge of the facts in this declaration and if called upon to testify, could and would testify competently under oath.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed by Google in *Google LLC v. Headwater Research LLC*, IPR2026-00439 (P.T.A.B. Aug. 27, 2026), concerning U.S. Patent No. 11,096,055, consisting of the cover page, selected pages of the mandatory notices (including identification of related matters), the identification of challenges, the claim-construction section, and Appendix A (list of exhibits), as downloaded from the USPTO Patent Trial and Appeal Board's public records.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed by Google in *Google LLC v. Headwater Research LLC*, IPR2026-00440 (P.T.A.B. Aug. 27, 2026), concerning U.S. Patent No. 11,405,429, consisting of the cover page, selected pages of the mandatory notices (including identification of related matters), the identification of challenges, the claim-construction section, and Appendix A (list of exhibits), as downloaded from the Board's public records.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed by Google in *Google LLC v. Headwater Research LLC*, IPR2026-00441 (P.T.A.B. Aug. 27, 2026), concerning U.S. Patent No. 11,966,464, consisting of the cover page, selected pages of the mandatory notices (including identification of related matters), the identification of challenges, the claim-construction section, and Appendix A (list of exhibits), as downloaded from the Board's public records.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed by Google in *Google LLC v. Headwater Research LLC*, IPR2026-00442 (P.T.A.B. Aug. 27, 2026), concerning U.S. Patent No. 11,985,155, consisting of the cover page, selected pages of the mandatory notices (including identification of related matters), the

identification of challenges, the claim-construction section, page 55, and Appendix A (list of exhibits), as downloaded from the Board's public records.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of Petitioner's Conditional Motion for Joinder, Paper 3 in *Amazon.com Services LLC v. Headwater Research LLC*, IPR2026-00471 (P.T.A.B. Sept. 11, 2026), concerning U.S. Patent No. 11,966,464, consisting of the cover page and pages 1 and 4.

7. Attached as **Exhibit F** is a true and correct copy of the Joint Claim Construction Statement filed in *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00231-DC-DTG, Dkt. 80 (W.D. Tex. Feb. 12, 2026), the action now pending before this Court as No. 5:26-cv-01460-NW.

8. Attached as **Exhibit G** are true and correct copies of the Joint Motion to Vacate Markman Hearing (Dkt. 69, filed Feb. 9, 2026) and the Order Granting Motion and Cancelling Markman Hearing (Dkt. 71, entered Feb. 18, 2026) in *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00367-DC-DTG (W.D. Tex.), the action now pending before this Court as No. 5:26-cv-06192-NW, which retains the same docket numbering.

9. Attached as **Exhibit H** is a true and correct copy of excerpts of Google LLC's Preliminary Invalidity Contentions, served in this action on February 27, 2026, consisting of the caption page, pages 1 through 3, and the exhibit lists at pages 72 through 77.

10. Attached as **Exhibit I** is a true and correct copy of excerpts of the following notices issued by the Patent Trial and Appeal Board, as downloaded from the Board's public records: the first page of each of the Notices of Filing Date Accorded to Petition in IPR2026-00439, IPR2026-00440, IPR2026-00441, and IPR2026-00442 (each dated Sept. 2, 2026); and the complete Notices of Decisions on Institution filed in IPR2026-00088 (Paper 11, Apr. 6, 2026), IPR2026-00106 (Paper 12, Apr. 28, 2026), IPR2026-00203 (Paper 13, July 2, 2026), and IPR2026-00271 (Paper 13, Sept. 2, 2026).

11. Attached as **Exhibit J** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed in *Amazon.com Services LLC v. Headwater Research LLC*, IPR2026-00106 (P.T.A.B. Nov. 10, 2025), concerning U.S. Patent No. 10,321,320.

12. Attached as **Exhibit K** is a true and correct copy of excerpts of the Petition for *Inter Partes* Review filed by Google in *Google LLC v. Headwater Research LLC*, IPR2026-00271 (P.T.A.B. Mar. 27, 2026), concerning U.S. Patent No. 9,491,564.

13. Attached as **Exhibit L** is a true and correct copy of the order in *Realtime Adaptive Streaming LLC v. Google LLC*, No. 2:18-cv-03629-GW, Dkt. 60 (C.D. Cal. May 14, 2019).

14. Attached as **Exhibit M** is a true and correct copy of a letter dated December 23, 2025 from counsel for Petitioners Amazon.com Services LLC and Amazon Web Services, Inc. to counsel for Headwater, providing a stipulation concerning *Amazon.com Services LLC v. Headwater Research LLC*, IPR2026-00088, and filed in that proceeding as Exhibit 1046.

15. Attached as **Exhibit N** is a true and correct copy of a letter dated December 23, 2025 from counsel for Petitioners Amazon.com Services LLC and Amazon Web Services, Inc. to counsel for Headwater, providing a stipulation concerning *Amazon.com Services LLC v. Headwater Research LLC*, IPR2026-00106, and filed in that proceeding as Exhibit 1050.

16. Attached as **Exhibit O** is a true and correct copy of the Order Denying Motion to Stay Magna III in *Magna Electronics Inc. v. TRW Automotive Holdings Corp.*, No. 1:13-cv-1364, Dkt. 38 (W.D. Mich. Dec. 16, 2014), as obtained from the court's CM/ECF system.

17. Attached as **Exhibit P** is a true and correct copy of the Opinion and Order Denying Motion to Stay in *Magna Electronics, Inc. v. TRW Automotive Holdings Corp.*, Nos. 1:12-cv-654 and 1:13-cv-324, Dkt. 179 in No. 1:13-cv-324 (W.D. Mich. June 12, 2014), as obtained from the court's CM/ECF system.

18. On August 3, 2026, Google's counsel, Mr. Clement Naples of Cleary Gottlieb Steen & Hamilton LLP, who is Google's lead counsel in this action, sent counsel for Headwater correspondence regarding Google's license defense and its allegation that Headwater has breached a license agreement. The correspondence listed this case, then captioned No. 3:26-cv-07551 (and its former Western District of Texas number, 7:25-cv-369), first among the "Actions" it addressed. It demanded that Headwater dismiss the Actions with prejudice and asserted that Headwater is liable for Google's reasonable costs and attorneys' fees in defending the Actions. The correspondence further asserted that "Headwater is also liable for Google's reasonable costs and

attorneys' fees" in "Google's actions challenging the validity of the asserted patents." I understand this to be a reference to, or inclusive of, Google's petitions for *inter partes* review challenging the validity of the patents asserted in this action. Headwater disputes Google's license defense and Google's assertions of breach and liability.

19. Headwater served its Preliminary Infringement Contentions in this action on December 12, 2025 and served its First Amended Disclosure of Asserted Claims and Infringement Contentions on March 27, 2026. The operative contentions assert the following claims: claims 1–30 of U.S. Patent No. 8,639,935; claims 1–48 of U.S. Patent No. 9,609,510; claim 1 of U.S. Patent No. 9,973,930; claims 1–13 of U.S. Patent No. 11,096,055; claims 1–12 of U.S. Patent No. 11,405,429; claims 1–20 of U.S. Patent No. 11,966,464; and claims 1–18 of U.S. Patent No. 11,985,155—142 claims in total. For each of the seven patents, the accused instrumentalities identified in the contentions include Google's eSIM-enabled devices that operate on Google's network and the Google networks, servers, and services on which they operate; for the '935 patent, the contentions also identify Google's eSIM provisioning and management systems and components.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026 in Los Angeles, California

/s/ Philip Wang
Philip Wang

*Counsel for Plaintiff*
*Headwater Research LLC*

RUSS, AUGUST & KABAT