CLEARY GOTTLIEB STEEN & HAMILTON LLP
Gregory Sobolski
(gsobolski@cgsh.com)
650 California Street, Suite 2400
San Francisco, California 94108
Telephone: 415-796-4400
Facsimile: 415-796-4499

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 5:26-cv-07551-NW<br>**DECLARATION OF G. SOBOLSKI IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STAY**<br>Date: October 28, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br>Judge: Hon. Noël Wise |

I, Gregory Sobolski, declare as follows:

1. I am a partner at Cleary Gottlieb Steen & Hamilton LLP, representing Defendant Google LLC ("Google") in this action. I am a member of the California bar and am admitted to practice before this Court. I am over 18 years of age. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the cover pleading to Headwater Research LLC's infringement contentions, served in *Headwater Research LLC v. Google LLC*, No. 5:26-cv-07551-NW (N.D. Cal.) on March 27, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt of Exhibit G to Headwater Research LLC's infringement contentions, served in *Headwater Research LLC v. Google LLC* No. 5:26-cv-07551-NW (N.D. Cal.) on March 27, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt of Exhibit C to Headwater Research LLC's infringement contentions, served in *Headwater Research LLC v. Google LLC*, No. 5:26-cv-07551-NW (N.D. Cal.) on March 27, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt of Exhibit F to Headwater Research LLC's infringement contentions, served in *Headwater Research LLC v. Google LLC*, No. 5:26-cv-07551-NW (N.D. Cal.) on March 27, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt of Exhibit E to Headwater Research LLC's infringement contentions, served in *Headwater Research LLC v. Google LLC*, No. 5:26-cv-07551-NW (N.D. Cal.) on March 27, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of Petitioner's *Sotera* Stipulation filed in *Google LLC v. Headwater Research LLC*, No. IPR2026-00439 (P.T.A.B.), on September 24, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of Petitioner's *Sotera* Stipulation filed in *Google LLC v. Headwater Research LLC*, No. IPR2026-00440 (P.T.A.B.), on September 24, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of Petitioner's *Sotera* Stipulation filed in *Google LLC v. Headwater Research LLC*, No. IPR2026-00441 (P.T.A.B.), on September 24, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of Petitioner's *Sotera* Stipulation filed in *Google LLC v. Headwater Research LLC*, No. IPR2026-00442 (P.T.A.B.), on September 24, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of September, 2026, in San Francisco, California.

DATED: September 24, 2026

Respectfully submitted,

Gregory Sobolski